To Honorable Judge Koeltl  Page 2 of 2     2015-07-06 23 58 07 (GMT)

# TOTAL GYM REPAIRS INC

210 Harvard Street, East Williston NY 11596
-Mario: (516)-642-4437        Fax: (516)-726-8447
-Email: TotalGymRepairs@outlook.com



July 7th, 2015

RE: Requested Extension Date to Answer Summons



RECEIVED JUL 06 2015
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

To the Honorable Judge Koeltl,

My name is Terry Bhagan, owner of Total Gym Repairs Inc. I am the defendant on a civil action lawsuit which you are presiding over. The Civil Action No. is "15 CV 4244" and the name of the suit filed is Gym Door Repairs, Inc. and Safepath Systems LLC, Plaintiffs, v ... Total Gym Repairs Inc..., Defendants. Multiple other defendants are listed aside from my company Total Gym Repairs Inc.

I would like to request an extension date to answer the summons as the deadline for a response is approaching quickly. In order to seek and obtain adequate and appropriate legal representation, **I am requesting an extension date of August 10th, 2015.** This will allow my company and I to ensure we obtain the legal counsel with the expertise necessary to provide a sufficient answer to the summons. If you need any further information, I am happy to provide it

This letter has also been forwarded to the plaintiff's legal counsel as well. Thank you for your time and consideration in this matter.

Best regards,

Terry Bhagan

APPLICATION GRANTED
SO ORDERED

_/s/ John G. Koeltl_
John G. Koeltl, U.S.D.J.

7/6/15

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/7/15