UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
GYM DOOR REPAIRS, INC. AND
SAFEPATH SYSTEMS LLC

            Plaintiffs,

      v.

YOUNG EQUIPMENT SALES, INC. YES
SERVICE AND REPAIRS CORPORATION,
RICHARD YOUNG, BRIAN BURKE, DENNIS
SCHWANDTNER, GUARDIAN GYM
EQUIPMENT, QAPALA ENTERPRISES, INC.,
JAMES PETRIELLO, TRI-STATE FOLDING
PARTITIONS, INC., PETER MUCCIOLO,
EDUCATIONAL DATA SERVICES, INC.,
TOTAL GYM REPAIRS, INC., NEW YORK
STATE DEPARTMENT OF EDUCATION
OFFICE OF FACILITIES PLANNING, NEW
YORK STATE SCHOOL FACILITIES
ASSOCIATION, SCHOOL FACILITIES
MANAGEMENT INSTITUTE, EASTERN
SUFFOLK BOCES, NASSAU COUNTY
BOCES, BELLMORE PUBLIC SCHOOLS,
NEW YORK CITY DEPARTMENT OF
EDUCATION,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

15-CV-4244 (JGK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/13/15

## STIPULATION AND [PROPOSED] ORDER
## EXTENDING TIME TO RESPOND TO THE COMPLAINT

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs Gym Door Repairs, Inc. and Safepath Systems LLC ("Plaintiffs") and Defendant New York State School Facilities Association ("NYSFA") that the time within which Defendant NYSFA may move, answer, or otherwise respond to the Complaint is hereby extended up to and including August 14, 2015.

      No provisions of this Stipulation and Order shall be construed as a waiver of,

and Defendant NYSFA expressly reserves, any and all defenses

There has been no previous request for an extension of time by Defendant NYSFA in connection with this matter.

Dated: New York, New York
July 8, 2015

PADUANO & WEINTRAUB LLP

By: [signature]
Meredith Cavallaro
Jason Snyder
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100
(212) 785-9099
mrc@pwlawyers.com
jls@pwlawyers.com

Attorneys for Defendant
New York State School Facilities
Association

BAHNMULTER LLP

By: [signature]
Katherine J. Daniels

555 Fifth Avenue
14th Floor
New York, New York 10017
(212) 447-4700

kdaniels@bmglip.com

Attorney for Plaintiffs
Gym Door Repairs, Inc. and
Safepath Systems LLC

**SO ORDERED:**

[signature]
Hon. John G. Koeltl
United States District Judge

7/13/15