

# BahnMulter, LLP

ATTORNEYS AT LAW
555 Fifth Avenue, 14th Floor
New York, NY 10017
Telephone: (212) 447-4700
Facsimile: (212) 986-5316
www.bmgllp.com

Allan M. Bahn
abahn@bmgllp.com

Katherine J. Daniels
kdaniels@bmgllp.com

Andrew J. Multer
amulter@bmgllp.com

Teresa A. Mason
tmason@bmgllp.com

July 29, 2015

Via ECF

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
Room 1030
New York, New York 10007

Re: Gym Door Repairs, Inc. v. Young Equipment Sales, Inc., et al
Docket No: 15-cv-4244 (JGK)

Your Honor:

This firm represents the Plaintiffs in the above referenced action. I am writing to advise the Court that Plaintiffs are exercising their right under Fed. R. Civ. P. 15 to amend the Verified Complaint filed in this action to correct a factual error in paragraphs 83-85. These paragraphs originally identified the bids in question as Nassau BOCES cooperative bids. In fact, they were cooperative bids done under General Municipal Law Section 119-0. The error was an inadvertent mistake on my part and does not change the underlying substance of the allegations against Nassau BOCES or any of the other defendants. There are no other changes. The First Amended Verified Complaint is being filed today. All changes are marked for the convenience of the Court and the other parties.

Respectfully,

*(signature)*

cc: All parties via ECF