

325 Rabro Drive
Hauppauge, NY 11788
Phone: (631) 582-5900
Fax: (631) 582-9520
www.YoungEquipmentSales.com

# QUOTE

| Date | Quote # |
|---|---|
| 1/8/2013 | YESQ26552 |

**Sold To:**

Patchogue-Medford UFSD
Michael Butler
Director of Facilities
121 Saxton Street
Patchogue, NY 11772

**Ship To:**

District Wide

Phone: 631-687-6480

Fax: 631-687-6488

| Qty | Description | Unit Cost | Total |
|---|---|---|---|
| 1 | District Wide<br>Inspection of the Folding Partition Safety Devices (18 Total)<br>**Ed Data Service Bid #17 Folding Partition Inspection & Repair | 2,520.00 | 2,520.00 |

PAID
ACCOUNTING

**Total** **$2,520.00**

Dennis Schwandtner

| Terms | Net 30 |
|---|---|

Continuously striving to provide the Best in the World products, installations, service, repairs and safety inspections in your classroom, corridor, library, cafeteria, gymnasium, auditorium, stage and bathroom areas.

**Summary of Contract Awards and Unit Prices**
**For New York Time and Materials Maintenance Bids by Trade**
**Suffolk County**

**Package #17: Folding Doors Repair and Replacement** — **Bid # 4391 was Advertised on Aug 30, 2011 and Opened on Jan 12, 2012**
**Bid is Effective from Apr 01, 2012 thru Mar 31, 2013**

| Award | Vendor Contact Information | Service | Rate |
|---|---|---|---|
| Primary | YOUNG EQUIPMENT SALES INC. / YES<br>Dennis Schwandtner<br>325 RABRO DRIVE - SUITE 1<br>HAUPPAUGUE, NY 11788<br>Phone: 631-582-5900<br>Fax: 631-582-9520<br>E-Mail: dennis@theyesexperience.com | Hourly Rate for Inspection/Preventive<br>Hourly Rate for Repair of Folding Doors &<br>Overtime Rate for Repair of Folding Doors &<br>% Mark-Up Added to a Wholesale Cost for | $39.00 Per Hour<br>$72.74 Per Hour<br>$108.00 Per Hour<br>25.00 %<None> |
| Secondary | TRI-STATE FOLDING PARTITIONS<br>Marie Delaney<br>608 CHESTNUT RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977<br>Phone: 845-352-4944<br>Fax: 845-352-3788<br>E-Mail: marie@tristatefolding.com | Hourly Rate for Inspection/Preventive<br>Hourly Rate for Repair of Folding Doors &<br>Overtime Rate for Repair of Folding Doors &<br>% Mark-Up Added to a Wholesale Cost for | $100.00 Per Hour<br>$100.00 Per Hour<br>$120.00 Per Hour<br>10.00 %<None> |

**Package #18: General Construction Repairs & Carpentry** — **Bid # 4392 was Advertised on Aug 30, 2011 and Opened on Jan 12, 2012**
**Bid is Effective from Apr 01, 2012 thru Mar 31, 2013**

| Award | Vendor Contact Information | Service | Rate |
|---|---|---|---|
| Primary | MK LIONS LLC<br>Mitko Georgijev<br>69 BUENA VISTA DRIVE<br>RINGWOOD, NJ 07456<br>Phone: 973-472-5300<br>Fax: 973-248-6977<br>E-Mail: mklionsllc@gmail.com | Carpenter, Journeyman:<br>Carpenter, Helper:<br>Mason, Journeyman:<br>Mason, Helper:<br>% Mark-Up Added to a Wholesale Cost: | $83.92 Per Hour<br>$20.00 Per Hour<br>$65.03 Per Hour<br>$20.00 Per Hour<br>0.00 % |
| Secondary | TNT CONTRACTING, INC<br>Aleksandar Tolov<br>9 GRAND ST.<br>GARFIELD, NJ 07026<br>Phone: 973-546-2606<br>Fax: 973-546-0496<br>E-Mail: tntfireproofing@gmail.com | Carpenter, Journeyman:<br>Carpenter, Helper:<br>Mason, Journeyman:<br>Mason, Helper:<br>% Mark-Up Added to a Wholesale Cost: | $83.95 Per Hour<br>$25.00 Per Hour<br>$65.03 Per Hour<br>$25.00 Per Hour<br>5.00 % |

PAID ACCOUNTING PAID

*Generated by EDSIQ under license from Educational Data Services, Inc. Copyright © 2012 All rights reserved.*

