**EXHIBIT G**

# SAYVILLE PUBLIC SCHOOLS

99 GREELEY AVENUE
SAYVILLE, N.Y. 11782
TEL: 631-244-6539 FAX: 631-244-6541



## PURCHASE ORDER NO.

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS AND CORRESPONDENCE PERTAINING TO THIS ORDER.

BILLING INSTRUCTIONS
SUBMIT INVOICES IN DUPLICATE TO:

### BOARD OF EDUCATION

ACCEPTANCE OF THIS ORDER IS EXPRESSLY LIMITED TO THE TERMS AND CONDITIONS HEREIN AND ON THE REVERSE SIDE.

**VENDOR** (HEREIN REFERRED TO AS SELLER)

**SHIP TO** (HEREIN REFERRED TO AS BUYER)

| ORDER DATE: | BUYER: | REQ. NO. | REQ. DATE |
| --- | --- | --- | --- |
| TERMS: | F.O.B. | DESC. | |

| QUANTITY | UOM | DESCRIPTION | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- |

*PAID*

| ITEM# | ACCOUNT | AMOUNT | PROJECT CODE | PAGE TOTAL $ |
| --- | --- | --- | --- | --- |
| | | | | TOTAL $ |

### IMPORTANT INSTRUCTIONS
1. Above purchase order number must appear on Invoices, Packing Slips, Correspondence, etc.
2. We are exempt from all taxes.
3. Delivery required at once, inside and PREPAID.
4. Itemized packing slip must accompany shipment.

PURCHASING AGENT

W.EDGEDOCLLC.COM  04-1x00-E050

**RECEIVING COPY**

```
.EQUESTED   REQUIRED   LOCATION        ADMIN                    BUYER
06/05/12               ADMINISTRATION BUILDING     R.KALER

   SHIP TO 05                     VENDOR 600775
      Lincoln Avenue Elementary Scho    YOUNG EQUIPMENT SALES, IN
      440 Lincoln Avenue                325 RABRO DRIVE
      Sayville NY 11782                 SUITE 1
      ATTN: STEVE KOEPPER               HAUPPAUGE NY 11788

   BOCES BID #2011-021-0421                FREIGHT
```

|  |  |  |  |  |  | EXTENSION/ |
|---|---|---|---|---|---|---|
| LN/ST | COMMODITY | STOCK NO | QUANTITY | UOM | UNIT PRICE | TAX/TRADE-IN |
| 01 |  |  | 1.00 |  | 1,163.8400 | 1,163.84 |
|  | M LINCOLN AVE GYM REPAIR |  |  |  |  | 0.00 |
|  | TO PROVIDE FOR THE REPAIR OF A FOLDING |  |  |  |  | 0.00 |
|  | PARTITION @ LINCOLN AVE PER QUOTE DATED |  |  |  |  |  |
|  | 6/5/12 |  |  |  |  |  |

                                              TOTAL PRICE     1,163.84

   BUDGET CODE      ACCOUNT   PROJECT      ACCOUNT         CHARGE AMOUNT
   A162109          4260                                      1,163.84

                                    REQUISITION TOTAL         1,163.84


                                    PAGE TOTAL               1,163.84

# Young Equipment Sales, Inc.

325 Rabro Drive - Suite 1
Hauppauge, NY 11788
Phone # (631) 582-5900
Fax # (631) 582-9520

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 7/24/2012 | 29046 |

**BILL TO**
Sayville Public Schools
Board of Education
99 Greeley Avenue
Sayville, NY 11782

**SHIP TO**
Sayville Public Schools
Lincoln Avenue Elementary School
440 Lincoln Avenue
Sayville, NY 11782

| P.O. NO. | TERMS | SHIP VIA | JOB NUMBER |
|---|---|---|---|
| 131825 | Net 30 | BEST WAY | YESQ24293 |

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Emergency Service Call to Diagnose and/or Repair the Folding Partition in the gym - it was stuck open | 1,163.84 | 1,163.84 |
| | 6/5/12 - There were loose & cut wires in the switches - rewired switches as necessary and repaired extend limit. | | |
| | 16 hours @ $72.74 per hour | | |

PAID

OKAY TO PAY:
x_____

| Total | $1,163.84 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,163.84** |

# U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

# PAYROLL

(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)

Rev. Dec 2008
OMB No.: 1215-0149
Expires: 12/31/2011

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

NAME OF CONTRACTOR ☑ OR SUBCONTRACTOR ☐

NAME OF CONTRACTOR: Yes Service and Repairs Corp.

