**From:** Patrick DelloRusso [mailto:patd@safepathsystems.com]
**Sent:** Monday, December 28, 2009 3:01 PM
**To:** John O'Connor
**Subject:** Safe Path Systems

Mr. O'Connor, thank you for your time today. I am attaching some information about my company. I hope it is helpful and I will do as you advised and ask a few facility directors to contact you in regard to Safe Path. Also you can visit our website listed below to gather more information

Sincerely,



Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com



Safe Path Systems, LLC- 147-20 184th Street, Jamaica, NY  11413

# MANUFACTURER'S INSTRUCTIONS

The purpose of this document is to help ensure the proper installation, maintenance and repair procedures for the correct function of this Life Safety Detection Equipment. Established standards pursuant to education law section 409-f, relating to the construction, maintenance and operation of electrically operated partitions located in classrooms or other facilities used by students in public and non-public schools or educational institutions within the state relate directly to our specific Safe Path patented and trade marked safety detection system requirements.

The patented design is recognized throughout the United States and Canada.  Since 1991, our extensive efforts working closely with the New York State Education Department set the standard for these equipment requirements.

Together we have also developed a Staff Training Procedure which satisfies Commissioner's Regulation 155.25.  New York State is the only state in the nation requiring safety devices for electrically operated partitions and dividers. The Safe Path™ life safety detection system has been installed in many locations across America and these manufacturer's instructions are consistent and apply to all states and are not limited to New York State.

Our ongoing commitment to provide qualified individuals with the knowledge and training required to perform any procedures is imperative to the safety of school children as they are required to assemble in areas and forced to be in close proximity to dangerous equipment every day.

Manufacturer's responsibility and moral obligation demand the proper performance of each and every system continually.  The correct function of individual components and precise communication between them is critical.

Only Certified Technicians employed by a Licensed and Authorized Dealer may perform any procedures relating to the Safe Path™ life safety detection system.

Only AAADM (American Association of Automatic Door Manufacturer's) certified technicians may perform any procedures relating to the Safe Path ™ Life Safety Detection System.

The Manufacturer's suggested service interval is at least annually.

These manufacturer's instructions precede and refer to qualifications, training, certified technicians, licensing and authorization, physical maintenance procedures, staff training procedures, education department regulations and satisfactory documentation of mandatory requirements.

*Revised 2009  © U.S. Patent #5,244,030   Canadian Patent #2,101,376*



# MANUFACTURERS MAINTENANCE PROCEDURE

PHYSICAL MAINTENANCE REQUIREMENTS

1. Perform a visual inspection of <u>all</u> individual components for damage, improper application or incorrect location.
2. Clean the exterior of each PIR lens with soap and water or a damp cloth – dry completely.  Re-secure all protective metal covers to correct torque and align for clear and proper projection of PIR detection zones.
3. Check torque of securing assembly at arming key switch and re-secure as required.
4. Inspect posted signage at each key control station for correct positioning and compliance with NYSED regulations – securing as required.
5. Check LED's at key stations for proper illumination and function.
6. Inspect wiring connections – retorquing terminals as required.
7. Check all wiring, conduits and connections for compliance with the latest edition of the National Electric Code and local codes which have jurisdiction.
8. Remove the existing security seal on the system control panel and access – inspect for correct wiring hook-ups in accordance with manufacturers instruction. Check all terminals for secure connection – resecuring to proper torque as required.  Test for proper operating voltage at upper and lower areas of enclosure.  Inspect for isolated voltages – line voltage at lower portion of the enclosure/low voltage at upper portion of the enclosure.
9. Perform AMP test on the power output terminals within the system control panel, checking for excessive power draw from system components.  Unacceptable reading shall prompt further inspection of individual components for correct function.  Calculation of all system components is necessary for determining acceptable power draw as site conditions and the number of components may vary.
10. Provide new security seal/ # on system control panel.
11. Test anti-masking function of all PIR sensors which incorporate this feature.

TESTING OF THE SAFE PATH SYSTEM

1. Try to operate the partition without arming the Safe Path system.  The partition should not be operable.

2. Arm the Safe Path System.
   a. Operator #1 turns and holds the slave key in either "on" position.
   b. The green LED on the master key will go on.
   c. Operator #2 arms the Safe Path System.  The red and green LED on the master key will go on.
   d. Operate the partition.
   e. During operation, Operator #1 must release the slave key.  The partition must stop and the alarm must sound.
   f. Operator #2 disarms the Safe Path System.  Alarm must turn off.

