# EXHIBIT 42

CLOSED,MJSELECT

## U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:93-cr-01012-CBA-2

| | |
|---|---|
| Case title: USA v. Dello Russo, et al | Date Filed: 09/08/1993 |
| | Date Terminated: 08/22/1994 |

Assigned to: Judge Carol Bagley Amon

**Defendant (2)**

| | | |
|---|---|---|
| **Patrick Dello Russo**<br>*TERMINATED: 09/08/1994* | represented by | **Richard A. Rehbock**<br>20 Vesey Street – Suite 500<br>New York, NY 10007<br>516-827-9583<br>Fax: 516-827-9589<br>Email: rrehbock@msn.com<br>*TERMINATED: 09/08/1994*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1962(d) and 3551 et seq.<br>INTERSTATE COMMERCE. Dfts Calagna, Dello Russo, Lieberman, and Razza knowingly, intentionally and unlawfully conspired to conduct and participate in the conduct of the affairs of the enterprise through a pattern of racketeering activity by agreeing to commit and actually committing the acts of racketeering.<br>(1s) | Dft Dello Russo pleaded guilty to counts 1 and 23 of the superseding indictment. Remaining counts of the superseding indictment as well as the underlying indictment are dismissed on motion of the U.S. Dft assessed $100.00. Dft is to be imprisone d for a period of 120 months on count 1 of the superseding indictment. Dft sentenced to imprisonment for a period of 60 months on count 23 of the superseding indictment. Sentences imposed in count 1 and 23 of the superseding indictment shall run conc urrently. The Court recommends that the dft be incarcerated at FCI Schuykill, Pennsylvania or at a facility as close to the New York City Area as possible. Dft is remanded to the custody of the U.S. Marshal. Upon release from imprisonment, the dft sh all be on supervised release for a term of 3 years on each of counts 1 and 23 of the superseding indictment, which shall run concurrently. Statement of reasons attached. S/R Revoked: COBP: 12 months;S/R:1 yr |
| 18:371 and 3551 et seq.<br>RACKETEERING, BRIBERY. Dfts Calagna, Dello Russo, Lieberman, Titley and Figoni conspired to defraud the U.S. by impeding, impairing, obstructing and defeating the lawful functions of the Dept. of the Treasury in the ascertainment, computation and collection of income taxes.<br>(23ss) | Dft Dello Russo pleaded guilty to counts 1 and 23 of the superseding indictment. Remaining counts of the superseding indictment as well as the underlying indictment are dismissed on motion of the U.S. Dft assessed $100.00. Dft is to be imprisone d for a period of 120 months on count 1 of the superseding indictment. Dft sentenced to imprisonment for a period of 60 months on count 23 of the superseding indictment. Sentences imposed in count 1 and 23 of the superseding indictment shall run conc urrently. The Court recommends that the dft be incarcerated at FCI Schuykill, Pennsylvania or at a facility as close to the New York City Area as possible. Dft is |

remanded to the custody of the U.S. Marshal. Upon release from imprisonment, the dft sh all be on supervised release for a term of 3 years on each of counts 1 and 23 of the superseding indictment, which shall run concurrently. Statement of reasons attached.S/R Revoked: COBP: 12 months;S/R:1 yr

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1951 and 3551 et seq. Conspiracy to affect commerce through extortion. (1) | All remaining and underlying counts are dismissed on motion of the U.S. |
| 18:1951, 2 and 3551 et seq. Affect commerce by the use of extortion. (2) | All remaining and underlying counts are dismissed on motion of the U.S. |
| 18:1962(d) and 3551 et seq. INTERSTATE COMMERCE. Dfts Calagna, Dello Russo, Lieberman, and Razza knowingly, intentionally and unlawfully conspired to conduct and participate in the conduct of the affairs of the enterprise through a pattern of racketeering activity by agreeing to commit and actually committing the acts of racketeering. (2s) | All remaining and underlying counts are dismissed on motion of the U.S. |
| 18:1959(a)(5) and 3551 et seq. Conspiracy to commit murder. (3) | All remaining and underlying counts are dismissed on motion of the U.S. |
| 18:1951 and 3551 et seq. EXTORTION, RACKETEERING, & THREATS. Dft Calagna, Dello Russo, Lieberman, Razza and Titley knowingly and unlawfully conspired with each other and others to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by extortion. (3s–4s) | All remaining and underlying counts are dismissed on motion of the U.S. |
| 29:186(b)(1), a)(2), (a)(4) and (d)(2) & 18:2 and 3551 et seq. FRAUD, OTHER. Dft Calagna, Dello Russo, Lieberman, and Razza did knowingly, wilfully and unlawfully request, demand, and agree to receive and accept, from persons acting in the interest of the AIC, a thing of value and money exceeding $1,000.00. (5s) | All remaining and underlying counts are dismissed on motion of the U.S. |
| 29:186(b)(1), (a)(1) and (d)(2) and 18:2 and 3551 et seq. FRAUD, OTHER. Dft Dello Russo did knowingly, wilfully and unlawfully request, demand, receive and accept, and agree to receive and accept, from persons acting in the interest of AIC, a thing of value and money | All remaining and underlying counts are dismissed on motion of the U.S. |

