# EXHIBIT 43

*aug 10*             *105*



(631) 549-8745

September 8, 2010

Dear Investigator St. Clair,

    I would first like to thank you for your attention to these serious issues. My name is Stephen Cole and my company, Gym Door Repairs, Inc. has been in business for over 30 years and has earned an excellent reputation in the New York Tri State area. We preform installation, service and repair work on gymnasium equipment found in schools. Our spectrum of work is limited to partitions, bleachers and basketball backstops with focus on safety for each. In 1991, Deanna Moon 9 years old, was accidentally crushed in a motorized gymnasium partition at the Sunquam Elementary School in Melville, NY and killed. Legislation to increase safety was introduced soon after but did not pass. In 2001, Rashad Richardson, 12 years old, was accidentally crushed in a motorized gymnasium partition at the Boynton Middle School in Ithaca, NY and killed. Legislation was reintroduced and Governor Pataki signed it into law shortly after. The New York State education law 409-F and Section 3602 required safety devices be installed on all existing electrically operated partitions and dividers in schools K-12 both public and private. Twenty Six million dollars was generated for this project by the NYSED in 2002 furthermore the commissioner of education was to annually prescribe money for this law. Commissioners regulations 155.25 outline the maintenance and staff training necessary.



106

Prior to Deanna Moon's death in 1991, I created devices for application to motorized partitions to prevent accidental injury. After her death, having two children of my own, I redesigned the system completely and created a life safety detection system which would set the standard for the industry. The Safe Path System was developed, patented, trademarked and promoted heavily by Gym Door Repairs, Inc. Although the law did not require these safety devices until 2002, we spread awareness throughout New York, New Jersey and Connecticut and in 1995 we signed an exclusive agreement with Modernfold, Inc. and its dealers to promote the Safe Path System™ Nationally. Our efforts over many years has made Safe Path™ the premier life safety detection system in America. In 2007 through 2009 several accidents occurred in NJ schools involving motorized gymnasium partitions. Our efforts with a lobbyist has resulted with New Jersey introducing legislation identical to New York's. These accidents have elevated our ongoing concern for compliance with the regulations regarding maintenance and staff training as we have our product exclusively in the NYC schools and the majority of NYS schools. NYSED officials inaction and lack of enforcement regarding commissioners regulation 155.25 has caused a dangerous condition for school children and an unfair liability for manufacturers of these systems. Our advertising insisting on annual maintenance of the systems and staff training addresses the Senators and Legislators intent and increases student safety. Our continued notification to NYSED, NYCDOE and individual school district officials for compliance with the law has caused a negative reaction to our company. Their severe resistance to comply with the law not only jeopardizes student safety but has damaged our reputation. The abuse of power from top officials is blatant and clearly documented as

107

we have extensive evidence through e-mail correspondence and actual events since 2002. Our attorneys have compiled a case which clearly outlines corruption. I have been advised by them as well as by the Special Commissioner of Investigations Chief Investigator, Thomas Fennell that this is a police matter as one key individual has organized several state officials as well as three companies to help execute this crime. We met with the NYCDOI last week and an investigation has begun.

Patrick DelloRusso residing at 838 7th street, West Babylon, New York 11704 Tel: 516.754.2379 DOB: ▮▮▮ 1961 SS#: ▮▮▮▮▮ 5117 was hired October of 2009 specifically to manage the Safe Path™ project with initial focus on NYS and NYC maintenance completions using authorized dealers with trained certified technicians as per the regulations. My wife Kathleen and I met Patrick DelloRusso and his wife Susan for the first time at the Cedar Beach marina in the Fall of 2007. Our son Justin and their daughter Victoria had been dating for several months prior to that day. Over the course of a year or so we met many times at different family get togethers as Justin and Victoria's relationship we serious, they were inseparable. We have been growing our Safe Path™ business since 1991 and the past three years have been exceptionally challenging, our emotions are elevated and simple questions turn into elaborate and passionate discussions which provide many details. Over this time period, DelloRusso became very interested in our project and offered his opinion and assistance in any manor possible. He encouraged to get his best friend Dan Campo involved, since he is the general manager of a very successful automatic door company "Long Island Automatic Door" and would be interested in expanding with Safe Path™. We met Campo numerous times at family get togethers and discussed the project thinking his

108

knowledge and contacts could help us. DelloRusso organized Long Island Automatic Door owner Joe Carracino and general manager Dan Campo, IT personnel Michael Kaye, Bookkeeper Kim Lester and sales manager Bruce Ferarri to learn about our specialized business.

DelloRusso coordinated weekly meetings which were held at the Plainview diner and over several months much information was divulged. Kaye was paid to create a web site for www.SafePathSystems.com, Lester was paid to improve our existing compliance monitoring / invoicing program, Ferarri was invited to gain experience and attend a Safe Path™ presentation for Nassau County Buildings and Grounds employees, all were controlled by Campo and DelloRusso. DelloRusso also arranges his future son in law Ryan Storrs to upgrade our computer system at our Huntington Station office and we pay him for his services. DelloRusso and Campo introduce their dear friend Mark Dugo or Record USA, a huge automatic door company with National representation. They explained not only is Dugo the National sales manager for this large door company, He also sits on the marketing board of the American Disabilities Association and Safe Path™ is a perfect fit to include with their National requirements. We have a meeting with Dugo and Long Island Automatics staff specific to Safe Path™ at Long Island Automatics Plainviews office.

We officially hired DelloRusso October of 2009. His sales expertise, automatic door industry experience and team of professionals working closely to assist him seemed like a good decision at that time. We trusted DelloRusso completely, after all our children were in Love with each other and we discussed we met at their age and we are now married for over 25 years. DelloRusso stated on a couple of occasions that our

169

friendship was more important than this business deal and I have to put my trust in him. Kathy and myself are very trusting people and believed DelloRusso was sincere.

During a meeting with our CPA on January 5, 2010 Frank Bianculli, We discuss our new employee Patrick DelloRusso and Frank says, "that name rings a bell" and he proceeds to Google search. He advises us that if this is the same individual, "not only am I concerned for your safety but I am afraid he'll steal your business." We immediately investigated DelloRusso's background and became nervous with our findings. His threatening behavior delayed his official termination until April 22, 2010. This is only the tip of the iceberg. I look forward to sharing all of our information with you as soon as possible. The devastation to our business pales in comparison to the thought of another child dying because of this disturbing situation.

Sincerely,

Stephen F. Cole