# EXHIBIT 52

Page 1 of 1

**Kathy Cole**

| | |
|---|---|
| **From:** | "Patrick Dellorusso" <pdr129@gmail.com> |
| **To:** | <kathy.cole@gymdoors.com>; "Stephen Cole" <steve.cole@gymdoors.com> |
| **Sent:** | Monday, November 16, 2009 4:10 PM |
| **Subject:** | Fwd: Thank you |

Great news see below

Begin forwarded message:

> **From:** "Carl Thurnau" <CTHURNAU@MAIL.NYSED.GOV>
> **Date:** November 16, 2009 10:53:38 AM EST
> **To:** "Patrick DelloRusso" <patd@safepathsystems.com>
> **Subject: Re: Thank you**
>
> Patrick, one more question.
>
> I just got a question from the NJ legislature.  They are apparently contemplating a
> similar law to retrofit existing partitions.
>
> I have the historical data from when we did it, but not current info. Can you provide
> a ballpark for the current cost to provide the safe path system per New York
> requirements, ie:
>
> Two spring key switches on opposite sides and opposite ends, motion sensors,
> pocket protection, etc.
>
> I understand it is only an estimate as the size of partitions and spaces vary widely.
>
> Carl.
>
>> Patrick DelloRusso
>> <patd@safepathsystems.com> 11/13/2009
>> 6:50 AM >>>
>
> Carl I want to thank you for your time in allowing me to explain that Safe
> Path is now a company with new ownership and that as the CEO I am committed
> to moving it in the right direction.I look forward to working with all the
> facility directors throughout NYS. I assure you the inspections will be done
> in a seemless and cost effective way.Should you or any of your facility
> directors have any questions or concerns please do not hesitate to call me
> directly. I am sure that the silence you hear in the future will be golden.
>
> Sincerely,
>
>
> Patrick DelloRusso
> CEO
> Safe Path Systems, LLC
> 516.754.2379
> www.safepathsystems.com



EXHIBIT
K. Cole DD
9/5/17

11/17/2009

P044941

## Kathy Cole

**From:**    "Molly Slingerland" <Slingerland@ppag.com>
**To:**      "Kathy Cole" <kathy.cole@gymdoors.com>
**Cc:**      "Dale Florio" <Florio@ppag.com>
**Sent:**    Tuesday, November 17, 2009 12:37 PM
**Subject:** NY

Kathy,
Sounds like last week's meeting with Carl was exactly what you folks were looking for--great news.  We are hopeful that things continue to progress and let us know if there is anything else.  Take care, Molly

Molly J. Slingerland
Princeton Public Affairs Group
609.396.8838
518.813.9204
slingerland@ppag.com

*Celebrating 22 Years!*

P044937

## Kathy Cole

| | |
|---|---|
| **From:** | "Patrick DelloRusso" <patd@safepathsystems.com> |
| **To:** | <steve.cole@gymdoors.com> |
| **Cc:** | <kathy.cole@gymdoors.com> |
| **Sent:** | Sunday, December 06, 2009 11:01 PM |
| **Subject:** | meetings this week with facility directors |

East Rockaway 12/7 10am,Levittown 12/8 1pm,Babylon 12/11 1pm



Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com

3/18/2011

P013005

**Steve Cole**

---

| | |
|---|---|
| **From:** | Steve Cole [steve.cole@gymdoors.com] |
| **Sent:** | Tuesday, December 22, 2009 5:20 PM |
| **To:** | Blackberry (stephen.cole1@sprint.blackberry.net) |
| **Subject:** | FW: trying to reach you |

---

**From:** Patrick DelloRusso [mailto:patd@safepathsystems.com]
**Sent:** Tuesday, December 22, 2009 12:16 PM
**To:** Steve Cole
**Subject:** Fwd: trying to reach you

See below your thoughts? Give me a call

Begin forwarded message:

> **From:** Patrick DelloRusso <patd@safepathsystems.com>
> **Date:** December 22, 2009 12:14:07 PM EST
> **To:** Tri-State Folding Partition <tristatefolding@optonline.net>
> **Subject: Re: trying to reach you**
>
> Pete give me the names of the companies and the school districts they are working
> in contact #'s would be helpful. When I started in the metro area we had the same
> problem. I was able to resolve it and all the certified service centers are satisfied
>
> On Dec 22, 2009, at 10:55 AM, Tri-State Folding Partition
> <tristatefolding@optonline.net> wrote:
>
>> Pat,
>> I am in and out, but December is a busy month for us here.
>> A couple of my concerns are, there are no guarantees to my
>> company in regards to projected sales. That being the case,
>> there is a commitment on my end, but not on yours. I am
>> not sure how we get around the fact that there are a number
>> of companies doing this and we have a problem with
>> competitors low balling.
>>
>> PS: our number on the website is incorrect.
>> Pete
>> Marie Delaney
>> Tri-State Folding Partitions Inc.
>> 845-352-4944
>>
>>> -----Original Message-----
>>> **From:** Patrick DelloRusso [mailto:patd@safepathsystems.com]
>>> **Sent:** Monday, December 21, 2009 6:50 PM
>>> **To:** tristatefolding@optonline.net

6/7/2010

P046990

**Subject:** trying to reach you

Pete I called your cell and left a message at your office give me a call

<safe_path_logo.gif>

Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com

6/7/2010

P046991

**Steve Cole**

| | |
|---|---|
| **From:** | Patrick DelloRusso [patd@safepathsystems.com] |
| **Sent:** | Monday, January 04, 2010 8:35 AM |
| **To:** | steve.cole@gymdoors.com |
| **Cc:** | kathy.cole@gymdoors.com |
| **Subject:** | reminder |

meeting with Jonathon Hark this morning 10am



Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com

6/8/2010

P013011

## Steve Cole

| | |
|---|---|
| **From:** | Patrick DelloRusso [patd@safepathsystems.com] |
| **Sent:** | Monday, January 11, 2010 7:43 AM |
| **To:** | steve.cole@gymdoors.com |

**Subject:** FW:

BINGO!!!! STEVE TAKE A LOOK AT THIS ==GIVE THIS SOME THOUGHT== GIVES US LEVERAGE WITH PETE AND RON



Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com

---

**From:** info@qaplaonline.com [mailto:info@qaplaonline.com]
**Sent:** Monday, January 11, 2010 4:24 AM
**To:** patd@safepathsystems.com
**Subject:**

Pat,

I am very much interested in becoming a Safe-Path dealer. I have installed quite a few units over the years. I'll give you a call this week; not sure which day yet. Fortunately we are rather busy.

*Jim Petriello*

*==Guardian Gym Equipment==*

*845-353-1222*

*845-353-6846 fx*

*www.4-guardian.com*

6/8/2010

P013006

**Steve Cole**

| | |
|---|---|
| **From:** | Patrick DelloRusso [patd@safepathsystems.com] |
| **Sent:** | Tuesday, February 16, 2010 9:38 PM |
| **To:** | steve.cole@gymdoors.com |

**Subject:** meeting tomorrow

Steve Im meeting with fred koebel 12pm I will call you when Im finished

Sincerely,



Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com

12/18/2012

P013012

| | |
|---|---|
| **From:** | Melissa Mackey <melissa.mackey@gymdoors.com> |
| **Sent:** | Friday, November 13, 2009 9:30 AM |
| **To:** | 'Patrick DelloRusso' <patd@safepathsystems.com> |
| **Subject:** | RE: safe path logo |
| **Attach:** | License Agreement-Athletic Services Corp.doc; License Agreement-BR Johnson Inc..doc; License Agreement-Long Island Automatic Door.doc; License Agreement-YES.doc; safepath_fullcolor_hi (2).jpg; image001.gif |

Here you go

Melissa ☺

**From:** Patrick DelloRusso [mailto:patd@safepathsystems.com]
**Sent:** Friday, November 13, 2009 5:41 AM
**To:** melissa.mackey@gymdoors.com
**Subject:** safe path logo

melissa please send me a safe path logo file to be used on a flyer and also the 4 licensing agreements for the certified service centers thx



Patrick DelloRusso
CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com



MACKEY
DEPOSITION
EXHIBIT LL
9-23-17
LISA MacDONALD

| | |
|---|---|
| **From:** | Melissa Mackey <melissa.mackey@gymdoors.com> |
| **Sent:** | Monday, November 23, 2009 12:12 PM |
| **To:** | 'Patrick DelloRusso' <patd@safepathsystems.com> |
| **Subject:** | RE: Revisions to company paperwork |
| **Attach:** | Manufacturers Instructions.doc; MANUFACTURERS MAINTENANCE PROCEDURE 2009.doc |

Pat,

Please review the attached to documents.  Revisions have been made to include AAADM certification.

Thank You
Melissa Mackey
Gym Door Repairs, Inc.





**Safe Path Systems, LLC- 147-20 184th Street, Jamaica, NY 11413**

# MANUFACTURER'S INSTRUCTIONS

The purpose of this document is to help ensure the proper installation, maintenance and repair procedures for the correct function of this Life Safety Detection Equipment. Established standards pursuant to education law section 409-f, relating to the construction, maintenance and operation of electrically operated partitions located in classrooms or other facilities used by students in public and non-public schools or educational institutions within the state relate directly to our specific Safe Path patented and trade marked safety detection system requirements.

The patented design is recognized throughout the United States and Canada. Since 1991, our extensive efforts working closely with the New York State Education Department set the standard for these equipment requirements.

Together we have also developed a Staff Training Procedure which satisfies Commissioner's Regulation 155.25. New York State is the only state in the nation requiring safety devices for electrically operated partitions and dividers. The Safe Path™ life safety detection system has been installed in many locations across America and these manufacturer's instructions are consistent and apply to all states and are not limited to New York State.

P020359

Our ongoing commitment to provide qualified individuals with the knowledge and training required to perform any procedures is imperative to the safety of school children as they are required to assemble in areas and forced to be in close proximity to dangerous equipment every day.

Manufacturer's responsibility and moral obligation demand the proper performance of each and every system continually. The correct function of individual components and precise communication between them is critical.

