# Furgang & Adwar, L.L.P.

COUNSELORS IN INTELLECTUAL PROPERTY AND ENTERTAINMENT LAW

515 Madison Avenue
Suite 6A
New York, NY 10022
Telephone: (212) 725-1818
Facsimile: (212) 941-9711

November 5, 2018

Hon. Ona T. Wang
Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: Gym Door Repairs, Inc. v. Young Equipment Sales, Inc.
Docket No. : 15-CV-4244
Our File No. : 11261

Dear Judge Wang:

I write on behalf of Defendants Qpala Enterprises, Inc. (dba Guardian Gym Equipment), James Petriello, Tri-state Folding Partitions, Inc., and Peter Mucciolo to request a brief adjournment of the scheduled status telephone conference [ECF 709].

Your Honor has set November 7 as the telephone conference. On that date I shall be out of the country, attending and participating in a conference (the Annual North American Law Summit in the Cayman Islands). I shall be returning on November 11. I am available at any other time.

Plaintiffs' attorney has agreed to the adjournment and I join in her request for as short an adjournment as the Court, in its discretion, may provide.

Counsel for Defendants YES and Young Equipment has advised that she is available on the following dates for a telephone conference after November 11:

1. 11/12: 9 am – 12:30 pm, 3 pm – 5 pm
2. 11/13: 1 pm – 4 pm
3. 11/14: 9 am – 12 pm
4. 11/15: 3 pm – 5 pm

West Nyack  Centerock East, 2 Crosfield Avenue, Suite 210, West Nyack, NY 10994  Tel: (845) 353-1818  Fax: (845) 353-1996
White Plains  11 Martine Avenue, Penthouse, White Plains, NY 10606  Tel: (914) 428-5300  Fax: (914) 428-0226

PATENTS ❖ TRADEMARKS ❖ COPYRIGHTS ❖ ENTERTAINMENT

Furgang & Adwar, L.L.P.

Hon. Ona T. Wang
November 5, 2018
Page 2

                Respectfully submitted,
                FURGANG & ADWAR, L.L.P.

                /Philip Furgang/
                PHILIP FURGANG (PF-5654)