**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------X
GYM DOOR REPAIRS, INC. and SAFEPATH SYSTEMS, LLC,   15 CIV 4244 (JGK)
                                                                                                       (OTW)
                                                                   Plaintiffs,

       -against

                                                                  **AFFIRMATION OF**
                                                                  **PHILIP FURGANG**

YOUNG EQUIPMENT SALES, INC., YES SERVICE AND
REPAIRS CORPORATION, GUARDIAN GYM
EQUIPMENT, QAPALA ENTERPRISES, INC., JAMES
PETRIELLO, TRI-STATE FOLDING PARTITIONS, INC.,
PETER MUCCIOLO, TOTAL GYM REPAIRS, INC., NEW
YORK STATE DEPARTMENT OF EDUCATION OFFICE OF
FACILITIES PLANNING, NEW YORK STATE SCHOOL
FACILITIES ASSOCIATION, EASTERN SUFFOLK BOCES,
BELLMORE PUBLIC SCHOOLS, and CARL THURNAU,

                                                            Defendants.
-------------------------------------------------------------------------------X

       **PHILIP FURGANG**, an attorney duly admitted to practice before this Court, declares that the following:

       1.     I am a member of the law firm Furgang & Adwar, L.L.P., attorneys for defendants Tri-State Folding Partitions, Inc. ("Tri-State"), and Peter Mucciolo ("Mr. Mucciolo")(jointly referred to hereafter as the "Tri-State Parties"), and Qapala Enterprises, Inc.'s (name is misspelled; its name is Qpala Enterprises, Inc.)(referred to herein as "Guardian") and James Petriello ("Mr. Petriello"). (jointly referred to hereafter as the "Guardian Parties") As such, I am fully familiar with the facts and circumstances surrounding this matter.

       2.     I submit this Affirmation, the attached exhibits, and the accompanying Memorandum of Law, in support of the Tri-State and Guardian defendants' motion for costs, expense, and attorneys' fees.

-1-

3. Attached as **Exhibit A** is a copy of Plaintiffs' Second Amended Complaint without the attached exhibits (Dkt. 91)

4. Attached as **Exhibit B** is a copy of the Amended Decision and Order (Dkt. 224)

5. Attached as **Exhibit C** is a copy of the Order dated September 19, 2018 (Dkt. 685)

6. Attached as **Exhibit D** is a copy of Defendant Total Gym's Brief (Dkt. 778, at 7-8)

7. Attached as **Exhibit E** is a copy of the Appendix (Dkt. 653, **at** 32-35)

8. The word count of the Memorandum of Law in Support of the Defendant Guardian and Tri-State Parties Brief is   6,875   .

Dated: West Nyack, New York
June 7, 2019

      /Philip Furgang/
PHILIP FURGANG