

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

June 24, 2019

**VIA ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:   *Gym Door Repairs, Inc., et al. v. Young Equipment Sales, Inc., et al.*
            Docket No.  :   15-CV-4244 (JGK)(OTW)
            File No.      :   150066N/150066S

Your Honor:

    This firm represented former defendant Eastern Suffolk BOCES in this matter.

    We write at the request of our former associate Martin Gleeson to ask that he be removed from the Court's ECF docket.

    Thank you for your consideration of this matter.

                                               Respectfully submitted,

                                               SOKOLOFF STERN LLP

                                               ADAM I. KLEINBERG

cc: All Counsel of Record (via ECF)