UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
GYM DOOR REPAIRS, INC., et al.,

                    Plaintiff,

-against-

YOUNG EQUIPMENT SALES, INC., et al.,

                    Defendants.

------------------------------------------------------------x

No. 15-CV-4244 (JGK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Defendant Total Gym Repairs, Inc. ("Total Gym") filed a motion for attorney's fees on May 20, 2019. (ECF 777). Defendants Tri-State Folding Partitions, Inc., Peter Mucciolo, Qapala Enterprises, Inc., Guardian Gym Equipment, and James Petriello ("Tri-State/Guardian Defendants") filed a motion for attorney's fees on June 8, 2019. (ECF 782). On July 8, 2019, the Tri-State/Guardian Defendants filed a notice of withdrawal of their June 8, 2019 attorney's fees motion. (ECF 805). On August 21, 2019, Total Gym Repairs, Inc. filed a notice of withdrawal of its May 20, 2019 attorney's fees motion. (ECF 829).

Accordingly, because both attorney's fees motions have been withdrawn by the movants, the Clerk of Court is directed to close ECF 777 and ECF 782.

**SO ORDERED.**

Dated: December 10, 2019
       New York, New York

                                        _s/ Ona T. Wang_
                                        **Ona T. Wang**
                                United States Magistrate Judge