

March 2, 2020

VIA ECF
Honorable John. G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Room 1030
New York, NY  10007-1312

Re:   Gym Door Repairs, Inc. v. Young Equipment Sales, Inc., et al.
       15-cv-4244 (JGK)(OTW)

Dear Judge Koeltl:

This office represents the Plaintiffs in the above referenced action.  I am writing to request oral argument on Plaintiffs' objections to Magistrate Judge Wang's Report & Recommendations dated January 28, 2020 (ECF 859).  We think oral argument would be beneficial to help the Court unpack the confusion the Defendants have generated about EDS Bid #17, confusion that unfortunately made its way into this Court's rulings and was repeated in the Report and Recommendations.

Respectfully submitted,

*Katherine J. Daniels*

cc:  All Counsel of Record via ECF