UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
GYM DOOR REPAIRS, INC. and SAFEPATH SYSTEMS, LLC,    15 CIV 4244 (JGK)
                                                                                                                (OTW)

                                                              Plaintiffs,

       -against

YOUNG EQUIPMENT SALES, INC., YES SERVICE AND
REPAIRS CORPORATION, GUARDIAN GYM
EQUIPMENT, QAPALA ENTERPRISES, INC., JAMES
PETRIELLO, TRI-STATE FOLDING PARTITIONS, INC.,
PETER MUCCIOLO, TOTAL GYM REPAIRS, INC., NEW
YORK STATE DEPARTMENT OF EDUCATION OFFICE OF
FACILITIES PLANNING, NEW YORK STATE SCHOOL
FACILITIES ASSOCIATION, EASTERN SUFFOLK BOCES,
BELLMORE PUBLIC SCHOOLS, and CARL THURNAU,

                                                              Defendants.
--------------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

        I declare under penalty of perjury that I have served on this date a copy of the Motion to Withdraw from Representation of Peter Mucciolo and Tri-State Folding Partitions, Inc., (ECF 869, 870, 871, 872) upon Peter Mucciolo and Tri-State Folding Partitions, Inc., by Certified Mail, in an envelope addressed to said parties, whose address is 608 Chestnut Ridge Road, Chestnut Ridge, NY 10977.

                                                    FURGANG &ADWAR, L.L.P.


                                                  /Sheryl Britney/
                                                 SHERYL BRITNEY
                                                 515 Madison Avenue, Suite 6W
                                                 New York, NY  10022


Dated:  March 4, 2020