**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――――

**GYM DOOR REPAIRS, INC., ET AL.,**

        Plaintiffs,

  - against -

**YOUNG EQUIPMENT SALES, INC., ET AL.,**

        Defendants.
―――――――――――――――――――――――――――――――――

**15-cv-4244 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The plaintiff should respond to the defense letters dated June 9, 2020 by June 16, 2020.

**SO ORDERED.**

**Dated:**  New York, New York
          June 10, 2020

                            /s/ John G. Koeltl
                            **John G. Koeltl**
                    **United States District Judge**