**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────

**GYM DOOR REPAIRS, INC., ET AL.,**

        Plaintiffs,

  - against -

**YOUNG EQUIPMENT SALES, INC., ET AL.,**

        Defendants.
───────────────────────────────────

**15-cv-4244 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    All claims and counterclaims in this case having been settled or dismissed, the Clerk is directed to enter judgment dismissing all claims and counterclaims with prejudice. If any party seeks to make a claim for costs or attorney's fees, counsel should follow Federal Rule of Civil Procedure 54. The Court expresses no opinion as to the validity of any such request. The Clerk is directed to close any pending motions and to close this case.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **June 17, 2020**

                                          /s/ John G. Koeltl
                                            **John G. Koeltl**
                             **United States District Judge**