UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GYM DOOR REPAIRS, INC., ET AL.,

                Plaintiffs,

  -against-

YOUNG EQUIPMENT SALES, INC., ET AL.,

                Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/2020

15 CIVIL 4244 (JGK)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 17, 2020, all claims and counterclaims in this case having been settled or dismissed, and judgment is entered dismissing all claims and counterclaims with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

      June 17, 2020

                                                     RUBY J. KRAJICK

                                                     Clerk of Court

                        BY:

                                                     Deputy Clerk