# PURCHASE ORDER

**229656**

PATCHOGUE-MEDFORD UFSD
241 SOUTH OCEAN AVE
PATCHOGUE, NY 11772

MAIL INVOICES
IN DUPLICATE TO ->
THIS ADDRESS

DATE 01/11/13
VEND # 2852
CUST #
VEND PHONE#: 631-582-5900
REQ # 45631

**Order To:**
YOUNG EQUIPMENT SALES, INC.
325 RABRO DRIVE
SUITE 1
HAUPPAUGE, NY 11788

**Ship To:**
PLANT & FACILITIES
SAXTON MIDDLE SCHOOL
121 SAXTON AVE
PATCHOGUE, NY 11772
**ATTENTION: MICHAEL BUTLER/BARBAR CAMILLERI**

**PRICE INCREASE OR INCREASES IN SHIPPING COST OVER TOTAL P.O. MUST RECEIVE PRIOR SCHOOL DISTRICT APPROVAL.**

This is a governmental purchase order which may be accepted in lieu of exemption certificate for sales tax purposes. FEDERAL TAX I.D. # XX-XXXXXXX

| Order Quantity | Item Description | Unit Cost | Discount | Shipping Charge | Extended Cost |
|---|---|---|---|---|---|
| 0.00 | District Wide Inspection of the Folding Partitian Safety Devices (18 total)<br>Quote #YESQ26552<br><br>Ed Data Bid #17 | 0.000 | | | 2,520.00 |

PAID
APR 8 2013
ACCOUNTING

**TOTAL** $2,520.00

| Budget Code | PO Amount | Budget Code | PO Amount |
|---|---|---|---|
| A1620479090000 | 2,520.00 | | |

APPROVAL BY PURCHASING AGENT
This Purchase Order is not valid unless signed by the Purchasing Officer

Nicole Ciminiello

Nicole Ciminiello

# REQUISITION

**PATCHOGUE-MEDFORD UFSD**
**241 SOUTH OCEAN AVE**
**PATCHOGUE, NY 11772**

**R Q # 45631**

REQ DATE 01/08/13
VENDOR # 2852
FAX# 631-582-952
PHONE# 631-582-590

**Order To:**
YOUNG EQUIPMENT SALES, INC.
325 RABRO DRIVE
SUITE 1
HAUPPAUGE, NY 11788

**Ship To:**
PLANT & FACILITIES
SAXTON MIDDLE SCHOOL
121 SAXTON AVE
PATCHOGUE, NY 11772
**ATTENTION: BARBAR CAMILLERI**

| Order Quantity | Item Description | Unit Cost | Discount | Shipping Charge | Extended Cost |
|---|---|---|---|---|---|
| | District Wide Inspection of the Folding Partitian Safety Devices (18 total)<br>Quote #YESQ26552<br><br>Ed Data Bid #17 | | | | 2,520.00 |
| | ADDITIONAL SHIPPING | | | 0.00 | 0.00 |
| | | | | **TOTAL** | $2,520.00 |

NRC
1-11-13

1/10/13

PAID
ACCOUNTING

1/9

| Budget Code | PO Amount | Budget Code | PO Amount |
|---|---|---|---|
| A1620479090000 | 2,520.00 | | |

PATCHOGUE-MEDFORD SCHOOL DISTRICT
JAN - 9 2013
RECEIVED
BUSINESS OFFICE



325 Rabro Drive
Hauppauge, NY 11788
Phone: (631) 582-5900
Fax: (631) 582-9520
www.YoungEquipmentSales.com

# QUOTE

| Date | Quote # |
|---|---|
| 3/25/2013 | YESQ27808 |

**Sold To:**

Sayville Public Schools
Steve Koepper
Director of Facilities
99 Greeley Avenue
Sayville, NY 11782

**Ship To:**

Sayville High School
20 Brook Street
West Sayville, NY 11796

Phone: 631-244-6550

Fax: 631-244-6543

| Qty | Description | Unit Cost | Total |
|---|---|---|---|
| | Sayville High School | | |
| | Upon completion of the Folding Partition Safety Device Inspection the following is HIGHLY RECOMMENDED: | | |
| 1 | THEATER DOOR: | 1,850.00 | 1,850.00 |
| | Provide & Install New Cable | | |
| | Provide & Install New Alarm for Sensor | | |
| 1 | GYM DOOR: | 8,500.00 | 8,500.00 |
| | Provide & Install (2) Sensors to cover entire door - door is very long | | |
| | Provide & Install Motor | | |
| | Provide & Install Gear Box | | |
| | *This is an estimate only all material and labor will be invoiced accordingly upon completion of the job* | | |
| | *Ed Data Service Bid #17 Folding Partition* | | |

**Total** **$10,350.00**

Dennis Schwandtner

| Terms | Net 30 |
|---|---|

Continuously striving to provide the Best in the World products, installations, service, repairs and safety inspections in your classroom, corridor, library, cafeteria, gymnasium, auditorium, stage and bathroom areas.