ADDRESS: P.O. Box 11 Huntington Station, NY 11746

PAYROLL NO.: 

FOR WEEK ENDING: 6-Jun-12

PROJECT AND LOCATION: Sayville UFSD

PROJECT OR CONTRACTOR NO.: YESQ24293

| (1) NAME, ADDRESS, AND SOCIAL SECURITY NUMBER OF EMPLOYEE | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT OR ST | (4) DAY AND DATE M 6/4 | T 6/5 | W 6/6 | TH 6/7 | F 6/1 | SAT 6/2 | SUN 6/3 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | FICA | WITH-HOLDING TAX | (8) DEDUCTIONS STATE | BENEFIT | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas Mejia XXX-XX-2130 | 0 | | O | | | | | | | | | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | S | | 8 | | | | | | 8 | $ 58.27 | $ 1,067.10 | $ 60.29 | $ 180.09 | $ 54.68 | | $103.05 | $ 398.11 | $ 663.99 |
| Jaime Romero XXX-XX-3986 | 0 | | O | | | | | | | | | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | S | | | 8 | | | | | 8 | $ 58.27 | $ 1,128.95 | $ 63.79 | $ 177.29 | $ 57.43 | | $ 91.60 | $ 390.11 | $ 738.84 |
| | | | O | | | | | | | | | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | S | | | | | | | | | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | O | | | | | | | | | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | S | | | | | | | | | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | O | | | | | | | | | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | S | | | | | | | | | $ | $ | $ | $ | $ | $ | $ | $ | $ |



While completion of Form WH-347 is optional, it is mandatory for covered contractors and subcontractors performing work on Federally financed or assisted construction contracts to respond to the information collection contained in 29 C.F.R. 5.33, 5.5(a). The Copeland Act (40 U.S.C. 3145) requires contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) Regulations 29 CFR Part 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. Compliance with these requirements is mandatory. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

We estimate that it will take an average of 55 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U.S. Department of Labor, Room S3502, 200 Constitution Avenue, N. W., Washington, D. C. 20210.

Copyright 2006 Forms in Word (www.formsinword.com); for individual or single branch use only.

Date 6/7/2012

I, Dennis Schwandtner, _____ President
                    (Name of Signatory Party)                (Title)
do hereby state;

(1) That I pay or supervise the payment of the persons employed by

Yes Service and Repairs Corp. _____ on the
                          (Contractor or Subcontractor)

Sayville UFSD _____ ; that during the payroll period commencing on the
 (Building or Work)

31 day of May, 2012, and ending the 6 day of June, 2012,
all persons employed on said project have been paid the full weekly wages earned, that no rebates have
been or will be made either directly or indirectly to or on behalf of said

Yes Service and Repairs Corp. _____ from the full
                        (Contractor or Subcontractor)

weekly wages earned by any person and that no deductions have been made either directly or indirectly from
the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29
CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat.
108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. 276c), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct
and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable
wage rates contained in any wage determination incorporated into the contract; that the classifications set forth
therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship
program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and
Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered
with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☐ — In addition to the basic hourly wage rates paid to each laborer or mechanic listed
in the above referenced payroll, payments of fringe benefits as listed in the
contract have been or will be made to appropriate programs for the benefit of such
employees, except as noted in Section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☐ — Each laborer or mechanic listed in the above referenced payroll has been
paid, as indicated on the payroll, an amount not less than the sum of the
applicable basic hourly wage rate plus the amount of the required fringe
benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

REMARKS:

SIGNATURE

NAME AND TITLE
Dennis Schwandtner, President

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR
SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE
18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

*U.S. G.P.O. 1997 519 861

PAID

# Young Equipment Sales, Inc.

325 Rabro Drive - Suite 1
Hauppauge, NY 11788
Phone # (631) 582-5900
Fax # (631) 582-9520

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 4/20/2012 | 28553 |

| BILL TO | SHIP TO |
|---|---|
| Sayville Public Schools<br>Board of Education<br>99 Greeley Avenue<br>Sayville, NY 11782 | Sayville Public Schools<br>Lincoln Avenue Elementary School<br>440 Lincoln Avenue<br>Sayville, NY 11782 |

| P.O. NO. | TERMS | SHIP VIA | JOB NUMBER |
|---|---|---|---|
| 130006 | Net 30 | BEST WAY | YESQ23178 |

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 9 | District Wide Folding Partition Inspections<br>Complete Gym Folding Partition Inspections and Preventative Maintenance.<br><br>***Please see the Certified Payroll Attached to this Invoice*** | 425.00 | 3,825.00 |

OKAY TO PAY:
x [signature]

PAID

| | |
|---|---|
| Total | $3,825.00 |
| Payments/Credits | $0.00 |
| Balance Due | $3,825.00 |

# Young Equipment Sales, Inc.

325 Rabro Drive - Suite 1  
Hauppauge, NY 11788  
Phone # (631) 582-5900  
Fax # (631) 582-9520

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 4/20/2012 | 28553 |

| BILL TO | SHIP TO |
|---|---|
| Sayville Public Schools<br>Board of Education<br>99 Greeley Avenue<br>Sayville, NY 11782 | Sayville Public Schools<br>Lincoln Avenue Elementary School<br>440 Lincoln Avenue<br>Sayville, NY 11782 |

| P.O. NO. | TERMS | SHIP VIA | JOB NUMBER |
|---|---|---|---|
| 130006 | Net 30 | BEST WAY | YESQ23178 |

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 9 | District Wide Folding Partition Inspections<br>Complete Gym Folding Partition Inspections and Preventative Maintenance.<br><br>***Please see the Certified Payroll Attached to this Invoice*** | 425.00 | 3,825.00 |

OKAY TO PAY:  
x

PAID

| | |
|---|---|
| Total | $3,825.00 |
| Payments/Credits | $0.00 |
| Balance Due | $3,825.00 |