3. 
   a. Have two operators arm the Safe Path System and operate the partition.
   b. Have a third person cross the PIR sensors detection zones.
   c. The partition must stop and the alarm must sound.
   d. Disarm the Safe Path System.

4. 
   a. Have one operator turn the slave key and hold in the "on" position.  The green LED at the master station will go on.
   b. A second person must cross PIR sensors detection zones.
   c. The green LED must go off.
   d. A second person must stand clear of PIR zones and wait for PIR's to reset.  The green LED at the master station will go on.
   e. A second person must cross PIR sensors detection zones at different locations.
   f. The green LED must go off whenever the PIR sensors detection zones are crossed.
   g. Walk test the entire span on both sides of the partition.

5. Pocket intrusion – if installed in pocket or between bleachers.
   a. Reset pocket intrusion – requires two operators to turn both reset switches at the same time.
   b. Walk into the pocket area.  The intrusion should activate indicated by a flashing red LED at the reset switch plates.
   c. With the pocket intrusion key switches flashing red, have one operator turn and hold the slave key switch in the "on" position.
   d. The green LED on the master switch must not go on.
   e. Reset the pocket intrusion switches and have the operator turn and hold the slave key switch.  The green LED on the master switch must go on.

STAFF TRAINING

1. Provide a staff training procedure materials kit.
    a. For use at each building location which has electrically operated partitions in use.
    b. All school employees and all other persons who regularly make use of the area must be notified of the safe and proper procedure for the operation of the partition and safety system.
    c. Staff training procedure must be reviewed by the NYSED office of Facilities Planning and pre-determined that it is compliant with the latest regulations.
    d. Provide a staff training completion certificate for documentation of compliance, to be retained at appropriate building locations.

NOTES:
    **a. The suggested service interval is once a year by a certified technician**
    **b. Certified Technician includes an annual manufacturer's training course is successfully completed and documented.**
    **c. Certified technician includes OSHA training and 10 hour course.**
    **d. Certified technician includes an annual AAADM (American Association of Automatic Door Manufacturer's) training course is successfully completed and documented.**
    **e. Certified technician includes valid signed afidavit outlining knowledgement of performing procedures.**

ELECTRICALLY OPERATED PARTITION MAINTENANCE:

The Commissioner's Regulation 155.25, Safety requirements for Electrically Operated Partitions, reads in part:

    (d) Safety requirements and operation guidelines for electrically operated partitions. The board of education, trustees, principal and other person in charge of every public or private school or educational institution within the State shall ensure that:

    (2) A procedure is established for the notification of all school employees and all other persons who regularly make use of the area where such device is located of the safe and proper procedure for the operation of the mechanism. Records shall be maintained regarding the training provided.

>(4) Safety features shall not be tampered with, overridden or by-passed. All equipment must be maintained in accordance with the manufacturer's instructions, including the manufacturer's recommended service interval and records of such maintenance shall be permanently retained at the district or private school.

The Legislature requires these systems. It is imperative the school districts have installed and are maintaining them in the manner required.

> **MAINTENANCE SPECIFICATION**

**SAFETY DEVICES FOR ELECTRICALLY OPERATED PARTITIONS
AND DIVIDER CURTAINS**

**PART 1 GENERAL**

**1.01 INTENT**

It is the intent of this specification for the contractor to perform an annual maintenance procedure on the described life safety detection equipment for electrically operated partitions and divider curtain's at each location in strict accordance with the manufacturer's instructions.

**1.02 SECTION INCLUDES**

    A.    Manufacturer's maintenance procedures
    B.    Associated requirements

**1.03 REFERENCES**

    A.    NYSED Law 409-F/CR 155.25
    B.    ASTM E557 Standard Practice for Architectural application and installation of operable partitions
    C.    AAADM/American Association of Automatic Door Manufacturers
    D.    AIA-CES/American Institute of Architects-Continuing Education Service

**1.04 SUBMITTALS**

    A.    Upon completion of each maintenance procedure, vendor shall provide documentation of each location as per manufacturer's requirements to facilities official and duplicate documentation to Safe Path Systems, LLC.
    B.    Manufacturer shall provide electronic filing of documentation to school district. For hard copy records of such maintenance for print out copy to be permanently retained at each building location at the district or private school.