| | |
|---|---|
| exceeding $1,000.00.<br>(7s) | |
| 18:371 and 3551 et seq. RACKETEERING, BRIBERY Dft Calgana, Dello Russo, Razza, Lieberman, and Titley knowingly, willfully and unlawfully conspired to commit an offense against the U.S. in that they conspired to violate Title 29.<br>(9s) | All remaining and underlying counts are dismissed on motion of the U.S. |
| 18:1956 (a)(1), 2 and 3551 et seq. CONTROLLED SUBSTANCE-MANUFACTURE. Dfts Calagna, Dello Russo, Lieberman and Titley conducted and attempted to conduct financial transactions, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity.<br>(10s) | All remaining and underlying counts are dismissed on motion of the U.S. |
| 29:186(b)(1), (a)(2) and (d)(2) and 18:2 and 3551 et seq. FRAUD, OTHER. Dfts Calagna, Dello Russo, and Lieberman did knowingly, willfully and unlawfully aid and abet an officer and employee of Local 705, to request, demand, and agree to receive and accept, a thing of value and money exceeding $1,000.00.<br>(11ss) | All remaining and underlying counts are dismissed on motion of the U.S. |
| 18:371 and 3551 et seq. RACKETEERING, BRIBERY. Dft Calagna, Dello Russo, Lieberman and Scher knowingly, willfully and unlawfully conspired to commit an offense against the U.S. in that they conspired to violate Title 29, Sections 186(b)(1), (a)(2) and (d)(2).<br>(13ss) | All remaining and underlying counts are dismissed on motion of the U.S. |
| 18:1959(a)(5) and 3551 et seq. CONSPIRACY, MURDER, KIDNAP. Dft Dello Russo, together with others, knowingly and intentionally conspired to murder Vladimir Jadick.<br>(14ss) | All remaining and underlying counts are dismissed on motion of the U.S. |
| 18:1951 and 3551 et seq. EXTORTION, RACKETEERING, & THREATS. Dft Dello Russo, Razza and Figoni knowingly and unlawfully obstructed, delayed and affected and attempted to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by extortion.<br>(15ss-16ss) | All remaining and underlying counts are dismissed on motion of the U.S. |
| 29:186(b)(1), (a)(2) and (d)(2) & 18:2 and 3551 et seq. FRAUD, OTHER. Dfts Razza, Dello Russo, and Figoni did knowingly, willfully and unlawfully request, demand, receive and accept, and agree to receive and accept, from | All remaining and underlying counts are dismissed on motion of the U.S. |

| | |
|---|---|
| persons acting in the interest of K&N, a thing of value and money exceeding $1,000.00. (17ss) | |
| 18:371 and 3551 et seq. RACKETEERING, BRIBERY. Dfts Dello Russo, Razza and Figoni, together with others, knowingly willfully and unlawfully conspired to commit an offense against the U.S in that they conspired to violate Title 29, Sections 186(b)(1), (a)(2) and (d)(2). (18ss) | All remaining and underlying counts are dismissed on motion of the U.S. |
| 18:1956, 2 and 3551 et seq. CONTROLLED SUBSTANCE−MANUFACTURE. Dfts Dello Russo, Razza, and Figoni, together with others, conducted and attempted to conduct financial transactions involving the proceeds of specified unlawful activity. (19ss) | All remaining and underlying counts are dismissed on motion of the U.S. |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                                    **Disposition**

None

---

**Plaintiff**

USA     represented by    **Karen A. Popp**
United States Attorneys Office
Criminal Division
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 254−7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leopold Laufer**
United States Attorney's Office
Criminal Division
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 254−7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/08/1993 | 1 | INDICTMENT as to Patrick Dello Russo (1) count(s) 1, 2, 3, Anthony Razza (2) count(s) 1, 2. (Indictment ordered sealed) (Glenn, Marilyn) (Entered: 09/15/1993) |
| 09/09/1993 | | Added Government Attorney Karen Ann Popp, Leopold Laufer. (Glenn, Marilyn) (Entered: 09/16/1993) |
| 09/13/1993 | | MOTION in open court by USA as to Patrick Dello Russo, Anthony Razza to Unseal Indictment . (motion made before Mag. J. Go) (Glenn, Marilyn) (Entered: 09/16/1993) |