Only Certified Technicians employed by a Licensed and Authorized Dealer may perform any procedures relating to the Safe Path™ life safety detection system.

Only AAADM (American Association of Automatic Door Manufacturer's) certified technicians may perform any procedures relating to the Safe Path ™ Life Safety Detection System.

The Manufacturer's suggested service interval is at least annually.

These manufacturer's instructions precede and refer to qualifications, training, certified technicians, licensing and authorization, physical maintenance procedures, staff training procedures, education department regulations and satisfactory documentation of mandatory requirements.

*Revised 2009  © U.S. Patent #5,244,030  Canadian Patent #2,101,376*

P020360

# ATTACHMENT INFO

Location:     GDRI ESI Production (1344 of 8688)

From:         Melissa Mackey
              <melissa.mackey@gymdoors.com>

Sent:         Monday, November 23, 2009 12:12 PM

Subject:      RE: Revisions to company paperwork

Attachment:   2 of 4 (Manufacturers
              Instructions.doc^Contents.QPH)

Comments:     UNSUPPORTED OR EXCLUDED FILE TYPE

# ATTACHMENT INFO



## MANUFACTURERS MAINTENANCE PROCEDURE

PHYSICAL MAINTENANCE REQUIREMENTS

1. Perform a visual inspection of <u>all</u> individual components for damage, improper application or incorrect location.
2. Clean the exterior of each PIR lens with soap and water or a damp cloth – dry completely. Re-secure all protective metal covers to correct torque and align for clear and proper projection of PIR detection zones.
3. Check torque of securing assembly at arming key switch and re-secure as required.
4. Inspect posted signage at each key control station for correct positioning and compliance with NYSED regulations – securing as required.
5. Check LED's at key stations for proper illumination and function.
6. Inspect wiring connections – retorquing terminals as required.
7. Check all wiring, conduits and connections for compliance with the latest edition of the National Electric Code and local codes which have jurisdiction.
8. Remove the existing security seal on the system control panel and access – inspect for correct wiring hook-ups in accordance with manufacturers instruction. Check all terminals for secure connection – resecuring to proper torque as required. Test for proper operating voltage at upper and lower areas of enclosure. Inspect for isolated voltages – line voltage at lower portion of the enclosure/low voltage at upper portion of the enclosure.
9. Perform AMP test on the power output terminals within the system control panel, checking for excessive power draw from system components. Unacceptable reading shall prompt further inspection of individual components for correct function. Calculation of all system components is necessary for determining acceptable power draw as site conditions and the number of components may vary.
10. Provide new security seal/ # on system control panel.
11. Test anti-masking function of all PIR sensors which incorporate this feature.

## TESTING OF THE SAFE PATH SYSTEM

1. Try to operate the partition without arming the Safe Path system.  The partition
   should not be operable.

2. Arm the Safe Path System.
   a. Operator #1 turns and holds the slave key in either "on" position.
   b. The green LED on the master key will go on.
   c. Operator #2 arms the Safe Path System.  The red and green LED on the
      master key will go on.
   d. Operate the partition.
   e. During operation, Operator #1 must release the slave key.  The partition must
      stop and the alarm must sound.
   f. Operator #2 disarms the Safe Path System.  Alarm must turn off.

3.
   a. Have two operators arm the Safe Path System and operate the partition.
   b. Have a third person cross the PIR sensors detection zones.
   c. The partition must stop and the alarm must sound.
   d. Disarm the Safe Path System.

4.
   a. Have one operator turn the slave key and hold in the "on" position.  The
      green LED at the master station will go on.
   b. A second person must cross PIR sensors detection zones.
   c. The green LED must go off.
   d. A second person must stand clear of PIR zones and wait for PIR's
      to reset.  The green LED at the master station will go on.
   e. A second person must cross PIR sensors detection zones at different
      locations.
   f. The green LED must go off whenever the PIR sensors detection zones
      are crossed.
   g. Walk test the entire span on both sides of the partition.

5. Pocket intrusion – if installed in pocket or between bleachers.
   a. Reset pocket intrusion – requires two operators to turn both reset switches
      at the same time.
   b. Walk into the pocket area.  The intrusion should activate indicated by a
      flashing red LED at the reset switch plates.
   c. With the pocket intrusion key switches flashing red, have one operator turn
      and hold the slave key switch in the "on" position.
   d. The green LED on the master switch must not go on.
   e. Reset the pocket intrusion switches and have the operator turn and hold
      the slave key switch.  The green LED on the master switch must go on.

STAFF TRAINING

1. Provide a staff training procedure materials kit.
    a. For use at each building location which has electrically operated partitions in use.
    b. All school employees and all other persons who regularly make use of the area must be notified of the safe and proper procedure for the operation of the partition and safety system.
    c. Staff training procedure must be reviewed by the NYSED office of Facilities Planning and pre-determined that it is compliant with the latest regulations.
    d. Provide a staff training completion certificate for documentation of compliance, to be retained at appropriate building locations.

NOTES:
    **a. The suggested service interval is once a year by a certified technician**
    **b. Certified Technician includes an annual manufacturer's training course is successfully completed and documented.**
    **c. Certified technician includes OSHA training and 10 hour course.**
    **d. Certified technician includes an annual AAADM (American Association of Automatic Door Manufacturer's) training course is successfully completed and documented.**
    **e. Certified technician includes valid signed afidavit outlining knowledgement of performing procedures.**

ELECTRICALLY OPERATED PARTITION MAINTENANCE:

The Commissioner's Regulation 155.25, Safety requirements for Electrically Operated Partitions, reads in part:

    (d) Safety requirements and operation guidelines for electrically operated partitions. The board of education, trustees, principal and other person in charge of every public or private school or educational institution within the State shall ensure that:

    (2) A procedure is established for the notification of all school employees and all other persons who regularly make use of the area where such device is located of the safe and proper procedure for the operation of the mechanism. Records shall be maintained regarding the training provided.

(4) Safety features shall not be tampered with, overridden or by-passed. All equipment must be maintained in accordance with the manufacturer's instructions, including the manufacturer's recommended service interval and records of such maintenance shall be permanently retained at the district or private school.

The Legislature requires these systems. It is imperative the school districts have installed and are maintaining them in the manner required.

| | |
|---|---|
| **From:** | Patrick DelloRusso <patd@safepathsystems.com> |
| **Sent:** | Monday, November 23, 2009 12:23 PM |
| **To:** | melissa.mackey@gymdoors.com |
| **Subject:** | |
| **Attach:** | Manufacturers Instructions.doc |



Patrick DelloRusso
CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com





**Safe Path Systems, LLC- 147-20 184th Street, Jamaica, NY 11413**

# MANUFACTURER'S INSTRUCTIONS

The purpose of this document is to help ensure the proper installation, maintenance and repair procedures for the correct function of this Life Safety Detection Equipment. Established standards pursuant to education law section 409-f, relating to the construction, maintenance and operation of electrically operated partitions located in classrooms or other facilities used by students in public and non-public schools or educational institutions within the state relate directly to our specific Safe Path patented and trade marked safety detection system requirements.

The patented design is recognized throughout the United States and Canada. Since 1991, our extensive efforts working closely with the New York State Education Department set the standard for these equipment requirements.

Together we have also developed a Staff Training Procedure which satisfies Commissioner's Regulation 155.25. New York State is the only state in the nation requiring safety devices for electrically operated partitions and dividers. The Safe Path™ life safety detection system has been installed in many locations across America and these manufacturer's instructions are consistent and apply to all states and are not limited to New York State.

P020404

Our ongoing commitment to provide qualified individuals with the knowledge and training required to perform any procedures is imperative to the safety of school children as they are required to assemble in areas and forced to be in close proximity to dangerous equipment every day.

Manufacturer's responsibility and moral obligation demand the proper performance of each and every system continually.  The correct function of individual components and precise communication between them is critical.

Only AAADM Certified Technicians employed by a Licensed and Authorized Dealer may perform any procedures relating to the Safe Path™ life safety detection system.

The Manufacturer's suggested service interval is at least annually.

These manufacturer's instructions precede and refer to qualifications, training, certified technicians, licensing and authorization, physical maintenance procedures, staff training procedures, education department regulations and satisfactory documentation of mandatory requirements.

Revised 2009  © U.S. Patent #5,244,030   Canadian Patent #2,101,376

P020405

# ATTACHMENT INFO

Location:      GDRI ESI Production (1369 of 8688)

From:          Patrick DelloRusso
               <patd@safepathsystems.com>

Sent:          Monday, November 23, 2009 12:23 PM

Subject:       RE: Revisions to company paperwork

Attachment:    2 of 2 (Manufacturers
               Instructions.doc^Contents.QPH)

Comments:      UNSUPPORTED OR EXCLUDED FILE TYPE

# ATTACHMENT INFO

| | |
|---|---|
| **From:** | Melissa Mackey <melissa.mackey@gymdoors.com> |
| **Sent:** | Wednesday, December 2, 2009 9:20 AM |
| **To:** | 'Patrick DelloRusso' <patd@safepathsystems.com> |
| **Subject:** | FW: Scan Job |
| **Attach:** | SKMBT_C35309110311160.pdf |

Is this what you want? Let me know.  It is attached above.