# Purchase Requisition Request
**Dept of Building and Grounds**

**Vendor Name** Young Equipment Sales

Date: 3/25/2013

Tel # ______

Fax # ______

**New Vendor:** [ ] Yes [X] No

**Contract** [X] Yes [ ] No — Ed Data Bid #17 Folding Partition

**Under $1,000** [ ] Yes [X] No

**3 Quotes** [ ] Yes [X] No

**Emergency** [X] Yes [ ] No

*if yes indicate explantion* **Health and Safety** - Repairs to partition walls

00037939

| Qty | Description | Unit Price | Ext Price |
|---|---|---|---|
| 1 | Quote # YESQ27808 for repairs to walls at HS | 10,350.00 | 10,350.00 |
| | *Theatre Door - new cable and new alarm for sensor* | | - |
| | *Gym - 2 sensors, new motor, new gear box* | | - |
| | | | - |
| | ALL REPAIRS REQUIRED AS RESULT OF SAFETY INSPECTION | | - |
| | | | - |
| | ***ESTIMATE ONLY - ACTUAL LABOR INVOICED UPON COMPLETION OF JOB*** | | |
| | | Shipping | - |
| | | **TOTAL** | **10,350.00** |

**Budget Code:** A1621-4250-09

PAID AUG 2 3 2013

**Summary of Contract Awards and Unit Prices**
**For New York Time and Materials Maintenance Bids by Trade**
**Suffolk County**

| Award | Vendor Contact Information | Service | Rate |
|---|---|---|---|
| **Package #17: Folding Doors Repair and Replacement** | | **Bid # 4392 was Advertised on Aug 30, 2011 and Opened on Jan 12, 2012<br>Bid is Effective from Apr 01, 2012 thru Mar 31, 2013** | |
| Primary | YOUNG EQUIPMENT SALES INC. / YES<br>Dennis Schwandtner<br>325 RABRO DRIVE - SUITE 1<br>HAUPPAUGUE, NY 11788<br>Phone: 631-582-5900<br>Fax: 631-582-9520<br>E-Mail: dennis@theyesexperience.com | Hourly Rate for Inspection/Preventive<br>Hourly Rate for Repair of Folding Doors &<br>Overtime Rate for Repair of Folding Doors &<br>% Mark-Up Added to a Wholesale Cost for | $39.00 Per Hour<br>$72.74 Per Hour<br>$108.00 Per Hour<br>25.00 %<None> |
| Secondary | TRI-STATE FOLDING PARTITIONS<br>Marie Delaney<br>608 CHESTNUT RIDGE ROAD<br>CHESTNUT RIDGE, NY 10977<br>Phone: 845-352-4944<br>Fax: 845-352-3788<br>E-Mail: marie@tristatefolding.com | Hourly Rate for Inspection/Preventive<br>Hourly Rate for Repair of Folding Doors &<br>Overtime Rate for Repair of Folding Doors &<br>% Mark-Up Added to a Wholesale Cost for | $100.00 Per Hour<br>$100.00 Per Hour<br>$120.00 Per Hour<br>10.00 %<None> |
| **Package #18: General Construction Repairs & Carpentry** | | **Bid # 4393 was Advertised on Aug 30, 2011 and Opened on Jan 12, 2012<br>Bid is Effective from Apr 01, 2012 thru Mar 31, 2013** | |
| Primary | MK LIONS LLC<br>Mitko Georgijev<br>69 BUENA VISTA DRIVE<br>RINGWOOD, NJ 07456<br>Phone: 973-472-5300<br>Fax: 973-248-6977<br>E-Mail: mklionsllc@gmail.com | Carpenter, Journeyman:<br>Carpenter, Helper:<br>Mason, Journeyman:<br>Mason, Helper:<br>% Mark-Up Added to a Wholesale Cost: | $83.92 Per Hour<br>$20.00 Per Hour<br>$65.03 Per Hour<br>$20.00 Per Hour<br>0.00 % |
| Secondary | TNT CONTRACTING, INC<br>Aleksandar Tolov<br>9 GRAND ST.<br>GARFIELD, NJ 07026<br>Phone: 973-546-2606<br>Fax: 973-546-0496<br>E-Mail: tntfireproofing@gmail.com | Carpenter, Journeyman:<br>Carpenter, Helper:<br>Mason, Journeyman:<br>Mason, Helper:<br>% Mark-Up Added to a Wholesale Cost: | $83.95 Per Hour<br>$25.00 Per Hour<br>$65.03 Per Hour<br>$25.00 Per Hour<br>5.00 % |

*Generated by EDSIQ under license from Educational Data Services, Inc. Copyright © 2012 All rights reserved.*