    C.    Provide manufacturer's staff training materials for review and certification of all school employees and all other persons who regularly make use of the area where such devices are located for the safe and proper procedure for the operation of the mechanism.
    D.    Provide to school district approval documentation for specific language and training information required pursuant to commissioners regulation 155.25

**1.05 QUALITY ASSURANCE**

    A.    Authorized service center shall fulfill all manufacturers' requirements through licensing agreement and provide proof of authorization including New York State Identification number.

    B.    Technician Certification- Provide valid certification for each foreman relating to successful completion of the annual manufacturer's training program.

    C.    Manufacturer Qualifications: Company specializing in manufacturing of said safety system in conjunction with electrically operated partitions for a minimum ten (10) years of documented experience.

**1.06 WARRANTY**

    A.    Labor specifically related to the manufacturer's maintenance procedure shall be guaranteed for a period of no less than one (1) year against workmanship.

    B    Installation of new materials, hardware and safety sensors shall be guaranteed for a period of one (1) year (no less then) defects in materials and workmanship.

**1.07 PROJECT CONDITIONS**

    A.    Coordinate the work with other sections and around any school related activities.

**PART 2 WORK INCLUDED:**

    The contractor shall provide all the necessary materials and labor to facilitate, erect, construct, install and finish the work as outlined in the specifications.

**2.01 SPECIFICATIONS**

    A.    Manufacturer's Instructions

    The purpose of this document is to help ensure the proper installation, maintenance and repair procedures for the correct function of this Life Safety Detection Equipment. Established standards pursuant to education law section 409-f, relating to the construction, maintenance and operation of electrically operated partitions located in classrooms or other facilities used by students in public and non-public schools or educational institutions within the state relate directly to our specific Safe Path patented and trade marked safety detection system requirements.

The patented design is recognized throughout the United States and Canada. Since 1991, our extensive efforts working closely with the New York State Education Department set the standard for these equipment requirements. Together we have also developed a Staff Training Procedure which satisfies Commissioner's Regulation 155.25.  New York State is the only state in the nation requiring safety devices for electrically operated partitions and dividers.

The Safe Path™ life safety detection system has been installed in many locations across America and these manufacturer's instructions are consistent and apply to all states and are not limited to New York State.

Our ongoing commitment to provide qualified individuals with the knowledge and training required to perform any procedures is imperative to the safety of school children as they are required to assemble in areas and forced to be in close proximity to dangerous equipment every day.

Manufacturer's responsibility and moral obligation demand the proper performance of each and every system continually.  The correct function of individual components and precise communication between them is critical.

Only Safe Path Certified Technicians employed by a Safe Path authorized Dealer may perform any procedures relating to the Safe Path™ life safety detection system. Only AAADM (American Association of Automatic Door Manufacturer's) certified technicians may perform any procedures relating to the Safe Path ™ Life Safety Detection System. Service Center must provide Safe Path certification with Bid Specification
.

The Manufacturer's suggested service interval is at least annually.

These manufacturer's instructions precede and refer to qualifications, training, certified technicians, licensing and authorization, physical maintenance procedures, staff training procedures, education department regulations and satisfactory documentation of mandatory requirements.

B. MANUFACTURER'S MAINTENANCE PROCEDURE

1. Perform a visual inspection of <u>all</u> individual components for damage, improper application or incorrect location.
2. Clean the exterior of each PIR lens with soap and water or a damp cloth – dry completely.  Re-secure all protective metal covers to correct torque and align for clear and proper projection of PIR detection zones.
3. Check torque of securing assembly at arming key switch and re-secure as required.
4. Inspect posted signage at each key control station for correct positioning and compliance with NYSED regulations – securing as required.
5. Check LED's at key stations for proper illumination and function.
6. Inspect wiring connections – retorquing terminals as required.

7. Check all wiring, conduits and connections for compliance with the latest edition of the National Electric Code and local codes which have jurisdiction.
8. Remove the existing security seal on the system control panel and access – inspect for correct wiring hook-ups in accordance with manufacturers instruction. Check all terminals for secure connection – resecuring to proper torque as required. Test for proper operating voltage at upper and lower areas of enclosure. Inspect for isolated voltages – line voltage at lower portion of the enclosure/low voltage at upper portion of the enclosure.
9. Perform AMP test on the power output terminals within the system control panel, checking for excessive power draw from system components. Unacceptable reading shall prompt further inspection of individual components for correct function. Calculation of all system components is necessary for determining acceptable power draw as site conditions and the number of components may vary.
10. Provide new security seal/ # on system control panel.
11. Test anti-masking function of all PIR sensors which incorporate this feature.