| | | |
|---|---|---|
| 09/13/1993 | 9 | CALENDAR ENTRY as to Patrick Dello Russo ; Case called before Magistrate Marilyn D. Go on date of 9/13/93 for arraignment. Tape # 93/37 (3656−3994)(3994−6253), set Detention Hearing for 2:00 9/15/93 for Patrick Dello Russo , Not Guilty: Patrick Dello Russo (1) count(s) 1, 2, 3 (Glenn, Marilyn) (Entered: 09/16/1993) |
| 09/13/1993 | 12 | Memorandum of Law in support of govt's motion for pretrial detention. (Glenn, Marilyn) (Entered: 09/16/1993) |
| 09/14/1993 | 10 | ORDER as to Patrick Dello Russo, Anthony Razza granting [0−0] oral motion to Unseal Indictment as to Patrick Dello Russo (1), Anthony Razza (2) ( Signed by Magistrate Marilyn Go) (Glenn, Marilyn) (Entered: 09/16/1993) |
| 09/14/1993 | 11 | TEMPORARY COMMITMENT issued as to Patrick Dello Russo ( Signed by Magistrate Marilyn D. Go , dated 9/13/93) (Glenn, Marilyn) (Entered: 09/16/1993) |
| 09/14/1993 | | Magistrate Ross has been selected by random selection to handle any matters that may be referred in this case. (Glenn, Marilyn) (Entered: 09/16/1993) |
| 09/17/1993 | 15 | ORDER as to Patrick Dello Russo, Anthony Razza, unsealing govt's letter motion dated 9/8/93 Govt's letter motion attached. ( Signed by Magistrate Marilyn D. Go , ) (fe) (Entered: 09/17/1993) |
| 09/17/1993 | 16 | ORDER as to Patrick Dello Russo stating that the U.S. Bureau of Prisons and the Warden of the MCC schedule treatment forthwith, prferably on 9/15/93, at a hospital or other facility equipped to administer said treatment consistent with the attached letter from his personal physician. ( Signed by Magistrate Marilyn D. Go , dated: 9/14/93) (fe) (Entered: 09/17/1993) |
| 09/17/1993 | | CASE reassigned to Judge Carol B. Amon from Judge Eugene H. Nickerson by random selection. (Greene, Donna) (Entered: 09/17/1993) |
| 09/20/1993 | 35 | CALENDAR ENTRY as to Patrick Dello Russo ; Case called before Magistrate Joan M. Azrack on date of 9/20/903 for Bail Hearing Tape # 93/26(2541−). Dft's application for bail is denied. (fe) (Entered: 10/19/1993) |
| 09/23/1993 | 32 | CALENDAR ENTRY as to Patrick Dello Russo, Anthony Razza ; Case called before Judge Carol B. Amon on date of 9/23/93 for Arraignment Court Reporter/ESR Michael Picozzi, Not Guilty: Patrick Dello Russo (1) count(s) 1, 2, 3, Anthony Razza (2) count(s) 1, 2 Dft Dello Russo moves for severance. Decision reserved. Dft Razza moves for complex case designation. Decision reserved. Govt advises Court that SS Indictment will be filed shortly. Dft Razza moves to travel to San Diego. Govt consents(itinerary to be filed with AUSA). Application granted. Dft's presence waived for next conference. Court deems dft Dello Russo to have made an oral application for bail review. Formal documents to be filed. Next conference 10/6/93 at 5:00. (fe) (Entered: 10/18/1993) |
| 09/23/1993 | 33 | NOTICE of Appearance for Patrick Dello Russo by Attorney Richard Rehbock. (fe) (Entered: 10/18/1993) |
| 10/06/1993 | 23 | CALENDAR ENTRY as to Patrick Dello Russo ; Case called before Magistrate Joan M. Azrack on date of 10/6/93 for Hearing on Medical Condition Tape # 93/30(0−2212). Defnse counsel makes an application that the dft be released due to the fact that the MCC doesn't know how to take care of the client's medical problem. Application denied. MCC is fully equiped to handle Mr. Dello Russo's medical condition. Govt is to submit a detailed order setting forth all conditions and medications and how they shall be administered to the Mag. for her signature. (fe) (Entered: 10/07/1993) |
| 10/06/1993 | 34 | CALENDAR ENTRY as to Patrick Dello Russo, Anthony Razza ; Case called before Judge Carol B. Amon on date of 10/6/93 for status conference. Reporter Henry Shapiro. Appearances: For Dft Dello Russo−Richard Rehbock; For dft Anthony Razza−Benjamin Brafman by Brett Gilbert. Dft Dello Russo has submitted discovery requests. Govt advises SS Indictment will be filed at end of October. Govt to produce discovery 10/29/93. Defense motions due 11/5/93. Motions can be supplemented after receipt of SS Indictment, if need be. Govt to respond 11/19/93. Motion papers regarding appeal of bail(dft Dello Russo) to be filed 10/8/93. Bail hearing on 10/18/93 at 5:00. Dft Razza not present. (fe) (Entered: 10/18/1993) |

| | | |
|---|---|---|
| 10/07/1993 | 24 | LETTER dated 10/7/93 from Karen A. Popp to Mag. Azrack. Re: Order setting forth the procedures that the Bureau of Prisons will follow in administering the protocol that has been prescribed in treating Mr. Dello Russo's medical condition. Order attached-Unsigned). (fe) (Entered: 10/08/1993) |
| 10/08/1993 | 25 | LETTER dated 9/29/93 from Richard A. Rehbock to Mag. Azrack. Requesting that this letter be permitted to substitute for a formal motion to rehear the bail status of Mr. Dello Russo pursuant to Mag. Azrack's statement at the end of the Detention Hearing on 9/20/93. (fe) (Entered: 10/08/1993) |
| 10/08/1993 | 26 | LETTER dated 9/30/93 from Valerie Caproni to Mag. Azrack. Stating that their is no need to hold a hearing on the issue of Patrick Dello Russo's medical care. (fe) (Entered: 10/08/1993) |
| 10/08/1993 | 27 | LETTER dated 10/1/93 from Richard A. Rehbock to Mag. Azrack. Letter dated 9/30/93 from Richard A. Rehbock attached. Re: issue of dft Patrick Dello Russo's medical care. (fe) (Entered: 10/08/1993) |
| 10/08/1993 | 28 | LETTER dated 10/5/93 from Karen A. Popp to Mag. Azrack. Re: Issues raised regarding Patrick Dello Russo's detention and medical care at the MCC. (fe) (Entered: 10/08/1993) |
| 10/08/1993 | 29 | ORDER as to Patrick Dello Russo stating that the U.S. Bureau of Prisons, particularly the MCC where the dft is currently imprisoned, administer the medical care as set forth on the attached protocol. c/m ( Signed by Magistrate Joan M. Azrack , dated: 10/7/93) (fe) (Entered: 10/08/1993) |
| 10/12/1993 | 30 | MOTION by Patrick Dello Russo for revocation or modification of the previously entered Order of Detention by Mag. Azrack; or in the alternative the scheduling of a hearing to determine the issues regarding same ; Motion Hearing/Return date of 10/18/93 for Patrick Dello Russo [30-1] motion Affidavit attached. (fe) (Entered: 10/13/1993) |
| 10/12/1993 | 31 | MEMORANDUM by Patrick Dello Russo in support of [30-1] motion for revocation or modification of the previously entered Order of Detention by Mag. Azrack; or in the alternative the scheduling of a hearing to determine the issues regarding same (fe) (Entered: 10/13/1993) |
| 10/18/1993 | 38 | LETTER dated 10/14/93 from Karen A. Popp to Judge Amon. Re: Whether or not the various motions relating to the Dello Russo's pretrial detention have tolled the Speedy Trial Act "clock". (fe) (Entered: 10/19/1993) |
| 10/18/1993 | 39 | TRANSCRIPT of Criminal Cause for Proceeding before Mag. Azrack filed in case as to Patrick Dello Russo for dates of 10/6/93; Court Transcriber-Carrie L. DeSalvo. (fe) (Entered: 10/19/1993) |
| 10/18/1993 | 40 | TRANSCRIPT of Criminal Cause for Bail Hearing filed in case as to Patrick Dello Russo for dates of 9/20/93; Court Transcriber-Carrie L. DeSalvo. (fe) (Entered: 10/19/1993) |
| 10/18/1993 | 41 | TRANSCRIPT of Criminal Cause for Proceeding before Mag. Go filed in case as to Patrick Dello Russo for dates of 9/13/93; Court Transcriber-Robyn Wolowitz. (fe) (Entered: 10/19/1993) |
| 10/18/1993 | 42 | CALENDAR ENTRY as to Patrick Dello Russo ; Case called before Judge Carol B. Amon on date of 10/18/93 for Pretrial/Motion Conference Court Reporter/ESR Michael Picozzi. Motion conference held on dft for bail(Appeal from Mag. decision). Dft has not provided the Court with transcripts from hearings held before the Mag. Hearing reset to 10/25/93 at 5:00. (fe) (Entered: 10/20/1993) |
| 10/19/1993 | 36 | NOTICE of Appearance for Patrick Dello Russo by Attorney Richard Rehbock. (fe) (Entered: 10/19/1993) |
| 10/24/1993 | 45 | LETTER dated 10/24/93 from Karen A. Popp to Judge Amon. Re: Claims made by dft Dello Russo relating to his pre-trial detention that are scheduled to be addressed at a hearing on 10/25/93. (fe) (Entered: 10/25/1993) |
| 10/25/1993 | 46 | MEMORANDUM by USA as to Patrick Dello Russo in support of the Govt's Motion for Pretrial Detention. (fe) (Entered: 10/25/1993) |