Melissa

-----Original Message-----
From: Patrick DelloRusso [mailto:patd@safepathsystems.com]
Sent: Thursday, November 12, 2009 4:21 AM
To: steve.cole@gymdoors.com
Cc: melissa.mackey@gymdoors.com; kathy.cole@gymdoors.com
Subject: FW: Scan Job

Attached is YES inspections from dennis please review and confirm that it is legitimate

Patrick DelloRusso
CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com
-----Original Message-----
From: Dennis Schwandtner [mailto:dennis.schwandtner@theyesexperience.com]
Sent: Tuesday, November 03, 2009 10:28 AM
To: 'Patrick DelloRusso'
Subject: FW: Scan Job

-----Original Message-----
From: yesscan@theyesexperience.com [mailto:yesscan@theyesexpierience.com]

Sent: Tuesday, November 03, 2009 11:16 AM
To: dennis.schwandtner@theyesexperience.com
Subject: Scan Job

Your Scan Job has completed



## SAFEPATH INSPECTION TAGS

| DISTRICT / SCHOOL | OLD TAG | NEW TAG | LOCATION | DATE COMPLETED | TECH. NAME |
|---|---|---|---|---|---|
| Safe Path Inspection Tag List. | Old Tag | New Tag | | | |
| **EAST HAMPTON** | | | | | |
| East Hampton Middle School | 1962 | | 6702 | APRIL 30,2009 | |
| East Hampton High School | NA | | 6286 | APRIL 30,2009 | |
| East Hampton Elem School | | | 956 | APRIL 30,2009 | |
| **PORT WASHINGTON** | | | | | |
| Port Washington-Schreiber HS | 3065 | | 987 | 15-May-09 | |
| Port Washington-Webber MS | | | 946 Not SafePath | May 15,2009 | |
| | | | 310 | May 15,2009 | |
| Port Washington- John Daly E.S. | | | 216 Not SafePath | May 15,2009 | |
| Port Washington- Goggenheim ES | 2528 | | 908 | May 15,2009 | |
| Port Washington-Sousa ES | 2370 | | 892 | May 15,2009 | |
| Port Washington- S. Salem ES | | | 860 Not SafePath | May 15,2009 | |
| Port Washington- Manorhave ES | 3046 | | 557 | May 15,2009 | |
| | | | | | |
| **SMITHTOWN** | | | | | |
| Smithtown Nesconset | | 900/921 | 2 units | APRIL 25,2009 | |
| Smithtown Mills Pond Elementary | | | 793 | APRIL 25,2009 | |
| Great Hollow MS | | 991/943 | | APRIL 25,2009 | |
| Accompsett MS | | | 758 | APRIL 25,2009 | |
| Smithtown East HS | | 177/834/874/873 | 4 units | APRIL 25,2009 | |
| Smithtown West | | | 790 | APRIL 25,2009 | |
| Smithtown Nesaquake | | | 823 | APRIL 25,2009 | |
| | | | | | |
| **BEDFORD** | | | | | |
| Bedford Fox Lane MS | | 913/935 | 2 units | July 7,2009 | |
| Bedford Fox Lane HS | | | 1 unit | July 7,2009 | |
| | | | | | |
| **PLAINEDGE** | | | | | |
| Plainedge High School | | | 649 | July 30,2009 | |
| Plainedge Middle School | | | NEW SYSTEM | July 30,2009 | |

P020526

# SAFEPATH INSPECTION TAGS

| | | | |
|---|---|---|---|
| **BYRAM HILLS** | | | |
| Byram Hills Coman Hill Elem | 2895 | 366 Replacement unit | April 15,2009 |
| **ISLAND TREES** | | | |
| Island Trees Middle School | 3820/3487 966/741 | two units in gym | |
| **DOBBS FERRY** | | | |
| Dobbs Ferry Springhurst Elem | 4083/4719 888/963 | | July 30,2009 |
| Dobbs Ferry HS/MS | 5443/4124 309/168 | | July 30,2009 |
| **MANHASSET** | | | |
| Manhasset Shelter Rock Elem | | 848 | Sept 8,2009 |
| Manhasset HS | | 877 | Sept 8,2009 |
| Manhasset - Munsey Park | | 827 | Sept 8,2009 |
| **MASSAPEQUA** | | | |
| Massapequa High School | 268/370 | | August 1,2009 |
| Massapequa - Berner | | 464 | August 1,2009 |
| Massapequa - Birch | | 819 | August 1,2009 |
| Massapequa - Lockhart | | 710 | August 1,2009 |
| **EDGEMONT** | | | |
| Edgemont HS | 1673 | 994 Gym | August 20,2009 |
| Edgemont HS | 1006 | 460 Aux Gym | August 20,2009 |
| Charles Abner | | | |
| Syosset Central School District | | | |
| 99 Pell Lane | | | |
| Syosset, NY, 11791 | | | |
| Baylis ES | | 432 | September 23,2009 |
| South Woods | | 925 | August 30,2009 |
| Thompson MS | | 973 | August 30,2009 |
| | | 328 | August 30,2009 |
| Walt Whitman Elem School | | 579 | August 30,2009 |

P020527

# SAFEPATH INSPECTION TAGS

| Location | | | Date |
|---|---|---|---|
| Amityville SCD | | | |
| Amityville Middle School | | 911 | August 27,2009 |
| | | 713 | August 27,2009 |
| | | 753 | August 27,2009 |
| Northeast | | 763 | August 27,2009 |
| Northwest | | 632 | August 27,2009 |
| Park Ave | | 817 | New School |
| | | | |
| FREEPORT UFSD | | | |
| High School - North | 4998 | 551 | August 25,2009 |
| High School - Main | 4718 | 106 | August 25,2009 |
| High School- South | 4920 | 69 | August 25,2009 |
| High School Aux Gym | | | August 25,2009 |
| Atkinson Intermediate | | 998 | August 25,2009 |
| Giblyn E.S. | 3711 | 833 | August 25,2009 |
| | | | |
| OCEANSIDE SD- Robert Schloth | | | |
| Oceanside #4 | 3996 | 828 gym | Sept. 11,2009 |
| Oceanside #9 | 3343 | 965 gym | Sept. 11,2009 |
| Oceanside #8 | 2075 | 508 gym | Sept. 11,2009 |
| | | 289 gym | Sept. 11,2009 |
| Oceanside #6 | na | 964 gym | Sept. 11,2009 |
| Oceanside #5 | na | 5 gym | Sept. 11,2009 |
| Oceanside HS East Gym | | 752 gym | Sept. 11,2009 |

# SAFEPATH INSPECTION TAGS

| | | | |
|---|---|---|---|
| Oceanside HS West Gym | | 916 gym | Sept. 11,2009 |
| Oceanside HS North Gym | | 926 gym | Sept. 11,2009 |
| Oceanside HS South Gym | | gym | Sept. 11,2009 |
| Oceanside HS Aux | | 843 aux gym | Sept. 11,2009 |
| Oceanside HS Café | | 73 café | Sept. 11,2009 |
| Oceanside #3 | na | 932 gym | Sept. 11,2009 |
| Oceanside #2 | | 912 | |
| | | | |
| Kathy Cerrera | | | |
| Peekskill City School District | | | |
| 1031 Elm Street | | | |
| Peekskill, NY, 10566 | | | |
| Hillcrest | | 513 Pass | |
| Woodside E.S. | | Complet | |
| Oakside E.S. | 5286 | 60 Gym | |
| Middle School | | New Curtain | |
| High School | | Not complete | |
| | | | |
| Ron Ryan | | | |
| Eastport/South Manor Union Free School D | | | |
| 543 Moriches Middle Island Road | | | |
| Manorville, NY, 11949 | | | |
| Eastport Elem School | 2080 | 18 | |
| Eastport High School | | | |
| | | | |
| Dayton Ave | 1036 | 206 | |
| | 1550 | 764 | |

P020529

# SAFEPATH INSPECTION TAGS

| | | | |
|---|---|---|---|
| **Steve Polidoro** | | | |
| Island Park Union Free School District | | | |
| 150 Trafalgar Boulevard | | | |
| Island Park, NY, 11558 | | | |
| Hagerty Elem School | 6265 | 560 Gym | |
| | | | |
| **Dawn Cerrone** | | | |
| Oyster Bay-E Norwich School District | | | |
| 1 McCouns Lane | | | |
| Oyster Bay, NY, 11771 | | | |
| Theodore Roosevelt Elem School | 1567 | 951 Gym | 5-Oct-09  Dennis Schwandtner |
| Oyster Bay High School | 4805 | 300 | |
| | 4939 | | |
| | | | |
| **Dick Mondello** | | | |
| Rocky Point Union Free District | | | |
| 170 Route 25A | | | |
| Rocky Point, NY, 11778 | | | |
| Frank Carastti Elem | 1334 | 861 Gym | Oct 6 2009      Dennis Schwandtner |
| | 1991 | 996 | |
| | | | |
| **Fred Koelbel** | | | |
| Port Jefferson Union Free School District | | | |
| 550 Scraggy Hill Road | | | |
| Port Jefferson, NY, 11777 | | | |
| High School | | 749 Audit | |
| | | 40 Audit | |
| | | 875 Gym | |

# SAFEPATH INSPECTION TAGS

Gary Crowell
Center Moriches Union Free School Distri
529 Main Street
Center Moriches, NY, 11934

Mike Breen
Wyandanch Union Free District
1445 Dr. Martin Luther King Jr. Blvd
Wyandanch, NY, 11798-3997

| | | | | |
|---|---|---|---|---|
| Francis Hardiman E.S. | 6455 | 646 Gym | October 23,2009 | Dennis Schwandtner |
| Martin Luther King E.s. | 6149 | 917 Gym | October 23,2009 | Dennis Schwandtner |
| Milton L Olive MS | 6168 | | | |

Joseph Ewald
Levittown Union Free School District
150 Abbey Lane
Levittown, NY, 11756

| | | | | |
|---|---|---|---|---|
| Summit E.S. | 2934 | 605 Gym | october 14,2009 | Dennis Schwandtner |
| Northside School | 2798 | 750 Gym | october 14,2009 | Dennis Schwandtner |
| Division HS | | 769 Gym | october 14,2009 | Dennis Schwandtner |
| | | Small Gym | october 14,2009 | Dennis Schwandtner |
| Wisdon Lane ES | | Gym | | |
| | | Dance Room | | |

# SAFEPATH INSPECTION TAGS

Joe Urbanowicz
Ardsley Union Free School District
500 Farm Road
Ardsley, NY, 10502

| | | | | |
|---|---|---|---|---|
| Concord Rd Elem School | | | | |
| Ardsley High School | 4929 | 425 Gym | Oct 29 2009 | 29-Oct-09 Dennis |
| Ardsley Middle School | 4963 | 79 Gym | Oct 29 2009 | Dennis |
| | | 556 Gym | | |
| | | Gym | | |
| | 4460 | 17 Café | Oct 29 2009 | Dennis |

Current Districts
Baldwin
Valley Stream
Freeport
Elmont
Hherricks
Island Park
Iland Trees
Lawrence
Levittown
Lynbrook
Malvern
Massapequa
Oceanside
Oyster Bay
Plainedge
Port Washington
East Rockaway
Wantagh
Ardsley
Bedford
Byram Hills
New Rochelle
Tarrytown
Pearl River
Peekskill
Brewster
Wappingers
Amityville
Bay Shore
Center Moriches
Eas Hampton
Eastport
Lindenhurst
Patchogue
Port Jefferson
Sayville
South Huntington
William Floyd
Wyandanch
Smithtown
West Babylon

| | |
|---|---|
| **From:** | Melissa Mackey <melissa.mackey@gymdoors.com> |
| **Sent:** | Thursday, December 3, 2009 1:04 PM |
| **To:** | 'Patrick DelloRusso' <patd@safepathsystems.com> |
| **Subject:** | RE: YES Parts |

10 Key Cylinders and contact blocks were hand delivered to:

Young Equipment Sales Inc.
Dennis
325 Rabro Drive, Suite #1
Hauppauge, NY

10 Key Cylinders with contact blocks at $84.00 a piece for a total of $840.00

Please bill Y.E.S. Inc.