TESTING OF THE SAFE PATH SYSTEM

1. Try to operate the partition without arming the Safe Path system. The partition should not be operable.

2. Arm the Safe Path System.
    a. Operator #1 turns and holds the slave key in either "on" position.
    b. The green LED on the master key will go on.
    c. Operator #2 arms the Safe Path System. The red and green LED on the master key will go on.
    d. Operate the partition.
    e. During operation, Operator #1 must release the slave key. The partition must stop and the alarm must sound.
    f. Operator #2 disarms the Safe Path System. Alarm must turn off.

3. Operate
    a. Have two operators arm the Safe Path System and operate the partition.
    b. Have a third person cross the PIR sensors detection zones.
    c. The partition must stop and the alarm must sound.
    d. Disarm the Safe Path System.

4. Walk Test
    a. Have one operator turn the slave key and hold in the "on" position. The green LED at the master station will go on.
    b. A second person must cross PIR sensors detection zones.

      c. The green LED must go off.
      d. A second person must stand clear of PIR zones and wait for PIR's to reset.  The green LED at the master station will go on.
      e. A second person must cross PIR sensors detection zones at different locations.
      f. The green LED must go off whenever the PIR sensors detection zones are crossed.
      g. Walk test the entire span on both sides of the partition.

5. Pocket intrusion – if installed in pocket or between bleachers.
      a. Reset pocket intrusion – requires two operators to turn both reset switches at the same time.
      b. Walk into the pocket area.  The intrusion should activate indicated by a flashing red LED at the reset switch plates.
      c. With the pocket intrusion key switches flashing red, have one operator turn and hold the slave key switch in the "on" position.
      d. The green LED on the master switch must not go on.
      e. Reset the pocket intrusion switches and have the operator turn and hold the slave key switch.  The green LED on the master switch must go on.

## STAFF TRAINING

1. Provide a staff training procedure materials kit.
      a. For use at each building location which has electrically operated partitions in use.
      b. All school employees and all other persons who regularly make use of the area must be notified of the safe and proper procedure for the operation of the partition and safety system.
      c. Staff training procedure must be reviewed by the NYSED office of Facilities Planning and pre-determined that it is compliant with the latest regulations.
      d. Provide a staff training completion certificate for documentation of compliance, to be retained at appropriate building locations.

NOTES:
      **a. The suggested service interval is once a year by a certified technician**
      **b. Certified Technician includes an annual manufacturer's training course is successfully completed and documented.**
      **c. Certified technician includes OSHA training and 10 hour course.**
      **d. Certified technician includes an annual AAADM (American Association of Automatic Door Manufacturers) training course is successfully completed and documented.**
      **e. Certified technician includes valid signed affidavit outlining aknowledgement of performing procedures.**

<u>ELECTRICALLY OPERATED PARTITION MAINTENANCE:</u>

The Commissioner's Regulation 155.25, Safety requirements for Electrically Operated Partitions, reads in part:

(d) Safety requirements and operation guidelines for electrically operated partitions. The board of education, trustees, principal and other person in charge of every public or private school or educational institution within the State shall ensure that:

(2) A procedure is established for the notification of all school employees and all other persons who regularly make use of the area where such device is located of the safe and proper procedure for the operation of the mechanism. Records shall be maintained regarding the training provided.

(4) Safety features shall not be tampered with, overridden or by-passed. All equipment must be maintained in accordance with the manufacturer's instructions, including the manufacturer's recommended service interval and records of such maintenance shall be permanently retained at the district or private school.

The Legislature requires these systems. It is imperative the school districts have installed and are maintaining them in the manner required.

## PART 3 COMPLETION

**3.01**  Upon completion, successful vendor shall arrange for a demonstration of the system to be witnessed by the appropriate school official/s.

**3.01**  Vendor will furnish the Superintendent of Building and Grounds with one (1) copy of manual containing operating and maintenance data.

**END OF SECTION**