| | | |
|---|---|---|
| 10/25/1993 | 47 | CALENDAR ENTRY as to Patrick Dello Russo, Anthony Razza ; Case called before Judge Carol B. Amon on date of 10/25/93 for Pretrial /Motion Conference Court Reporter/ESR Carmella Jannuzzi. Govt reports that S.S. Ind. will be filed in one week. Dft's request for additional time to file motions granted. Motion conference for bail reserved. Dft Dello Russo moves orally for severance moion. Formal documents w/respect to severance and all other motions to be filed 11/19/93. Govt to respond 12/3/93. O/A set for 12/10/93 at 11:00. J/S and trial set for 11/18/94(Trial schedule will be revisited if necessary). Dft Razza not present(Appearance waived). (fe) (Entered: 10/26/1993) |
| 10/26/1993 | 48 | TRANSCRIPT of Criminal Cause for Bail Hearing before Mag. Azrack filed in case as to Patrick Dello Russo for dates of 9/20/93 ; Court transcriber-Carrie L. Desalvo. (fe) (Entered: 10/27/1993) |
| 11/05/1993 | 54 | SUPERSEDING INDICTMENT as to Anthony Calagna (1) count(s) 1-2, 3-4, 5, 9, 10, Patrick Dello Russo (2) count(s) 1s-2s, 3s-4s, 5s, 7s, 9s, 10s, Sidney Lieberman (3) count(s) 1-2, 3-4, 5, 9, 10, Anthony Razza (4) count(s) 1s-2s, 3s-4s, 5s, 9s, Andrew Titley (5) count(s) 3-4, 6, 8, 9, 10 (fe) (Entered: 11/12/1993) |
| 11/05/1993 | 54 | SUPERSEDING INDICTMENT as to Anthony Calagna (1) count(s) 11s, 13s, 23s, Patrick Dello Russo (2) count(s) 11ss, 13ss, 14ss, 15ss-16ss, 17ss, 18ss, 19ss, 23ss, Sidney Lieberman (3) count(s) 11s, 13s, 23s, Anthony Razza (4) count(s) 15ss-16ss, 17ss, 18ss, 19ss, 20ss, Andrew Titley (5) count(s) 23s, Martin Scher (6) count(s) 12, 13, Anthony J. Figoni (7) count(s) 15-16, 17, 18, 19, 21, 22, 23 (fe) (Entered: 11/12/1993) |
| 11/12/1993 | 55 | ORDER unsealing the indictment 93-cr-1012(S-1)as to Anthony Calagna, Patrick Dello Russo, Sidney Lieberman, Anthony Razza, Andrew Titley, Martin Scher, Anthony J. Figoni ( Signed by Magistrate Marilyn D. Go , dated: 11/5/93) (fe) (Entered: 11/12/1993) |
| 11/15/1993 | 67 | Arrest WARRANT Returned Executed as to Patrick Dello Russo on 9/13/93. Warrant issued by Magistrate Chrein on 9/8/93. (Conte, Daniela) (Entered: 11/15/1993) |
| 11/22/1993 | 75 | MOTION by Patrick Dello Russo to sever trial ; Motion Hearing/Return date of <date not set> for Patrick Dello Russo [75-1] motion. Affidavit attached. (fe) (Entered: 11/22/1993) |
| 11/22/1993 | 76 | MEMORANDUM by Patrick Dello Russo in support of [75-1] motion to sever trial (fe) (Entered: 11/22/1993) |
| 11/23/1993 | 78 | LETTER dated 11/16/93 from Patricia A. Pileggi to Judge Amon. Requesting an initial schedule and that the Court enter an Order of of Excludable Delay. (fe) (Entered: 11/23/1993) |
| 11/23/1993 | 81 | COPY OF GOVERNMENT'S EXHIBIT as to Anthony Calagna, Patrick Dello Russo, Sidney Lieberman, Anthony Razza, Andrew Titley, Martin Scher, Anthony J. Figoni (fe) (Entered: 11/23/1993) |
| 11/30/1993 | 82 | LETTER dated 11/30/93 from Patricia A. Pileggi to Judge Amon. Advising the Court of the neccessity to conduct a hearing to determine whether counsel for Patrick Dello Russo and Anthony Figoni have a conflict of interest in their representation of these dfts and, if so, to determine whether Patrick Dello Russo and Anthony Figoni are willing to waive this conflict. (fe) (Entered: 12/01/1993) |
| 12/06/1993 | 83 | TRANSCRIPT of Bail Hearing before Judge Amon filed in case as to Patrick Dello Russo, Anthony Razza for dates of 10/25/93 at 5:00p.m. ; Court Reporter: Carmella Jannuzzi. AUSA Karen Popp. Defense attorney: Richard Rehbock. (Dobkin, David) (Entered: 12/06/1993) |
| 12/14/1993 | 86 | CALENDAR NOTICE by Vanessa Holley dated 12/13/93. Action has been set for Conflict of Interest Hearing before Judge Amon on 1/10/94 at 9:30. c/m (fe) (Entered: 12/14/1993) |
| 12/15/1993 | 87 | COPY OF A LETTER dated 12/14/93 from Patricia A. Pileggi. Advising that a hearing has been scheduled, on conflict of interest, for 1/10/94 at 9:30. (fe) (Entered: 12/15/1993) |