Thank You
Melissa Mackey



P020642

**Kathy Cole**

| | |
|---|---|
| **From:** | "Patrick DelloRusso" <patd@safepathsystems.com> |
| **To:** | <steve.cole@gymdoors.com> |
| **Cc:** | <kathy.cole@gymdoors.com> |
| **Sent:** | Sunday, December 06, 2009 11:01 PM |
| **Subject:** | meetings this week with facility directors |

East Rockaway 12/7 10am,Levittown 12/8 1pm,Babylon 12/11 1pm



Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com



MICKEY
DEPOSITION
EXHIBIT
9-08-11
LISA MacDONALD

3/18/2011

| | |
|---|---|
| **From:** | Patrick DelloRusso <patd@safepathsystems.com> |
| **Sent:** | Monday, December 7, 2009 6:10 AM |
| **To:** | 'Melissa Mackey' <melissa.mackey@gymdoors.com> |
| **Subject:** | alarm controls order |

Melissa please order 4 control panels and ship to YES no job location as of yet it is for stock when I come in let me know how you place orders(phone or email) I will start doing them



Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com



P020658

| | |
|---|---|
| **From:** | Melissa Mackey <melissa.mackey@gymdoors.com> |
| **Sent:** | Monday, December 7, 2009 8:30 AM |
| **To:** | 'Patrick DelloRusso' <patd@safepathsystems.com> |
| **Subject:** | RE: alarm controls order |
| **Attach:** | image001.gif |

I will handle it today.  When Alarm controls is ready to ship I will send you confirmation.

Melissa Mackey

**From:** Patrick DelloRusso [mailto:patd@safepathsystems.com]
**Sent:** Monday, December 07, 2009 6:10 AM
**To:** 'Melissa Mackey'
**Subject:** alarm controls order

Melissa please order 4 control panels and ship to YES no job location as of yet it is for stock when I come in let me know how you place orders(phone or email) I will start doing them



Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com



Mickey
DEPOSITION
EXHIBIT L
9-28-17
LISA MacDONALD

## Steve Cole

**From:**   Steve Cole [steve.cole@gymdoors.com]
**Sent:**   Tuesday, December 22, 2009 5:20 PM
**To:**   Blackberry (stephen.cole1@sprint.blackberry.net)
**Subject:** FW: trying to reach you

**From:** Patrick DelloRusso [mailto:patd@safepathsystems.com]
**Sent:** Tuesday, December 22, 2009 12:16 PM
**To:** Steve Cole
**Subject:** Fwd: trying to reach you

See below your thoughts? Give me a call

Begin forwarded message:

> **From:** Patrick DelloRusso <patd@safepathsystems.com>
> **Date:** December 22, 2009 12:14:07 PM EST
> **To:** Tri-State Folding Partition <tristatefolding@optonline.net>
> **Subject: Re: trying to reach you**
>
> Pete give me the names of the companies and the school districts they are working
> in contact #'s would be helpful. When I started in the metro area we had the same
> problem. I was able to resolve it and all the certified service centers are satisfied
>
> On Dec 22, 2009, at 10:55 AM, Tri-State Folding Partition
> <tristatefolding@optonline.net> wrote:
>
>> Pat,
>> I am in and out, but December is a busy month for us here.
>> A couple of my concerns are, there are no guarantees to my
>> company in regards to projected sales.  That being the case,
>> there is a commitment on my end, but not on yours.  I am
>> not sure how we get around the fact that there are a number
>> of companies doing this and we have a problem with
>> competitors low balling.
>>
>> PS:  our number on the website is incorrect.
>> Pete
>> Marie Delaney
>> Tri-State Folding Partitions Inc.
>> 845-352-4944
>>
>>> -----Original Message-----
>>> **From:** Patrick DelloRusso [mailto:patd@safepathsystems.com]
>>> **Sent:** Monday, December 21, 2009 6:50 PM
>>> **To:** tristatefolding@optonline.net



6/7/2010

**Subject:** trying to reach you

Pete I called your cell and left a message at your office give me a call

<safe_path_logo.gif>

Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com

6/7/2010

P046991

**Steve Cole**

**From:**    Patrick DelloRusso [patd@safepathsystems.com]
**Sent:**    Monday, January 04, 2010 8:35 AM
**To:**      steve.cole@gymdoors.com
**Cc:**      kathy.cole@gymdoors.com
**Subject:** reminder

meeting with Jonathon Hark this morning 10am

[x]

Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com



MICKEY
DEPOSITION
EXHIBIT
9-28-17
LISA MacDONALD

6/8/2010

4 (54)

**Steve Cole**

From:     Patrick DelloRusso [patd@safepathsystems.com]
Sent:     Monday, January 11, 2010 7:43 AM
To:       steve.cole@gymdoors.com
Subject:  FW:

BINGO!!!! STEVE TAKE A LOOK AT THIS GIVE THIS SOME THOUGHT GIVES US LEVERAGE WITH
PETE AND RON


Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com


**From:** info@qaplaonline.com [mailto:info@qaplaonline.com]
**Sent:** Monday, January 11, 2010 4:24 AM
**To:** patd@safepathsystems.com
**Subject:**

Pat,

I am very much interested in becoming a Safe-Path dealer. I have installed quite a few
units over the years. I'll give you a call this week; not sure which day yet. Fortunately we
are rather busy.

*Jim Petriello*

*Guardian Gym Equipment*

*845-353-1222*

*845-353-6846 fx*

*www.4-guardian.com*

6/8/2010

P013006

| | |
|---|---|
| **From:** | Patrick DelloRusso <patd@safepathsystems.com> |
| **Sent:** | Monday, January 25, 2010 12:47 PM |
| **To:** | melissa.mackey@gymdoors.com |
| **Subject:** | guardian |
| **Attach:** | Guardian License Agreement.doc |

Melissa attached is an agreement that Steve and I will make corrections to then you can save it



Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com

MICKEY
DEPOSITION
EXHIBIT
9-28-17
LISA MacDONALD

# AGREEMENT

**THIS AGREEMENT** was entered into as of 02/01/10
by Guardian Gym Equipment and Safe Path Systems, LLC. (Known as SPS)

## RECITALS

WHEREAS, SPS has developed and now sells an infrared safety device called
the Safe Path System (the "System") and has acquired patents in the U.S. and Canada
on the System, extensive production know-how and technical experience;

WHEREAS, SPS is the sole owner of the patent, know-how and technical
expertise, in the form of plans, designs, drawings and specifications, manuals, processes,
instructions and similar date (collectively, "Know-How") relating to the design, assembly
and installation of the System;

WHEREAS, to the best of its knowledge, SPS is the sole owner of all rights and
interests in the trade name "Safe Path" and any related trademarks, service marks, trade
names, designs, logos and art work now used or registered by SPS (collectively, "Trade
Names");

WHEREAS, Guardian Gym Equipment desires to acquire certain exclusive rights
to use the System, the Trade Names and Know-How in the operable partitions industry,
and to
incorporate the System into its business practices and SPS is willing to grant such rights;

NOW, THEREFORE, in consideration of the mutual covenants and agreements
contained herein, the parties agree as follows:

## AGREEMENT

### Rights

1.1.   Guardian Gym Equipment shall have the right to sell the System and system
components in the operable partitions industry throughout New York State. SPS shall
refer to a licensed and authorized dealer/service center and support all inquiries related to
such.

## REPRESENTATIONS Of Guardian Gym Equipment

2.1   Guardian Gym Equipment as SPS's sales representative shall use its best
efforts to promote the sale of the System including but not limited to building owners,
architects, general contractors and school district officials.

2.2   During the first year of the term of this Agreement Guardian Gym

shall pay to SPS the sum of One Thousand Four Hundred and Sixty Eight ($1,468.00) Dollars for each system kit purchased.  All purchases shall be pursuant to Guardian Gym Equipment written purchase orders, receipt of which shall be acknowledged by SPS in order to be binding, and upon acknowledgement shall be non-cancelable.  All shipments by SPS pursuant to said orders shall be F.O.B. Deer Park, NY

2.3     All invoices by SPS to Guardian Gym Equipment shall be paid by Guardian Gym Equipment within thirty (30) days of date of shipment and invoice. Guardian Gym Equipment agrees to pay a service charge of 1 1/2% monthy on any invoice not paid within fifteen (15) days of its due date.

2.4     During the term of this agreement Guardian Gym Equipment shall not purchase or sell infrared safety devices from any source other than SPS for integration products unless SPS fails to provide the System in a reasonable manner or the System does not meet the standards in section 3.7

2.5     Guardian Gym Equipment agrees to purchase the following minimum quantities;

> $2,000 annually of Safe Path ™ Life Safety Detection system components, kits, pocket intrusion system kits, OEM replacement parts. If these purchases are not made then the agreement will be terminated.