| | | |
|---|---|---|
| 01/13/1994 | 94 | COPY OF A LETTER dated 1/12/94 from Karen A. Popp to Mr. Brafman in response to Mr. Brafman's letters dated 10/18/93 and 11/10/93 requesting a bill of particulars. (fe) (Entered: 01/14/1994) |
| 01/18/1994 | 96 | COPY OF A LETTER dated 1/14/94 from Patricia A. Pileggi to Mr. Rehbock written in response to Mr. Rehbock's request for discovery. (fe) (Entered: 01/19/1994) |
| 01/20/1994 | 102 | TRANSCRIPT of Criminal Case for hearing before Judge Amon filed in case as to Patrick Dello Russo, Andrew Titley, Anthony J. Figoni for dates of 1/10/94 ; Court Reporter/ESR: Mary Ann Danielle. Transcriber Elizabeth Kirberger. (fe) (Entered: 01/20/1994) |
| 01/28/1994 | 107 | COPY OF A LETTER dated 1/14/94 from Karen A. Popp to Mr. Rehbock regarding copies of documents that were requested by Mr. Rehbock(No documents attached). (fe) (Entered: 02/03/1994) |
| 02/02/1994 | 115 | MOTION by Patrick Dello Russo to sever the trial of Patrick Dello Russo from his co-dfts; etc. ; Motion Hearing/Return date of <date not set> for Patrick Dello Russo [115-1] motion (fe) (Entered: 02/04/1994) |
| 02/02/1994 | 117 | MEMORANDUM by Patrick Dello Russo in support of [115-1] motion to sever the trial of Patrick Dello Russo from his co-dfts; etc. (fe) (Entered: 02/04/1994) |
| 02/28/1994 | 125 | TRANSCRIPT of Criminal Cause for hearing before Judge Amon filed in case as to Patrick Dello Russo, Andrew Titley, Anthony J. Figoni for dates of 1/20/94 ; Court Reporter/ESR: Mark Gjelaj. Transcriber Elizabeth Kirberger. (fe) (Entered: 02/28/1994) |
| 03/02/1994 | 126 | ORDER as to Patrick Dello Russo, Anthony Razza, Andrew Titley, Martin Scher, Anthony J. Figoni, reset status conference for 9:30 3/16/94 for Patrick Dello Russo, for Anthony Razza, for Andrew Titley, for Martin Scher, for Anthony J. Figoni before Judge Carol B. Amon ( Signed by Judge Carol B. Amon , ) (fe) (Entered: 03/02/1994) |
| 03/02/1994 | 127 | COPY OF A LETTER dated 2/28/94 from Karen A. Popp enclosing a copy of the report of the fingerprint analysis that has been performed. (fe) (Entered: 03/02/1994) |
| 03/04/1994 | 129 | ORDER as to Anthony Calagna, Patrick Dello Russo, Sidney Lieberman, Anthony Razza, Andrew Titley, Martin Scher, Anthony J. Figoni, set status conference for 9:30 3/30/94 for Anthony Calagna, for Patrick Dello Russo, for Sidney Lieberman, for Anthony Razza, for Andrew Titley, for Martin Scher, for Anthony J. Figoni before Judge Carol B. Amon ( Signed by Judge Carol B. Amon , dated: 3/2/94) (fe) (Entered: 03/04/1994) |
| 03/15/1994 | 131 | SEALED ENVELOPE containing a letter application and order dated 3/3/94. AUSA-Karen A. Popp. (fe) (Entered: 03/15/1994) |
| 03/22/1994 | 132 | TRANSCRIPT of status conference before Judge Amon filed in case as to Patrick Dello Russo, Anthony Razza for dates of 10/6/93; Court Reporter H. Shapiro. (Greves, Liz) (Entered: 03/23/1994) |
| 03/24/1994 | 133 | LETTER dated 3/22/94 from Karen A. Popp to Judge Amon requesting that the scheduling of the Govt's response to defense motions be adjourned from 3/23/94 to 3/30/94 and that the defense reply be adjourned from 3/28/94 to 4/4/94. (fe) (Entered: 03/24/1994) |
| 03/29/1994 | 134 | ORDER as to Anthony Calagna, Patrick Dello Russo, Sidney Lieberman, Anthony Razza, Andrew Titley, Martin Scher, Anthony J. Figoni, Govt's response to defense motions are adjourned from 3/23/94 to 3/30/94 and the defenses reply is adjourned from 3/28/94 to 4/4/94 ( Signed by Judge Carol B. Amon , ) (fe) (Entered: 03/29/1994) |
| 03/30/1994 | 135 | CALENDAR ENTRY as to Anthony Calagna, Patrick Dello Russo, Sidney Lieberman, Anthony Razza, Andrew Titley, Martin Scher, Anthony J. Figoni ; Case called before Judge Carol B. Amon on date of 3/30/94 for status conference Court Reporter/ESR LeGendre/Shapiro. Dispositions have been reached and guilty pleas set as follows: Dft Scher-4/1/94 at 9:00; Dft Dello Russo-4/4/94 at 9:30; Dft Titley-4/4/94 at 4:00; Dft Calagna-4/5/94 at 11:30. Govt to respond to outstanding motions for dfts Razza and Figoni by 4/6/94. O/A 5/2/94 at 9:30. At the request of Mr. Brafman jury selection and trial adjourned from 4/11/94 to 6/6/94 for dfts Razza and Figoni. Order of Excludable Delay entered. (fe) (Entered: 04/05/1994) |