2.6     The parties acknowledge and agree that the per unit price of $1,468.00 referred to in paragraph 2.2 foregoing is based upon reasonable mark up practices and refusing resale to organizations, agencies, competitors or companies which are not licensed by SPS.

2.7     Guardian Gym Equipment agrees that at no time will it incur or contract any debt or obligation in the name of SPS including, but not limited to any advertising expense, without prior written authorization from SPS, and Guardian Gym Equipment acknowledges and agrees it is not any agent of SPS for any purpose

2.8     During the term of this agreement Guardian Gym Equipment will provide no less than their current insurance coverage.  During the term of this agreement Guardian Gym Equipment will maintain in full force and effect the following insurance policies and coverage naming SPS as an additional insured;

A.     Commercial general liability coverage including contractual broad from coverage, products liability coverage, independent contractor coverage, broad from property damaged coverage, with limits not less than $1,000,000/$2,000,000.

B.     Workmen's compensation coverage (All states statutory form) with limits not less than $500,000/$1,000,000.

C.      Owner's Protective Liability coverage (All states statutory form) with limits not less than $500,000/$1,000,000.

D.      Umbrella excess liability coverage of not less than $3,000,000

2.9     The foregoing policies of insurance shall provide for and require sixty (60) days notice to SPS of cancellation, non renewal or substantial change in coverage.

2.10    SPS agrees to otherwise indemnify and hold SPS harmless with respect to any claim for wrongful death, bodily injury or property damage arising from any installation by Guardian Gym Equipment which includes the System subject of this Agreement.

2.11    SPS agrees to otherwise indemnify and hold Guardian Gym Equipment harmless with respect to any claim for wrongful death, bodily injury or property damage arising from any installation by guardian Gym Equipment which includes the System subject of this agreement

## REPRESENTATIONS OF SPS

3.1     SPS shall maintain an inventory of not less than ten (10) standard units specifically for Guardian Gym Equipment and a reasonably sufficient supply of service parts.

3.2     SPS shall fulfill purchase order by shipment within four (4) weeks from date of acknowledgement of each purchase order, "over and above" the ten (10) units to be maintained in constant stock.

3.3     SPS shall provide certification training program for field technicians in New York State relating to all aspects of the system.

A.      Uniforms/ID badges/ Maintenance Completion Forms/Inspection forms/ electronic documentation information/hard copy materials/ documentation and info binder

B.      Invoice processing including $75.00 fee per maintenance procedure completion.

C.      Provide office staff training relating to certificate posting and submitting procedures.

3.4     SPS shall provide to Guardian Gym Equipment technical support during the life of the term of this Agreement to assist Athletic Services in its development of dealer

training at SPS's training facility and various on site locations.

    3.5    SPS shall otherwise render assistance to Guardian Gym Equipment within reasonable limits with respect to:

    A.    NYSED Law 409-F and CR 155/25
    B.    AAADM Requirements and information.
    C.    Trouble shooting and repairs
    D.    Development of promotional materials and product literature;
    E.    Annual maintenance procedures;
    F.    Lay-out and installation;
    G.    Additional products and installation training to Athletic Services all related service personnel, including continuous technical assistance by certified technicians.
    H.    Provide to Guardian Gym Equipment installation and owner/operator manuals as presently exist.

    3.6    SPS has manufactured, packaged and is selling the System units in compliance with all applicable statutes, rules and regulations of the United States and Canada and that any disposal of the System units will not constitute "hazardous waste" under present EPA regulations.

    3.7    When installed in accordance with SPS's installation instructions, the System unit will be free from defects in materials and workmanship and of merchantable quality and fit for their intended purpose as defined by the Uniform Commercial code as adopted in the State of New York, and that the System units will conform to the specifications set forth in SPS's promotional materials for One (1) year after delivery of Guardian Gym Equipment. customers.  This warranty shall extend to the owner of the project in which the System unit is installed.

    3.8    During the term of the Agreement SPS will maintain in full force and effect the following insurance policies and coverages, naming Guardian Gym Equipment as an additional insured:

    A.    Commercial general liability coverage, products liability covers and automobile liability with units not less than $1,000,000/$2,000,000.

    B.    Umbrella excess liability coverage of not less than $3,000,000.

    3.9    The foregoing policies of insurance shall provide for and require sixty (60) days written notice to Guardian Gym Equipment of cancellations, non-renewal or substantial change in coverage.

3.10    Investiage Alternative/Other manufacturer's safety detection systems, identify non-conformances with the current NYSED Requirements.

3.11    Promote upgrade modifications for integration with other manufacturer's systems to achieve compliance with current NYSED requirements.

3.12    Investigate Alternative/Other manufacturer's safety detection systems for infringing areas in design for documentation.

3.13    Technicians employed by Guardian Gym Equipment must successfully complete the manufacturer's certification training course annually and obtain and hold current affiliated association certifications.

3.14    Each technician employed by Guardian Gym Equipment must pay an annual manufacturer's certification fee of $600.00 for initial certification upon the successful completion of the training course.

3.15    Each technician employed by Guardian Gym Equipment must pay an annual manufacturer's certification fee of $400.00 (for continuation of certification) upon the successful completion of the training course.

3.16    Guardian Gym Equipment agrees to pay a one time licensing fee of $2,200.00.

3.17    Provide compliance and monitoring program and certificates.

3.18    Provide discretionary inspection of completed projects.

<u>TERM OF AGREEMENT</u>

4.1    Unless sooner terminated in accordance with the provisions of this Agreement, the initial term of this Agreement is three (3) years from the date hereof.

4.2    Following the initial term, this agreement shall automatically be renewed for consecutive one (1) year terms, provided the minimum quantities and pricing agreed upon are met and neither party is then in material breach of the Agreement, and provided further that after the initial term either party may terminate this Agreement upon thirty (30) days written notice of termination to the other by certified mail return receipt requested.

4.3    "Material Breach" as defined for purposes of this Agreement shall include, but not limited to the following:

A.    With respect to Guardian Gym Equipment

1. Failure to pay SPS's invoices in accordance with agreed terms.

2. Failure within any one (1) year to purchase the minimum quantites of the System kits and or system components referred to in paragraph 2.6 herein foregoing.

3. Failure to fulfill any of representations upon demand as set forth in paragraphs 2.1 through 2.11 of this Agreement.

B.    With respect to SPS

1. Failure to fulfill any of the representations upon demand as set forth in paragraphs 3.1 through 3.10 of this Agreement.

5.0    The parties mutually acknowledge that they have not held themselves as agent, joint venturer or partner of the other, and that they shall not herafter do so. The parties acknowledge that neither is authorized to make any contract agreement, warranty or representation on behalf of or binding upon the other or to create any obligation, express or implied on behalf of the other.

6.0    Except as provided for in paragraph 5 herein foregoing, neither party shall assign, transfer, convey or encumber this Agreement of the rights nor interests hereunder without the other party's prior written consent and any assignment of rights hereunder shall require the assignee to affirmatively assure all obligations and duties under this Agreement.

7.0    Failure of either party to complain of any act or omission on the part of the other party shall not waive any of that party's rights hereunder. No waiver by either party, express or implied, of any breach of any provision of this Agreement shall be deemed a waiver of a breach of any other provision of this Agreement or any subsequent breach. A party's consent to or approval of any action on one occasion shall not be deemed a consent to or approval of any other action or the same action on any subsequent occasion.

8.0    In any term of this Agreement or the application thereof shall, to any extent, be invalid or unenforceable, the remainder of this Agreement of application of such term or provision to other persons or circumstances shall not be affected thereby; and each term, covenant, condition or provision of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

9.0    Notices under this Agreement shall be effective upon receipt and shall be sent by registered or certified mail to the following;

(a)    Safe Path Systems, LLC- 147-20 184th Street, Jamaica, NY 11413
10.0   This Agreement shall be interpreted and governed by the laws of the State

Of New York and any dispute arising hereunder shall be submitted to and resolved by arbitration through the American Arbitration Association in New York.

11.0   This writing constitutes the entire agreement between the parties and no oral statements or representations not contained herein, and no prior writings shall have any force or effect.

12.0   If by reason of a force majeure, either party is unable to carry out any of its obligations under this Agreement, the obligations of such party shall be suspended to the extent necessary.   Such party shall give prompt written notice and verification to the other party of the nature and probable duration of such force majeure. "Force Majeure" for purposes of this Agreement is defined as Acts of God, legislation, regulations or interpretations of regulations by any governmental or judicial body, acts of the public enemy, riots, strikes, labor disputes, labor or supply shortages, fires, explosives, flood interruptions in transportation, or other causes beyond the reasonable control of the party affected which in whole or in part prevent its performance hereunder.

**Safe Path Systems, LLC**

**By:**_____

**Guardian Gym Equipment**

**By:**_____

_____

_____

| | |
|---|---|
| **From:** | Melissa Mackey <melissa.mackey@gymdoors.com> |
| **Sent:** | Monday, January 25, 2010 3:21 PM |
| **To:** | 'Patrick DelloRusso' <patd@safepathsystems.com> |
| **Subject:** | RE: guardian |
| **Attach:** | Guardian License Agreement.doc; image001.gif |

Pat,

Attached is the revision.