| | | |
|---|---|---|
| 04/11/1994 | 141 | CALENDAR ENTRY as to Patrick Dello Russo ; Case called before Judge Carol B. Amon on date of 4/11/94 for pleading Court Reporter/ESR Roseann Guzzi, Guilty: Patrick Dello Russo (2) count(s) 1s, 23ss , set Sentencing for 9:30 5/27/94 for Patrick Dello Russo before Judge Carol B. Amon (fe) (Entered: 04/13/1994) |
| 04/13/1994 | 139 | ORDER as to Anthony Calagna, Patrick Dello Russo, Sidney Lieberman, Anthony Razza, Andrew Titley, Martin Scher, Anthony J. Figoni, the scheduling of the Govt's response to defense motions be adjourned from 4/6/94 to two days following the last guilty plea and the defense reply be due seven days after the Govt's response is filed ( Signed by Judge Carol B. Amon , dated: 4/7/94) (fe) (Entered: 04/13/1994) |
| 04/15/1994 | 147 | TRANSCRIPT filed as to Patrick Dello Russo for pleading held before Judge Amon on April 11, 1994. AUSA: Karen Popp/Patricia Pileggi. Defense Counsel: Richard Rehbock. ESR: Roseann Guzzi. (Asreen, Wendy) (Entered: 04/19/1994) |
| 05/18/1994 | 153 | ORDER as to Anthony Calagna, Patrick Dello Russo, Andrew Titley, Martin Scher, set Sentencing for 10:30 6/10/94 for Anthony Calagna, for Patrick Dello Russo, for Andrew Titley, for Martin Scher before Judge Carol B. Amon ( Signed by Judge Carol B. Amon , dated: 5/16/94) c/m (fe) (Entered: 05/18/1994) |
| 06/13/1994 | 160 | TRANSCRIPT of Conference before Judge Amon filed in case as to Patrick Dello Russo, Anthony Razza for dates of 9/23/93 ; Court Reporter/ESR: Michael Picozzi (fe) (Entered: 06/14/1994) |
| 06/13/1994 | 161 | TRANSCRIPT of Motion before Judge Amon filed in case as to Patrick Dello Russo for dates of 10/18/93 ; Court Reporter/ESR: Michael Picozzi (fe) (Entered: 06/14/1994) |
| 06/24/1994 | 167 | Return Receipt executed as to William Chapman on 6/22/94. (fe) (Entered: 06/24/1994) |
| 06/24/1994 | 168 | Return Receipt executed as to Charles Hynes dated 6/23/94. (fe) (Entered: 06/24/1994) |
| 06/27/1994 | 169 | Return Receipt executed as to Oliver Koppell dated 6/23/94. (fe) (Entered: 06/27/1994) |
| 06/29/1994 | 172 | ADJOURNMENT NOTICE as to Anthony Calagna, Patrick Dello Russo, Sidney Lieberman, Anthony Razza, Andrew Titley, Martin Scher, Anthony J. Figoni by Vanessa Holley dated 6/28/94. Action has been set for sentencing before Judge Amon on 7/19/94 at 10:00. c/m (fe) (Entered: 06/29/1994) |
| 06/29/1994 | 173 | ADJOURNMENT NOTICE as to Patrick Dello Russo by Vanessa Holley dated 6/28/94. Sentencing previously scheduled for 7/15/94 at 10:30 is adjourned to 7/19/94 at 10:00 before Judge Amon. c/m (fe) (Entered: 06/29/1994) |
| 06/29/1994 | 176 | ORDER as to Anthony Calagna, Patrick Dello Russo, Sidney Lieberman, Anthony Razza, Andrew Titley, Martin Scher, Anthony J. Figoni, declining acceptance of the ex-parte submission of the Govt ( Signed by Judge Carol B. Amon , dated: 6/28/94) (fe) (Entered: 06/29/1994) |
| 07/13/1994 | 180 | LETTER dated 7/12/94 from Patricia A. Pileggi and Karen A. Popp to Judge Amon requesting that the Court approve the respective plea agreements. Exhibits attached. (fe) (Entered: 07/13/1994) |
| 07/19/1994 | 184 | CALENDAR ENTRY as to Anthony Calagna, Patrick Dello Russo, Sidney Lieberman, Anthony Razza, Andrew Titley, Martin Scher, Anthony J. Figoni ; Case called before Judge Carol B. Amon on date of 7/19/94 for oral argument re sentencing issues. Court Reporter/ESR Marsha Diamond, set Sentencing for 9:30 8/3/94 for Martin Scher before Judge Carol B. Amon , set Sentencing for 10:30 8/4/94 for Anthony Calagna, for Patrick Dello Russo, for Sidney Lieberman, for Anthony Razza before Judge Carol B. Amon , set Sentencing for 9:30 8/25/94 for Andrew Titley, for Anthony J. Figoni before Judge Carol B. Amon (fe) (Entered: 07/20/1994) |
| 08/22/1994 | 204 | CALENDAR ENTRY as to Patrick Dello Russo ; Case called before Judge Carol B. Amon on date of 8/22/94 for sentencing Court Reporter/ESR Mark Gjelaj (fe) (Entered: 09/08/1994) |
| 08/22/1994 | | Sentencing held Patrick Dello Russo (2) count(s) 1s, 23ss (fe) (Entered: 09/08/1994) |