Melissa ☺

**From:** Patrick DelloRusso [mailto:patd@safepathsystems.com]
**Sent:** Monday, January 25, 2010 12:47 PM
**To:** melissa.mackey@gymdoors.com
**Subject:** guardian

Melissa attached is an agreement that Steve and I will make corrections to then you can save it



Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com



MICKEY
DEPOSITION
EXHIBIT P
9-08-17
LISA MacDONALD

# AGREEMENT

**THIS AGREEMENT** was entered into as of 02/01/10
by Guardian Gym Equipment and Safe Path Systems, LLC. (Known as SPS)

## RECITALS

WHEREAS, SPS has developed and now sells an infrared safety device called
the Safe Path System (the "System") and has acquired patents in the U.S. and Canada
on the System, extensive production know-how and technical experience;

WHEREAS, SPS is the sole owner of the patent, know-how and technical
expertise, in the form of plans, designs, drawings and specifications, manuals, processes,
instructions and similar date (collectively, "Know-How") relating to the design, assembly
and installation of the System;

WHEREAS, to the best of its knowledge, SPS is the sole owner of all rights and
interests in the trade name "Safe Path" and any related trademarks, service marks, trade
names, designs, logos and art work now used or registered by SPS (collectively, "Trade
Names");

WHEREAS, Guardian Gym Equipment desires to acquire certain exclusive rights
to use the System, the Trade Names and Know-How in the operable partitions industry,
and to
incorporate the System into its business practices and SPS is willing to grant such rights;

NOW, THEREFORE, in consideration of the mutual covenants and agreements
contained herein, the parties agree as follows:

## AGREEMENT

### Rights

1.1.  Guardian Gym Equipment shall have the right to sell the System and system
components in the operable partitions industry in all Counties throughout New York State
excluding  Nassau, Suffolk and New York City's (5) five Boroughs. SPS shall refer to a
licensed and authorized dealer/service center and support all inquiries related to such.

### REPRESENTATIONS Of Guardian Gym Equipment

2.1     Guardian Gym Equipment as SPS's sales representative shall use its best
efforts to promote the sale of the System including but not limited to building owners,
architects, general contractors and school district officials.

2.2     During the first year of the term of this Agreement Guardian Gym

shall pay to SPS the sum of One Thousand Four Hundred and Sixty Eight ($1,468.00) Dollars for each system kit purchased (volume discount schedule applies).  Annual volume discount schedule is 10-15 Safe Path System kits less 10% and 16+ Safe Path System kits less 15%.  All purchases shall be pursuant to Guardian Gym Equipment written purchase orders, receipt of which shall be acknowledged by SPS in order to be binding, and upon acknowledgement shall be non-cancelable.  All shipments by SPS pursuant to said orders shall be F.O.B. Deer Park, NY

2.3     All invoices by SPS to Guardian Gym Equipment shall be paid by Guardian Gym Equipment within thirty (30) days of date of shipment and invoice. Guardian Gym Equipment agrees to pay a service charge of 1 1/2% monthy on any invoice not paid within fifteen (15) days of its due date.

2.4     During the term of this agreement Guardian Gym Equipment shall not purchase or sell infrared safety devices from any source other than SPS for integration products unless SPS fails to provide the System in a reasonable manner or the System does not meet the standards in section 3.7

2.5     Guardian Gym Equipment agrees to purchase the following minimum quantities;

> $2,000 annually of Safe Path ™ Life Safety Detection system components, kits, pocket intrusion system kits, OEM replacement parts. If these purchases are not made then the agreement will be terminated.

2.6     The parties acknowledge and agree that the per unit price of $1,468.00 referred to in paragraph 2.2 foregoing is based upon reasonable mark up practices and refusing resale to organizations, agencies, competitors or companies which are not licensed by SPS.

2.7     Guardian Gym Equipment agrees that at no time will it incur or contract any debt or obligation in the name of SPS including, but not limited to any advertising expense, without prior written authorization from SPS, and Guardian Gym Equipment acknowledges and agrees it is not any agent of SPS for any purpose

2.8     During the term of this agreement Guardian Gym Equipment will provide no less than their current insurance coverage.  During the term of this agreement Guardian Gym Equipment will maintain in full force and effect the following insurance policies and coverage naming SPS as an additional insured;

A.     Commercial general liability coverage including contractual broad from coverage, products liability coverage, independent contractor coverage, broad from property damaged coverage, with limits not less than $1,000,000/$2,000,000.

      B.      Workmen's compensation coverage (All states statutory form) with limits not less than $500,000/$1,000,000.

      C.      Owner's Protective Liability coverage (All states statutory form) with limits not less than $500,000/$1,000,000.

      D.      Umbrella excess liability coverage of not less than $3,000,000

2.9    The foregoing policies of insurance shall provide for and require sixty (60) days notice to SPS of cancellation, non renewal or substantial change in coverage.

2.10    SPS agrees to otherwise indemnify and hold SPS harmless with respect to any claim for wrongful death, bodily injury or property damage arising from any installation by Guardian Gym Equipment which includes the System subject of this Agreement.

2.11    SPS agrees to otherwise indemnify and hold Guardian Gym Equipment harmless with respect to any claim for wrongful death, bodily injury or property damage arising from any installation by guardian Gym Equipment which includes the System subject of this agreement

## REPRESENTATIONS OF SPS

3.1    SPS shall maintain an inventory of not less than ten (4) standard units specifically for Guardian Gym Equipment and a reasonably sufficient supply of service parts.

3.2    SPS shall fulfill purchase order by shipment within four (4) weeks from date of acknowledgement of each purchase order, "over and above" the ten (4) units to be maintained in constant stock.

3.3    SPS shall provide certification training program for field technicians in New York State relating to all aspects of the system.

      A.      Uniforms/ID badges/ Maintenance Completion Forms/Inspection forms/ electronic documentation information/hard copy materials/ documentation and info binder

      B.      Invoice processing including $90.00 fee per maintenance procedure completion.

      C.      Provide office staff training relating to certificate posting and submitting procedures.

P021007

3.4     SPS shall provide to Guardian Gym Equipment technical support during the life of the term of this Agreement to assist Guaridan Gym Equipment in its development of dealer

training at SPS's training facility and various on site locations.

3.5     SPS shall otherwise render assistance to Guardian Gym Equipment within reasonable limits with respect to:

      A.     NYSED Law 409-F and CR 155/25
      B.     AAADM Requirements and information.
      C.     Trouble shooting and repairs
      D.     Development of promotional materials and product literature;
      E.     Annual maintenance procedures;
      F.     Lay-out and installation;
      G.     Additional products and installation training to Athletic Services all related service personnel, including continuous technical assistance by certified technicians.
      H.     Provide to Guardian Gym Equipment installation and owner/operator manuals as presently exist.

3.6     SPS has manufactured, packaged and is selling the System units in compliance with all applicable statutes, rules and regulations of the United States and Canada and that any disposal of the System units will not constitute "hazardous waste" under present EPA regulations.

3.7     When installed in accordance with SPS's installation instructions, the System unit will be free from defects in materials and workmanship and of merchantable quality and fit for their intended purpose as defined by the Uniform Commercial code as adopted in the State of New York, and that the System units will conform to the specifications set forth in SPS's promotional materials for One (1) year after delivery of Guardian Gym Equipment. customers.   This warranty shall extend to the owner of the project in which the System unit is installed.

3.8     During the term of the Agreement SPS will maintain in full force and effect the following insurance policies and coverages, naming Guardian Gym Equipment as an additional insured:

      A.     Commercial general liability coverage, products liability covers and automobile liability with units not less than $1,000,000/$2,000,000.

      B.     Umbrella excess liability coverage of not less than $3,000,000.

P021008

3.9     The foregoing policies of insurance shall provide for and require sixty (60) days written notice to Guardian Gym Equipment of cancellations, non-renewal or substantial change in coverage.

3.10    Investiage Alternative/Other manufacturer's safety detection systems, identify non-conformances with the current NYSED Requirements.

3.11    Promote upgrade modifications for integration with other manufacturer's systems to achieve compliance with current NYSED requirements.

3.12    Investigate Alternative/Other manufacturer's safety detection systems for infringing areas in design for documentation.

3.13    Technicians employed by Guardian Gym Equipment must successfully complete the manufacturer's certification training course annually and obtain and hold current affiliated association certifications.

3.14    Each technician employed by Guardian Gym Equipment must pay an annual manufacturer's certification fee of $600.00 for initial certification upon the successful completion of the training course.

3.15    Each technician employed by Guardian Gym Equipment must pay an annual manufacturer's certification fee of $400.00 (for continuation of certification) upon the successful completion of the training course.

3.16    Guardian Gym Equipment agrees to pay a one time licensing fee of $2,200.00.

3.17    Provide compliance and monitoring program and certificates.

3.18    Provide discretionary inspection of completed projects.

<u>TERM OF AGREEMENT</u>

4.1     Unless sooner terminated in accordance with the provisions of this Agreement, the initial term of this Agreement is three (3) years from the date hereof.

4.2     Following the initial term, this agreement shall automatically be renewed for consecutive one (1) year terms, provided the minimum quantities and pricing agreed upon are met and neither party is then in material breach of the Agreement, and provided further that after the initial term either party may terminate this Agreement upon thirty (30) days written notice of termination to the other by certified mail return receipt requested.

4.3     "Material Breach" as defined for purposes of this Agreement shall include, but not limited to the following:

A.    With respect to Guardian Gym Equipment

1. Failure to pay SPS's invoices in accordance with agreed terms.

2. Failure within any one (1) year to purchase the minimum quantites of the System kits and or system components referred to in paragraph 2.6 herein foregoing.

3. Failure to fulfill any of representations upon demand as set forth in paragraphs 2.1 through 2.11 of this Agreement.

B.    With respect to SPS

1. Failure to fulfill any of the representations upon demand as set forth in paragraphs 3.1 through 3.10 of this Agreement.

5.0    The parties mutually acknowledge that they have not held themselves as agent, joint venturer or partner of the other, and that they shall not herafter do so.  The parties acknowledge that neither is authorized to make any contract agreement, warranty or representation on behalf of or binding upon the other or to create any obligation, express or implied on behalf of the other.

6.0    Except as provided for in paragraph 5 herein foregoing, neither party shall assign, transfer, convey or encumber this Agreement of the rights nor interests hereunder without the other party's prior written consent and any assignment of rights hereunder shall require the assignee to affirmatively assure all obligations and duties under this Agreement.