| | | |
|---|---|---|
| 08/31/1994 | 195 | LETTER dated 8/24/94 from Richard A. Rehbock to Judge Amon memorializing his request to waive Mr. Dello Russo's presence for oral imposition of a three year term of supervised release. (fe) (Entered: 08/31/1994) |
| 09/08/1994 | 205 | JUDGMENT Patrick Dello Russo (2) count(s) 1s, 23ss . Dft Dello Russo pleaded guilty to counts 1 and 23 of the superseding indictment. Remaining counts of the superseding indictment as well as the underlying indictment are dismissed on motion of the U.S. Dft assessed $100.00. Dft is to be imprisoned for a period of 120 months on count 1 of the superseding indictment. Dft sentenced to imprisonment for a period of 60 months on count 23 of the superseding indictment. Sentences imposed in count 1 and 23 of the superseding indictment shall run concurrently. The Court recommends that the dft be incarcerated at FCI Schuykill, Pennsylvania or at a facility as close to the New York City Area as possible. Dft is remanded to the custody of the U.S. Marshal. Upon release from imprisonment, the dft shall be on supervised release for a term of 3 years on each of counts 1 and 23 of the superseding indictment, which shall run concurrently. Statement of reasons attached. ( Signed by Judge Carol B. Amon , Dated 9/7/94) (fe) (Entered: 09/08/1994) |
| 09/08/1994 | 205 | DISMISSAL of Count(s) on Government Motion as to Patrick Dello Russo Terminated motions: Counts Dismissed: Patrick Dello Russo (2) count(s) 1, 2s, 2, 3s-4s, 3, 5s, 7s, 9s, 10s, 11ss, 13ss, 14ss, 15ss-16ss, 17ss, 18ss, 19ss (fe) (Entered: 09/08/1994) |
| 09/12/1994 | 210 | TRANSCRIPT of Criminal Cause for sentencing before Judge Amon filed in case as to Patrick Dello Russo for dates of 8/22/94 ; Court Reporter/ESR: Mark Gjelaj. Transcriber Dawn Mc Donough. (fe) (Entered: 09/12/1994) |
| 10/03/1994 | 218 | LETTER dated 9/21/94 from Kenneth P. Moritsugu to Judge Amon stating that they have designated Mr. Dello Russo to the United States Penitentiary, Lewisburg, Pennsylvania. (fe) (Entered: 10/03/1994) |
| 10/25/1994 | 223 | TRANSCRIPT of oral argument before Judge Amon filed in case as to Anthony Calagna, Patrick Dello Russo, Sidney Lieberman, Anthony Razza, Andrew Martin Scher, Anthony J. Figoni for dates of 7/19/94. Court Reporter M. Diamond. (Greves, Liz) (Entered: 10/25/1994) |
| 03/02/1995 | 231 | NOTICE of payment of $50,000.00 by Clerk of Court to Anthony Figoni. Check No. 00282133, Voucher# 411465 paid on 2/27/95. (Murphy, Margaret) (Entered: 03/02/1995) |
| 09/05/1995 | 236 | INTER-OFFICE MEMO from Eileen Kelly to Judge Amon dated 8/28/95 stating that Cher has completed the 250 hours of community service ordered by the Court, therefore, the Government will not be requesting an extention of his probation. (DiTomasso, Mike) (Entered: 09/05/1995) |
| 03/27/2000 | 248 | LETTER dated 3/20/00 from defendant Patrick DelloRusso, to Judge Amon, requesting an amendment of his judgment. {letter submitted Pro Se w/address: # 43079-053, FCI Otisville, P.O. Box 100, Otisville, N.Y. 10963} (Asreen, Wendy) (Entered: 03/28/2000) |
| 03/31/2000 | | ENDORSED ORDER on doc. no. 248 as to Patrick Dello Russo that the U.S. Attorney and the Probation Office are directed to respond to this application (for an amendment of his judgment) with position, if any, on the relief requested by 4/14/00. Signed by Judge Carol B. Amon on 3/28/00. {c/m by chambers} (Asreen, Wendy) (Entered: 03/31/2000) |
| 04/25/2000 | 252 | LETTER dated 04.20.00 from Patrick DelloRusso to Judge Amon, requesting that your Honor grant deft's request re: amending Judgment pertaining to rehabilitation. Galeano, Sonia (Entered: 06/01/2000) |
| 05/08/2000 | 249 | LETTER dated 05.04.00 from Patricia A. Pileggi, Chief Special Prosecutor to Judge Amon, in response to Patrick DelloRusso's letter dtd 03.20.00. Galeano, Sonia (Entered: 05/08/2000) |
| 05/15/2000 | 250 | LETTER dated 05.10.00 from Patrick DellaRusso to Judge Amon, in response to the govt's 05.04.00 in opposition to petitioner's 03.20.00 letter to Your Honor. (Forwarded to Judge Amon) Galeano, Sonia (Entered: 05/16/2000) |