7.0    Failure of either party to complain of any act or omission on the part of the other party shall not waive any of that party's rights hereunder.  No waiver by either party, express or implied, of any breach of any provision of this Agreement shall be deemed a waiver of a breach of any other provision of this Agreement or any subsequent breach.  A party's consent to or approval of any action on one occasion shall not be deemed a consent to or approval of any other action or the same action on any subsequent occasion.

8.0    In any term of this Agreement or the application thereof shall, to any extent, be invalid or unenforceable, the remainder of this Agreement of application of such term or provision to other persons or circumstances shall not be affected thereby; and each term, covenant, condition or provision of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

9.0    Notices under this Agreement shall be effective upon receipt and shall be sent by registered or certified mail to the following;

(a)     Safe Path Systems, LLC- 147-20 184ᵗʰ Street, Jamaica, NY 11413

10.0    This Agreement shall be interpreted and governed by the laws of the State Of New York and any dispute arising hereunder shall be submitted to and resolved by arbitration through the American Arbitration Association in New York.

11.0    This writing constitutes the entire agreement between the parties and no oral statements or representations not contained herein, and no prior writings shall have any force or effect.

12.0    If by reason of a force majeure, either party is unable to carry out any of its obligations under this Agreement, the obligations of such party shall be suspended to the extent necessary.  Such party shall give prompt written notice and verification to the other party of the nature and probable duration of such force majeure. "Force Majeure" for purposes of this Agreement is defined as Acts of God, legislation, regulations or interpretations of regulations by any governmental or judicial body, acts of the public enemy, riots, strikes, labor disputes, labor or supply shortages, fires, explosives, flood interruptions in transportation, or other causes beyond the reasonable control of the party affected which in whole or in part prevent its performance hereunder.

**Safe Path Systems, LLC**

By:_____

**Guardian Gym Equipment**

By:_____

_____

_____

| | |
|---|---|
| **From:** | Patrick DelloRusso <patd@safepathsystems.com> |
| **Sent:** | Monday, January 25, 2010 7:32 PM |
| **To:** | melissa.mackey@gymdoors.com |
| **Cc:** | steve.cole@gymdoors.com |
| **Subject:** | modern fold styles license agreement |

Melissa please discuss with Steve the changes to be made to guardian license agreement to fit modern fold and forward to me thx



Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com



| | |
|---|---|
| **From:** | Melissa Mackey <melissa.mackey@gymdoors.com> |
| **Sent:** | Tuesday, January 26, 2010 8:59 AM |
| **To:** | 'Patrick DelloRusso' <patd@safepathsystems.com> |
| **Subject:** | RE: modern fold styles license agreement |
| **Attach:** | image001.gif |

As soon as he gets in I will discuss it with him ☺

Melissa

**From:** Patrick DelloRusso [mailto:patd@safepathsystems.com]
**Sent:** Monday, January 25, 2010 7:32 PM
**To:** melissa.mackey@gymdoors.com
**Cc:** steve.cole@gymdoors.com
**Subject:** modern fold styles license agreement

Melissa please discuss with Steve the changes to be made to guardian license agreement to fit modern fold and forward to me thx



Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com



MACKEY
DEPOSITION
EXHIBIT R
9-08-17
LISA MacDONALD

| | |
|---|---|
| **From:** | Patrick DelloRusso <patd@safepathsystems.com> |
| **Sent:** | Wednesday, February 3, 2010 1:34 PM |
| **To:** | 'Melissa Mackey' <melissa.mackey@gymdoors.com> |
| **Subject:** | RE: Safe Path Annual Maintenance Certificates |

Thx Melissa I'll try to get there today

Sincerely,



Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com

**From:** Melissa Mackey [mailto:melissa.mackey@gymdoors.com]
**Sent:** Wednesday, February 03, 2010 12:48 PM
**To:** 'Patrick DelloRusso'
**Subject:** RE: Safe Path Annual Maintenance Certificates

Pat,

All of the required Certificates for YES Inc. are on your desk as you requested.

Melissa ☺



P021143

**Steve Cole**

**From:** Patrick DelloRusso [patd@safepathsystems.com]
**Sent:** Tuesday, February 16, 2010 9:38 PM
**To:** steve.cole@gymdoors.com
**Subject:** meeting tomorrow

Steve Im meeting with fred koebel 12pm I will call you when Im finished

Sincerely,



Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com

12/18/2012

P013012

| | |
|---|---|
| **From:** | Patrick DelloRusso <patd@safepathsystems.com> |
| **Sent:** | Monday, February 22, 2010 9:32 AM |
| **To:** | Steve Cole <steve.cole@gymdoors.com> |
| **Cc:** | Melissa Mackey <melissa.mackey@gymdoors.com> |
| **Subject:** | Modernfold |

Mark just called again still no delivery please check again that it
was shipped to n j facility

Patrick DelloRusso, CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com


Sincerely,

Patrick DelloRusso



| | |
|---|---|
| **From:** | Melissa Mackey <melissa.mackey@gymdoors.com> |
| **Sent:** | Monday, February 22, 2010 11:04 AM |
| **To:** | 'Patrick DelloRusso' <patd@safepathsystems.com> |
| **Subject:** | RE: IS 391 SafePath |

Yes that is the address that I have from the previous email.  The pick up has already been picked up by UPS.

Melissa Mackey

**From:** Patrick DelloRusso [mailto:patd@safepathsystems.com]
**Sent:** Monday, February 22, 2010 10:48 AM
**To:** Melissa Mackey
**Subject:** Fwd: IS 391 SafePath

Here is the address

Sincerely,

Patrick DelloRusso

Begin forwarded message:

> **From:** Mark Gehrke <mgehrke@modernfoldstyles.com>
> **Date:** February 22, 2010 9:29:33 AM EST
> **To:** "'Patd (E-mail)'" <patd@safepathsystems.com>
> **Subject:** IS 391 SafePath

Patrick,

Please confirm that this order is going to our NJ office
Modenfold/Styles Inc
15 Empire Blvd
South Hackensack, NJ 07606


Mark Gehrke
Modernfold/Styles
79 Hempstead Gardens Dr
West Hempstead, NY 11552
Phone: 516-292-4100
Fax: 516-292-4140



| | |
|---|---|
| **From:** | Patrick DelloRusso <patd@safepathsystems.com> |
| **Sent:** | Monday, February 22, 2010 1:18 PM |
| **To:** | Melissa Mackey <melissa.mackey@gymdoors.com> |
| **Cc:** | Steve Cole <steve.cole@gymdoors.com> |
| **Subject:** | Modernfold |

Don't ship I spoke to John he is overnighting it he tried to reach you both several times last week and didn't get a response we need to figure this out moving forward or we will loose modernfold

Patrick DelloRusso, CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com

Sincerely,

Patrick DelloRusso



**From:**      Patrick DelloRusso <patd@safepathsystems.com>
**Sent:**      Wednesday, February 24, 2010 9:47 AM
**To:**        Steve Cole <steve.cole@gymdoors.com>
**Cc:**        Melissa Mackey <melissa.mackey@gymdoors.com>
**Subject:**   Control Panel

Steve I need a control panel for athletic service do u have 1 at your
office that I can pick up if so please have it packed and let me know
when to pick it up

Patrick DelloRusso, CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com

Sincerely,

Patrick DelloRusso



| | |
|---|---|
| **From:** | Patrick Dellorusso <pdr129@gmail.com> |
| **Sent:** | Wednesday, February 24, 2010 2:29 PM |
| **To:** | Melissa Mackey <melissa.mackey@gymdoors.com> |
| **Subject:** | Re: Control Panel |

Yes please do leave it near the door marked so I know it's there thx

Sincerely,

Patrick DelloRusso

On Feb 24, 2010, at 2:29 PM, "Melissa Mackey" <melissa.mackey@gymdoors.com
> wrote:

> I don't know if he responded to you but I know I have a control
> panel here.
> Let me know if you want me to pack it up let me know.
>
> Melissa :)
>
> -----Original Message-----
> From: Patrick DelloRusso [mailto:patd@safepathsystems.com]
> Sent: Wednesday, February 24, 2010 9:47 AM
> To: Steve Cole
> Cc: Melissa Mackey
> Subject: Control Panel
>
> Steve I need a control panel for athletic service do u have 1 at your
> office that I can pick up if so please have it packed and let me know
> when to pick it up
>
>
> Patrick DelloRusso, CEO
> Safe Path Systems, LLC
> 516.754.2379
> www.safepathsystems.com
>
>
> Sincerely,
>
> Patrick DelloRusso
>


Mickey
DEPOSITION
EXHIBIT X
9-08-17
LISA MacDONALD

**From:**       Melissa Mackey <melissa.mackey@gymdoors.com>
**Sent:**       Wednesday, February 24, 2010 3:50 PM
**To:**         'Patrick Dellorusso' <pdr129@gmail.com>
**Subject:**    RE: Control Panel

It will be marked athletic services by the front door.