| | | |
|---|---|---|
| 05/23/2000 | 251 | LETTER dated 5/10/2000 from plaintiff to Judge Amon request in furthering my rehabilative efforts by affording me the benefit of placement in a Community Correctional Center for six months. (Jackson, Ramona) (Entered: 05/23/2000) |
| 06/02/2000 | 253 | ORDER dated 5/18/00 that the application of the defendnat Partrick DelloRusso to amend the judgment and conviction of September 7, 1994 is denied as to Patrick Dello Russo. ( Signed by Judge Carol B. Amon, on·5/18/00) (Guzzi, Roseann) (Entered: 06/02/2000) |
| 06/02/2000 | 254 | INTER-OFFICE MEMO from Deputy Chief U.S. Probation Officer Tony Garoppolo to Judge Amon dated 4/3/00 that I recommend that Your Honor take no position on the inmate's request to serve the last year of his sentence at a halfway house and on home confinement. This is appropriately a matter of internal penal management. (Guzzi, Roseann) (Entered: 06/02/2000) |
| 12/10/2002 | 256 | ORDER as to Patrick Dello Russo directing that no action be taken at this time with regard to Mr. Dello Russo's violation of conditions of supervised release. Signed by Judge Carol B. Amon , on 11/22/02. (Permaul, Jenny) (Entered: 12/10/2002) |
| 07/03/2003 | 257 | ORDER FOR ISSUANCE OF A SUMMONS as to Patrick Dello Russo. ( Signed by Judge Carol B. Amon on 6/11/03). (Piper, Francine) (Entered: 07/03/2003) |
| 07/03/2003 | 258 | Summons for Supervised Releasee to Appear Issued as to Patrick Dello Russo; Date and Time of Appearance: 7/18/03 at 2:00 before Judge Amon at EDNY Courthouse. (Permaul, Jenny) (Entered: 07/18/2003) |
| 07/18/2003 | 259 | Summons for Supervised Releasee to Appear Returned Executed on 7/1/03. as to Patrick Dello Russo (Permaul, Jenny) (Entered: 07/18/2003) |
| 07/18/2003 | 260 | Minute Entry for proceedings held before Carol B. Amon :Initial Appearance re Revocation of Supervised Release as to Patrick Dello Russo held on 7/18/2003; AUSA: Nick Bourtin; Richard Renbock, Esq. for the Deft.Deft. enters plea of NOT GUILTY to count 2 of Violation of Supervised Release. VOSR hearing is set for 9/4/03 at 9:30. (Court Reporter Brian Ketcham (ESR).) (Permaul, Jenny) (Entered: 08/05/2003) |
| 08/11/2003 | 261 | Letter dated 8/8/03 from AUSA Nicholas Bourtin to Richard A. Rehbock, enclosing discovery in anticipation of the 9/4/03 violation of supervised release hearing. (Permaul, Jenny) (Entered: 08/19/2003) |
| 08/27/2003 | 263 | MEMORANDUM in Support of Violation of Supervised Release by USA as to Patrick Dello Russo (Permaul, Jenny) (Entered: 09/04/2003) |
| 09/04/2003 | 262 | ORDER as to Patrick Dello Russo: Application granted; Violation of supervised release hearing adjourned to 9/17/03 at 2:00. Signed by Judge Carol B. Amon on 8/29/03. (See letter dated 8/27/03 from Nicolas Bourtin, AUSA) (Permaul, Jenny) (Entered: 09/04/2003) |
| 09/15/2003 | 264 | Letter dated 9/12/03 from Nicols Bourtin, Esq. to Richard Rehbock, Esq. regarding the violation of supervised release hearing as to deft. Patrick Dello Russo scheduled for 9/17/03. (Permaul, Jenny) (Entered: 09/16/2003) |
| 09/17/2003 | 267 | Minute Entry for proceedings held before Carol B. Amon :Final Hearing re Revocation of Supervised Release as to Patrick Dello Russo held on 9/17/2003. Guilty Plea entered to Charge #1. SENTENCE: Supervised Release revoked. COPB: 12 mos.; SUPERVISED RELEASE: 1 year; Deft. to surrender to USM, EDNY by noon on 9/24/03. (Court Reporter Burton Sulzer.) (Permaul, Jenny) (Entered: 10/02/2003) |
| 09/19/2003 | 266 | ORDER as to Patrick Dello Russo: The Court imposed the sentence with an understanding that good time credits would not apply. Accordingly the application is denied. Signed by Judge Carol B. Amon on 9/19/03. (See letter dated 9/19/03 from Richard A. Rehbock, Esq.) (Permaul, Jenny) (Entered: 09/30/2003) |
| 09/30/2003 | 265 | Letter dated 9/18/03 from AUSA Nicholas Bourtin to Judge Amon written in opposition to the letter application of 9/18/03 for a modification of Deft. Patrick Dello Russo's sentence. (Permaul, Jenny) (Entered: 09/30/2003) |
| 10/02/2003 | 268 | Violation Probation/Supervised Release Order as to Patrick Dello Russo: Supervised Release revoked; COBP: 12 months followed by 1 year of Supervised Release. Deft. |

| | | |
|---|---|---|
| | | shall surrender to the US Marshal,EDNY by noon on 9/24/03. . Signed by Judge Carol B. Amon on 9/24/03. c/m by chambers (Permaul, Jenny) (Entered: 10/03/2003) |