-----Original Message-----
From: Patrick Dellorusso [mailto:pdr129@gmail.com]
Sent: Wednesday, February 24, 2010 2:29 PM
To: Melissa Mackey
Subject: Re: Control Panel

Yes please do leave it near the door marked so I know it's there thx

Sincerely,

Patrick DelloRusso

On Feb 24, 2010, at 2:29 PM, "Melissa Mackey" <melissa.mackey@gymdoors.com
> wrote:

> I don't know if he responded to you but I know I have a control
> panel here.
> Let me know if you want me to pack it up let me know.
>
> Melissa :)
>
> -----Original Message-----
> From: Patrick DelloRusso [mailto:patd@safepathsystems.com]
> Sent: Wednesday, February 24, 2010 9:47 AM
> To: Steve Cole
> Cc: Melissa Mackey
> Subject: Control Panel
>
> Steve I need a control panel for athletic service do u have 1 at your
> office that I can pick up if so please have it packed and let me know
> when to pick it up
>
>
> Patrick DelloRusso, CEO
> Safe Path Systems, LLC
> 516.754.2379
> www.safepathsystems.com
>
>
> Sincerely,
>
> Patrick DelloRusso
>



**From:**      Melissa Mackey <melissa.mackey@gymdoors.com>
**Sent:**      Wednesday, February 24, 2010 3:51 PM
**To:**        'Patrick DelloRusso' <patd@safepathsystems.com>
**Subject:**   RE: East Meadow

I was calling on maintenance calls and East Meadow told me that they gave the job to YES sales.  Please check that he paid Safe path systems for the service.  Thank You

Melissa



MICKEY
DEPOSITION
EXHIBIT  2
9-28-11
LISA MacDONALD

| From: | Patrick DelloRusso <patd@safepathsystems.com> |
|---|---|
| Sent: | Thursday, February 25, 2010 6:33 AM |
| To: | 'Melissa Mackey' <melissa.mackey@gymdoors.com> |
| Cc: | steve.cole@gymdoors.com |
| Subject: | RE: East Meadow |

thank you I have been calling districts myself to see who is doing inspections I am aware of that

Sincerely,



Patrick DelloRusso
President/CEO
Safe Path Systems, LLC
516.754.2379
www.safepathsystems.com

**From:** Melissa Mackey [mailto:melissa.mackey@gymdoors.com]
**Sent:** Wednesday, February 24, 2010 3:51 PM
**To:** 'Patrick DelloRusso'
**Subject:** RE: East Meadow

I was calling on maintenance calls and East Meadow told me that they gave the job to YES sales.  Please check that he paid Safe path systems for the service.  Thank You

Melissa



P021384

| | |
|---|---|
| **From:** | Melissa Mackey <melissa.mackey@gymdoors.com> |
| **Sent:** | Monday, March 1, 2010 11:48 AM |
| **To:** | 'Patrick DelloRusso' <patd@safepathsystems.com> |
| **Subject:** | RE: Hauppauge |

Once again I was calling my customers in regards to the past due maintenance.  Hauppauge UFSD was done in January of 2010 by YES.  I wanted to make sure YES was being billed for the PMS.

Thank You
Melissa Mackey ☺



Mackey
DEPOSITION
EXHIBIT BB
9-28-17
LISA MacDONALD

Nov 05 09 01:06p   John Santiago        914 893 7221          p.1

From:Cathy.schombs@theyesexperience.com          10/30/2009 15:05      #438 P.001/001

↗ PAT MUST DISCUSS
W/ DENNIS ...
(NOT GOOD)

* DENNIS STOLE THIS WORK.
* WE'VE DONE THE PMS AT
ARDSLY THE PAST FEW YEARS.

# YES
## YOUNG EQUIPMENT SALES, INC.

325 Rabro Dr.
Hauppauge, NY 11788
Phone: (631) 582-5900
Fax: (631) 582-9520
www.TheYesExperience.com

* SC GAVE A DISCOUNT @ $399.—
EACH
BECAUSE TH_
WERE A LO_
CUSTOMER AN_
ONE OF THE F_
DISTRICTS WH_
HAVE ALWAYS
DONE THE M__
Ⓔ

### QUOTATION

| Date | Quote # |
|------|---------|
| 10/30/09 | YESQ15347 |

Sold To: Ardsley Union Free School District.
John Santiago
Ardsley Middle School
Ardsley
NY    10502

Phone: (914)693-7564
Fax: (914)693-7221

Ship To:

Phone:
Fax:

| Qty | Description | Unit Price | Ext. Price |
|-----|-------------|-----------|-----------|
| | **Concord Rd Elem School** | | |
| 1 | After completing Inspection and Preventative Maintenance the following is required to be repaired. Repair Intrusion system. Redirect pocket sensors to cover 100% of pocket area. | | |
| | **Ardsley High School** | | |
| 1 | After completing Inspection and Preventative Maintenance the following repairs are recommended. Recable one side of the partitions. Cable is worn and damaged. | | |
| | **Ardsley Middle School** | | |
| 1 | After completing Inspection and Preventative Maintenance the following are required for SafePath Certificate. Must repair intrusion system. Damaged SafePath Panel. Provide and Install new panel. Recommend relocating master key switch outside of safe zone. | | |

Steve, (IMPORTANT)
Ardsley CALLED He said
Dennis @ YES. was awarded
the PMS. He was lower in
Price (He SHOULDN'T be.)
John wants to know
We installed the SP
incorrectly BECAUSE
supposably Dennis told
him we installed incorrectly
we have not done PMS
in 2 years.

Also if you could
Price the repairs
above so he can see
if were lower in price

Melissa

Total Material, Freight and Installation

We look forward to being of service to you.
Very truly yours,

Dennis Schwandtner

Continuously striving to provide the Best in the World products, installa_
inspections in your classroom, corridor, library, cafeteria, gymnasium, aud_



MC KEY
DEPOSITION
EXHIBIT D
9-08-17
LISA MacDONALD

P.S. Pat Dellagusso asked
Jay to speak to him about
This.

P010773

**Steve Cole**

| | |
|---|---|
| **From:** | Melissa Mackey [melissa.mackey@gymdoors.com] |
| **Sent:** | Friday, October 22, 2010 11:08 AM |
| **To:** | patricia.harris@ag.ny.gov |
| **Cc:** | 'Steve Cole' |
| **Subject:** | RE: Student health and safety |

Good morning Patricia,

I was hoping you could forward a message to the Deputy Attorney General for me.
I wanted to let him know that I had two very productive meetings this week.
The First was with NYSED: Mr. Chuck Szuberla and Mrs. Louise Decandia.
The second was with Mrs. Devra Nusbaum.
I feel confident that New York State is going to follow the appropriate action that New York City is
taking, which will ultimately ensure student safety.

Sincerely Mrs. Kathleen Cole

PS. I hope you have a nice weekend.

Gym Door Repairs, inc.
685 E Jericho Tpke
Huntington Station, NY  11746
P 631 549 8745
F 631 424 0406



10/25/2010

| | |
|---|---|
| **From:** | Melissa Mackey <melissa.mackey@gymdoors.com> |
| **Sent:** | Friday, October 29, 2010 10:29 AM |
| **To:** | 'kathy.cole@gymdoors.com' |
| **Subject:** | FW: Student Health & Safety Issue |

**From:** Melissa Mackey [mailto:melissa.mackey@gymdoors.com]
**Sent:** Wednesday, October 20, 2010 3:22 PM
**To:** 'ldecandi@mail.nysed.gov'
**Subject:** Student Health & Safety Issue

Dear Louise,

It was a pleasure meeting with you yesterday. Here is the contact information for the investigators and some additional information that I thought you would find helpful. Please forward this information along to Mr. Chuck Szuberla. I appreciate you being involved with all correspondence with both the NYC Dept of Investigation as well as the Federal Bureau of Investigations.

We met the following investigators in regard to our concerns with this safety issue.

1. Thomas Finnell,
   Chief Investigator
   Special Commissioner of Investigation for the New York City School District
   212-510-1439 P
   212-510-1550 F

2. Michael S. Bisogna,
   Supervising Investigator
   Special Commissioner of Investigation for the New York City School District
   212-510-1411 P
   212-510-1550 F

They referred us to the US attorney, who then referred us to the FBI, Intake Investigator, St Claire.

3. Ms. St. Claire,
   Investigator
   Federal Bureau of Investigations Intake Investigator
   631 501-8600
   Fax 501-8737

The following individual is the owner of Guardian Gym Equipment, who submitted hundreds of false submittal packages to the NYSED Office of Facilities Planning, endangering children's safety and wasting taxpayer dollars.

4. Jim Petriello,
   President of Guardian Gym Equipment
   PO Box 680
   Nyack, NY 10960
   1 (877)-gym-repair

845-353-6846

The following individual, Dennis Schwandtner is linked with Patrick Dellorusso, the short-termed, corrupt ex-employee of Gym Door Repairs, Inc..

Mr. Schwandtner is currently bypassing and tampering with the safety systems throughout much of Long Island and New York City. His unethical training classes throughout the city is teaching employees how to also bypass the system, which lead us to the Department of Investigation.

5. Dennis Schwandtner, President.
   Y.E.S Inc. / Young Equipment Sales, Inc.
   325 Rabro Drive, Suite #1
   Hauppauge, NY  11788
   631 582-5900
   Fax 582-9520
   Dennis@TheYesExPerience.com

The following individual, Dan Campo was also introduced to us by our corrupt ex-employee, Patrick Dellorusso. He offered the assistance for the nominal fee, of his IT professional, Mr. Michael Kaye to revamp our Safe Path Web Site and our monitoring program.  He purchased additional similar domain names in addition to www.safepath.com with the intention of stealing both the website and monitoring program thereby crippling my company (Gym Door Repairs, Inc.) along with the help of YES, Inc and LI Automatic Doors who are working together with Mr.  Dellorusso, in deceiving tax payers and endangering the children of the state.

6. Dan Campo: General Manager
   Long Island Automatic Doors
   Corporate Offices and retail store
   26 W Old Country Rd
   Hicksville, NY  11801
   516-931-2273 p
   Fax 931-7334
   Attn: Mr. Dan Campo: General Manager

   LI  Automatic Doors
   Sales, Warehouse and Dispatch Center
   85 South Terminal Drive
   Plainview NY 11803
   516-931-2273 p
   516-931-2369 f

Please be aware that we had a very productive meeting with Mrs. Debra Nusbaum, the legislative director for Mrs. Katherine Nolan. As mentioned in our meeting, I requested that there be an investigation into the SFMI non-profit organization, started by Mr. Carl Thurneau in 2003.

We have numerous meetings throughout the week and I will be back to our office on Monday, October 25th. Please feel free to contact me on my cell phone (631) 521-9838 if I can be of any further assistance to you.

I would strongly urge you to contact Mr. Gerald Couse, the recently retired code compliance specialist from the NYSED Office of Facilities Planning.  He had extensive knowledge specific to this project.

I would like to sincerely thank you for addressing my concerns.

P022873

Respectfully yours,
Mrs. Kathleen Cole

Gym Door Repairs, inc.
685 E Jericho Tpke
Huntington Station, NY  11746
P 631 549 8745
F 631 424 0406

P022874