# EXHIBIT 8

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

| Bill To: | Jonathan Siegel | | |
|---|---|---|---|
| | New York State Office of the Attorney General | **Invoice #:** | NY3048093 |
| | 120 Broadway 26th Floor | **Invoice Date:** | 7/31/2017 |
| | New York, NY, 10271-0332 | **Balance Due:** | $0.00 |

| Case: | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al | County: | Out of Area |
|---|---|---|---|
| Job #: | 2643474 | Job Date: 7/13/2017 | Delivery: Normal | Index or CV#: | 15 CV 4244 (JGK) |
| Billing Atty: | Jonathan Siegel | | |
| Location: | State Street Towers | | |
| | 90 State Street | Suite 700 | | |
| | Albany, NY 12207 | | |
| Sched Atty: | | Katherine Daniels LLC | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 179.00 | $3.75 | $671.25 |
| | Exhibits - Color | Per Page | 6.00 | $0.95 | $5.70 |
| Martin Doyle | Exhibits | Per Page | 301.00 | $0.40 | $120.40 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 307.00 | $0.35 | $107.45 |
| | Shipping & Handling | Package | 1.00 | $44.84 | $44.84 |

| Notes: | | | | |
|---|---|---|---|---|
| | | **Invoice Total:** | $995.64 |
| | | **Payment:** | ($995.64) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

26276

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | NY3048093 |
|---|---|
| Job #: | 2643474 |
| Invoice Date: | 7/31/2017 |
| Balance: | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan Siegel | | |
|---|---|---|---|
| | New York State Office of the Attorney General | **Invoice #:** | NY3052660 |
| | 120 Broadway 26th Floor | **Invoice Date:** | 8/4/2017 |
| | New York, NY, 10271-0332 | **Balance Due:** | $0.00 |

| | | County: | out of area |
|---|---|---|---|
| **Case:** | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al | | |
| **Job #:** | 2661828 \| Job Date: 7/19/2017 \| Delivery: Normal | | |
| **Billing Atty:** | Jonathan Siegel | | |
| **Location:** | State Street Towers | | |
| | 90 State Street \| Suite 700 | | |
| | Albany, NY 12207 | | |
| **Sched Atty:** | \| Katherine Daniels LLC | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 147.00 | $3.75 | $551.25 |
| | Exhibits - Color | Per Page | 17.00 | $0.95 | $16.15 |
| Martin Doyle  V.2 | Exhibits | Per Page | 73.00 | $0.40 | $29.20 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 90.00 | $0.35 | $31.50 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | | Invoice Total: | $713.60 |
|---|---|---|---|---|
| | | | Payment: | ($713.60) |
| | | | Credit: | $0.00 |
| | | | Interest: | $0.00 |
| | | | Balance Due: | $0.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
**www.veritext.com**

26276     Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | NY3052660 |
|---|---|
| Job #: | 2661828 |
| Invoice Date: | 8/4/2017 |
| Balance: | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Jonathan Siegel<br>New York State Office of the Attorney General<br>120 Broadway 26th Floor<br>New York, NY, 10271-0332 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NY3100814<br>9/22/2017<br>$0.00 |

| | |
|---|---|
| **Case:** Gym Door Repairs v. Young Equipment, Et Al. | **Contract #:** non contract |
| **Job #:** 2688140 \| Job Date: 8/28/2017 \| Delivery: Normal | |
| **Billing Atty:** Jonathan Siegel | |
| **Location:** Sokoloff & Stern LLP<br>179 Westbury Avenue<br>Carle Place, NY 11514 | |
| **Sched Atty:** \| Campolo Middleton & McCormick | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 359.00 | $3.75 | $1,346.25 |
| | Exhibits - Color | Per Page | 29.00 | $0.95 | $27.55 |
| Stephen James Cole | Exhibits | Per Page | 291.00 | $0.40 | $116.40 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 320.00 | $0.35 | $112.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| | | |
|---|---|---|
| **Notes:** Replaces Invoice # NY3090205 | **Invoice Total:** | $1,677.70 |
| | **Payment:** | ($1,677.70) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | NY3100814 |
| **Job #:** | 2688140 |
| **Invoice Date:** | 9/22/2017 |
| **Balance:** | $0.00 |

28276

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Jonathan Siegel<br>New York State Office of the Attorney General<br>120 Broadway 26th Floor<br>New York, NY, 10271-0332 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NY3105804<br>9/27/2017<br>$0.00 |

| | | | |
|---|---|---|---|
| **Case:** | Gym Door Repairs v. Young Equipment, Et Al. | **Contract #:** | non-contract |
| **Job #:** | 2686602 \| Job Date: 8/29/2017 \| Delivery: Normal | | |
| **Billing Atty:** | Jonathan Siegel | | |
| **Location:** | Sokoloff & Stern LLP | | |
| | 179 Westbury Avenue<br>Carle Place, NY 11514 | | |
| **Sched Atty:** | \| Campolo Middleton & McCormick | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 381.00 | $3.75 | $1,428.75 |
| Stephen F. Cole | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,514.25 |
| | **Payment:** | ($1,514.25) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | NY3105804 |
| **Job #:** | 2686602 |
| **Invoice Date:** | 9/27/2017 |
| **Balance:** | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Jonathan Siegel<br>New York State Office of the Attorney General<br>120 Broadway 26th Floor<br>New York, NY, 10271-0332 | **Invoice #:** | NY3090487 |
| | **Invoice Date:** | 9/13/2017 |
| | **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | Gym Door Repairs Inc v. Young Equipment Sales Inc |
| **Job #:** | 2686297 \| Job Date: 8/30/2017 \| Delivery: Normal |
| **Billing Atty:** | Jonathan Siegel |
| **Location:** | New York State Office of the Attorney General |
| | 120 Broadway \| Fl. 24<br>New York, NY 10271-0332 |
| **Sched Atty:** | Jonathan Siegel \| New York State Office of the Attorney General |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Stephen F. Cole | Transcript - Expedited Fee | Page | 487.00 | $1.50 | $730.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| Stephen F. Cole , Confidential | Transcript - Expedited Fee | Page | 37.00 | $1.50 | $55.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Attendance Fee | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $0.00 | $0.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $786.00 |
| | **Payment:** | ($786.00) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

26276

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY3090487 |
| **Job #:** | 2686297 |
| **Invoice Date:** | 9/13/2017 |
| **Balance:** | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Jonathan Siegel | **Invoice #:** | NY3093335 |
| | New York State Office of the Attorney General | **Invoice Date:** | 9/14/2017 |
| | 120 Broadway 26th Floor | **Balance Due:** | $0.00 |
| | New York, NY, 10271-0332 | | |

| | |
|---|---|
| **Case:** | Gym Door Repairs Inc v. Young Equipment Sales Inc |
| **Job #:** | 2686297 | Job Date: 8/30/2017 | Delivery: Normal |
| **Billing Atty:** | Jonathan Siegel |
| **Location:** | New York State Office of the Attorney General |
| | 120 Broadway | Fl. 24 |
| | New York, NY 10271-0332 |
| **Sched Atty:** | Jonathan Siegel | New York State Office of the Attorney General |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Stephen F. Cole | Surcharge - Extended Pages | Page | 52.00 | $1.50 | $78.00 |

| Notes: | | **Invoice Total:** | $78.00 |
|---|---|---|---|
| | | **Payment:** | ($78.00) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY3093335 |
| **Job #:** | 2686297 |
| **Invoice Date:** | 9/14/2017 |
| **Balance:** | $0.00 |

26276

**Veritext Corp**
**New York Region**



330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Jonathan Siegel | **Invoice #:** | NY3090603 |
| | New York State Office of the Attorney General | **Invoice Date:** | 9/13/2017 |
| | 120 Broadway 26th Floor | **Balance Due:** | $0.00 |
| | New York, NY, 10271-0332 | | |

| | |
|---|---|
| **Case:** | Gym Door Repairs Inc v. Young Equipment Sales Inc |
| **Job #:** | 2686308 \| Job Date: 8/31/2017 \| Delivery: Normal |
| **Billing Atty:** | Jonathan Siegel |
| **Location:** | New York State Office of the Attorney General |
| | 120 Broadway \| Fl. 24 |
| | New York, NY 10271-0332 |
| **Sched Atty:** | Jonathan Siegel \| New York State Office of the Attorney General |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Stephen F. Cole , Confidential | Transcript - Expedited Fee | Page | 18.00 | $1.50 | $27.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| Stephen F. Cole | Transcript - Expedited Fee | Page | 473.00 | $1.50 | $709.50 |
| | Surcharge - Extended Pages | Page | 108.00 | $0.00 | $0.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Attendance Fee | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $0.00 | $0.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $736.50 |
| | **Payment:** | ($736.50) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | **NY3090603** |
| **Job #:** | **2686308** |
| **Invoice Date:** | **9/13/2017** |
| **Balance:** | **$0.00** |

26276

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan Siegel | | Invoice #: | NY3093338 |
|---|---|---|---|---|
| | New York State Office of the Attorney General | | Invoice Date: | 9/14/2017 |
| | 120 Broadway 26th Floor | | Balance Due: | $0.00 |
| | New York, NY, 10271-0332 | | | |

| | |
|---|---|
| Case: | Gym Door Repairs Inc v. Young Equipment Sales Inc |
| Job #: | 2686308 \| Job Date: 8/31/2017 \| Delivery: Normal |
| Billing Atty: | Jonathan Siegel |
| Location: | New York State Office of the Attorney General |
| | 120 Broadway \| Fl. 24 |
| | New York, NY 10271-0332 |
| Sched Atty: | Jonathan Siegel \| New York State Office of the Attorney General |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Stephen F. Cole | Surcharge - Extended Pages | Page | 108.00 | $1.50 | $162.00 |

| Notes: | | Invoice Total: | $162.00 |
|---|---|---|---|
| | | Payment: | ($162.00) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

26276        Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NY3093338 |
|---|---|
| Job #: | 2686308 |
| Invoice Date: | 9/14/2017 |
| Balance: | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan Siegel | | |
| | New York State Office of the Attorney General | Invoice #: | NY3091194 |
| | 120 Broadway 26th Floor | Invoice Date: | 9/13/2017 |
| | New York, NY, 10271-0332 | Balance Due: | $0.00 |

| Case: | Gym Door Repairs Inc v. Young Equipment Sales Inc | Contract #: | C103726 |
| Job #: | 2692936 | Job Date: 9/1/2017 | Delivery: Expedited | County: | New York |
| Billing Atty: | Jonathan Siegel | | |
| Location: | New York State Office of the Attorney General | | |
| | 120 Broadway | Fl. 24 | | |
| | New York, NY 10271-0332 | | |
| Sched Atty: | Jonathan Siegel | New York State Office of the Attorney General | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Transcript - Expedited Fee | Page | 423.00 | $1.50 | $634.50 |
| Kathleen Cole | Attendance Fee | 1 | 1.00 | $0.00 | $0.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $0.00 | $0.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $634.50 |
| | Payment: | ($634.50) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

26276

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | NY3091194 |
|---|---|
| Job #: | 2692936 |
| Invoice Date: | 9/13/2017 |
| Balance: | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan Siegel | | |
| | New York State Office of the Attorney General | | |
| | 120 Broadway 26th Floor | | |
| | New York, NY, 10271-0332 | | |

| Invoice #: | NY3086695 |
| Invoice Date: | 9/8/2017 |
| Balance Due: | $0.00 |

| Case: | Gym Door Repairs Inc v. Young Equipment Sales Inc | Contract #: | C103726 |
| Job #: | 2695403 | Job Date: 9/5/2017 | Delivery: Daily | County: | New York |
| Billing Atty: | Jonathan Siegel | Index or CV#: | 15-cv-4244-JGK |
| Location: | New York State Office of the Attorney General | | |
| | 120 Broadway | Fl. 24 - Room 24C27 | | |
| | New York, NY 10271-0332 | | |
| Sched Atty: | Jonathan Siegel | New York State Office of the Attorney General | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Transcript - Fee for Daily | Page | 458.00 | $2.25 | $1,030.50 |
| Kathleen Cole | Attendance Fee | 1 | 3.00 | $0.00 | $0.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling - Expedited | Package | 1.00 | $59.15 | $59.15 |

| Notes: | Invoice Total: | $1,089.65 |
| | Payment: | ($1,089.65) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
**www.veritext.com**

26276          Veritext accepts all major credit cards
          (American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | NY3086695 |
| Job #: | 2695403 |
| Invoice Date: | 9/8/2017 |
| Balance: | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



**V E R I T E X T**
LEGAL SOLUTIONS

| **Bill To:** | Jonathan Siegel | **Invoice #:** | NY3088791 |
|---|---|---|---|
| | New York State Office of the Attorney General | **Invoice Date:** | 9/11/2017 |
| | 120 Broadway 26th Floor | **Balance Due:** | $0.00 |
| | New York, NY, 10271-0332 | | |

| **Case:** | Gym Door Repairs Inc v. Young Equipment Sales Inc | **Attorney:** | x |
|---|---|---|---|
| **Job #:** | 2695775 | Job Date: 9/6/2017 | Delivery: Normal | **Contract #:** | C103726 |
| **Billing Atty:** | Jonathan Siegel | | |
| **Location:** | New York State Office of the Attorney General | **County:** | New York |
| | 120 Broadway | Fl. 24 - Room 24C27 | **DOL Case#:** | x |
| | New York, NY 10271-0332 | | |
| **Sched Atty:** | Jonathan Siegel | New York State Office of the Attorney General | **Index or CV#:** | 15-cv-4244-JGK |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Transcript - Fee for Daily | Page | 319.00 | $2.25 | $717.75 |
| Steven Cole | Attendance Fee | 1 | 1.00 | $0.00 | $0.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $0.00 | $0.00 |

| **Notes:** | | **Invoice Total:** | $717.75 |
|---|---|---|---|
| | | **Payment:** | ($717.75) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

26276        Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **NY3088791** |
|---|---|
| **Job #:** | **2695775** |
| **Invoice Date:** | **9/11/2017** |
| **Balance:** | **$0.00** |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Jonathan Siegel<br>New York State Office of the Attorney General<br>120 Broadway 26th Floor<br>New York, NY, 10271-0332 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NY3100803<br>9/22/2017<br>$0.00 |

| | | |
|---|---|---|
| **Case:** | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al | **Contract #:** non contract |
| **Job #:** | 2702150 | Job Date: 9/7/2017 | Delivery: Normal | |
| **Billing Atty:** | Jonathan Siegel | |
| **Location:** | Campolo Middleton & McCormick LLP | |
| | 4175 Veterans Memorial Highway | Ste. 400<br>Ronkonkoma, NY 11779 | |
| **Sched Atty:** | Katherine Daniels Esq | Katherine Daniels LLC | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 505.00 | $3.75 | $1,893.75 |
| Dennis Schwandtner | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| | |
|---|---|
| **Notes:** replaces Invoice # NY3091923 | **Invoice Total:** $1,969.25 |
| | **Payment:** ($1,969.25) |
| | **Credit:** $0.00 |
| | **Interest:** $0.00 |
| | **Balance Due:** $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

26276

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY3100803 |
| **Job #:** | 2702150 |
| **Invoice Date:** | 9/22/2017 |
| **Balance:** | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan Siegel | Invoice #: | NY3100801 |
|---|---|---|---|
| | New York State Office of the Attorney General | Invoice Date: | 9/22/2017 |
| | 120 Broadway 26th Floor | Balance Due: | $0.00 |
| | New York, NY, 10271-0332 | | |

| | | | |
|---|---|---|---|
| **Case:** | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al | **Contract #:** | non contract |
| **Job #:** | 2702151 \| Job Date: 9/8/2017 \| Delivery: Normal | | |
| **Billing Atty:** | Jonathan Siegel | | |
| **Location:** | Campolo Middleton & McCormick LLP | | |
| | 4175 Veterans Memorial Highway \| Ste. 400 Ronkonkoma, NY 11779 | | |
| **Sched Atty:** | Katherine Daniels Esq \| Katherine Daniels LLC | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Jo-Anne Johnson | Certified Transcript | Page | 137.00 | $3.75 | $513.75 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| Lee Ann Schmitt | Certified Transcript | Page | 82.00 | $3.75 | $307.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| Notes: | Replaces Invoice # NY3092207 | | |
|---|---|---|---|
| | | **Invoice Total:** | $942.75 |
| | | **Payment:** | ($942.75) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

26276

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NY3100801 |
|---|---|
| Job #: | 2702151 |
| Invoice Date: | 9/22/2017 |
| Balance: | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Jonathan Siegel | **Invoice #:** | NY3100800 |
| New York State Office of the Attorney General | **Invoice Date:** | 9/22/2017 |
| 120 Broadway 26th Floor | **Balance Due:** | $0.00 |
| New York, NY, 10271-0332 | | |

| | | |
|---|---|---|
| **Case:** Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al | **Contract #:** | non contract |
| **Job #:** 2704366 \| Job Date: 9/11/2017 \| Delivery: Normal | | |
| **Billing Atty:** Jonathan Siegel | | |
| **Location:** Furgang & Adwar | | |
| 11 Martine Avenue \| Penthouse | | |
| White Plains, NY 10606 | | |
| **Sched Atty:** Katherine Daniels Esq \| Katherine Daniels LLC | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 161.00 | $3.75 | $603.75 |
| James Petriello | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |
| Marie Delaney | Certified Transcript | Page | 31.00 | $3.75 | $116.25 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| Peter Mucciolo | Certified Transcript | Page | 234.00 | $3.75 | $877.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |

| | | |
|---|---|---|
| **Notes:** Replaces Invoice # NY3092862 | **Invoice Total:** | $1,765.00 |
| | **Payment:** | ($1,765.00) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

26276

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | NY3100800 |
| Job #: | 2704366 |
| Invoice Date: | 9/22/2017 |
| Balance: | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan Siegel | | | |
|---|---|---|---|---|
| | New York State Office of the Attorney General | | **Invoice #:** | NY3100797 |
| | 120 Broadway 26th Floor | | **Invoice Date:** | 9/22/2017 |
| | New York, NY, 10271-0332 | | **Balance Due:** | $0.00 |

| Case: | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al | | **Contract #:** | non-contract |
|---|---|---|---|---|
| **Job #:** | 2705019 \| Job Date: 9/12/2017 \| Delivery: Normal | | | |
| **Billing Atty:** | Jonathan Siegel | | | |
| **Location:** | Sokoloff & Stern LLP | | | |
| | 179 Westbury Avenue | | | |
| | Carle Place, NY 11514 | | | |
| **Sched Atty:** | Katherine Daniels Esq \| Katherine Daniels LLC | | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 186.00 | $3.75 | $697.50 |
| Mario Ramotar | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

**Notes:** Replaces Invoice # NY3094114

| | |
|---|---|
| **Invoice Total:** | $773.00 |
| **Payment:** | ($773.00) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

26276

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **NY3100797** |
| **Job #:** | **2705019** |
| **Invoice Date:** | **9/22/2017** |
| **Balance:** | **$0.00** |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



# VERITEXT
## LEGAL SOLUTIONS

| Bill To: | Jonathan Siegel | | Invoice #: | NY3099470 |
|---|---|---|---|---|
| | New York State Office of the Attorney General | | Invoice Date: | 9/21/2017 |
| | 120 Broadway 26th Floor | | Balance Due: | $0.00 |
| | New York, NY, 10271-0332 | | | |

| Case: | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al | Contract #: | non contract |
|---|---|---|---|
| Job #: | 2705022 | Job Date: 9/13/2017 | Delivery: Normal | | |
| Billing Atty: | Jonathan Siegel | | |
| Location: | Sokoloff & Stern LLP | | |
| | 179 Westbury Avenue | | |
| | Carle Place, NY 11514 | | |
| Sched Atty: | Katherine Daniels Esq | Katherine Daniels LLC | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 357.00 | $3.75 | $1,338.75 |
| Charles Muller | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| Notes: | Invoice Total: | $1,414.25 |
|---|---|---|
| | Payment: | ($1,414.25) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

26276        Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NY3099470 |
|---|---|
| Job #: | 2705022 |
| Invoice Date: | 9/21/2017 |
| Balance: | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan Siegel | | |
|---|---|---|---|
| | New York State Office of the Attorney General | **Invoice #:** | NY3095414 |
| | 120 Broadway 26th Floor | **Invoice Date:** | 9/21/2017 |
| | New York, NY, 10271-0332 | **Balance Due:** | $0.00 |

| Case: | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al | **Contract #:** | C103726 |
|---|---|---|---|
| Job #: | 2705025 | Job Date: 9/14/2017 | Delivery: Normal | **County:** | NYC |
| Billing Atty: | Jonathan Siegel | | |
| Location: | Sokoloff & Stern LLP | | |
| | 179 Westbury Avenue | | |
| | Carle Place, NY 11514 | | |
| Sched Atty: | Katherine Daniels Esq | Katherine Daniels LLC | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Transcript - Expedited Fee | Page | 242.00 | $1.50 | $363.00 |
| Kathleen Cole | Rough Draft | Page | 242.00 | $1.40 | $338.80 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Transcript - Expedited Fee | Page | 175.00 | $1.50 | $262.50 |
| | Attendance Fee | 1 | 1.00 | $0.00 | $0.00 |
| Stephen F Cole | Rough Draft | Page | 175.00 | $1.40 | $245.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $0.00 | $0.00 |

| Notes: | | **Invoice Total:** | $1,209.30 |
|---|---|---|---|
| | | **Payment:** | ($1,209.30) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

26276

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| **Invoice #:** | NY3095414 |
|---|---|
| **Job #:** | 2705025 |
| **Invoice Date:** | 9/21/2017 |
| **Balance:** | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Jonathan Siegel | **Invoice #:** | NY3099624 |
| New York State Office of the Attorney General | **Invoice Date:** | 9/21/2017 |
| 120 Broadway 26th Floor | **Balance Due:** | $0.00 |
| New York, NY, 10271-0332 | | |

| | |
|---|---|
| **Case:** | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al |
| **Job #:** | 2705025 | Job Date: 9/14/2017 | Delivery: Normal |
| **Billing Atty:** | Jonathan Siegel |
| **Location:** | Sokoloff & Stern LLP |
| | 179 Westbury Avenue |
| | Carle Place, NY 11514 |
| **Sched Atty:** | Katherine Daniels Esq | Katherine Daniels LLC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Surcharge - Extended Pages | Page | 50.00 | $1.50 | $75.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $75.00 |
| | **Payment:** | ($75.00) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

26276

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **NY3099624** |
|---|---|
| **Job #:** | **2705025** |
| **Invoice Date:** | **9/21/2017** |
| **Balance:** | **$0.00** |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** Jonathan Siegel | | **Invoice #:** | NY3101865 |
| New York State Office of the Attorney General | | **Invoice Date:** | 9/25/2017 |
| 120 Broadway 26th Floor | | **Balance Due:** | $0.00 |
| New York, NY, 10271-0332 | | | |

| | | | |
|---|---|---|---|
| **Case:** | Gym Door Repairs Inc v. Young Equipment Sales Inc | **Contract #:** | C103726 |
| **Job #:** | 2708885 \| Job Date: 9/15/2017 \| Delivery: Normal | **County:** | New York |
| **Billing Atty:** | Jonathan Siegel | **Index or CV#:** | 15-cv-4244-JGK |
| **Location:** | New York State Office of the Attorney General | | |
| | 120 Broadway \| Fl. 24 - Room 24C27 | | |
| | New York, NY 10271-0332 | | |
| **Sched Atty:** | Jonathan Siegel \| New York State Office of the Attorney General | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Kathleen Cole | Original with 1 Certified Transcript | Page | 85.00 | $3.75 | $318.75 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| Stephen Westby | Original with 1 Certified Transcript | Page | 193.00 | $3.75 | $723.75 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Attendance Fee | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $0.00 | $0.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,042.50 |
| | **Payment:** | ($1,042.50) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

26276

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY3101865 |
| **Job #:** | 2708885 |
| **Invoice Date:** | 9/25/2017 |
| **Balance:** | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



VERITEXT
LEGAL SOLUTIONS

| | | | | |
|---|---|---|---|---|
| **Bill To:** | Jonathan Siegel | | **Invoice #:** | NY3108327 |
| | New York State Office of the Attorney General | | **Invoice Date:** | 9/29/2017 |
| | 120 Broadway 26th Floor | | **Balance Due:** | $0.00 |
| | New York, NY, 10271-0332 | | | |

| | | |
|---|---|---|
| **Case:** | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al | **Contract #:** non-contract |
| **Job #:** | 2705033 \| Job Date: 9/18/2017 \| Delivery: Normal | |
| **Billing Atty:** | Jonathan Siegel | |
| **Location:** | New York State Attorney General | |
| | 120 Broadway | |
| | New York, NY 10271-0332 | |
| **Sched Atty:** | Katherine Daniels Esq \| Katherine Daniels LLC | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 276.00 | $3.75 | $1,035.00 |
| Carl Thurnau | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,120.50 |
| | **Payment:** | ($1,120.50) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

28276

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| Invoice #: | NY3108327 |
| Job #: | 2705033 |
| Invoice Date: | 9/29/2017 |
| Balance: | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



**Bill To:** Jonathan Siegel
New York State Office of the Attorney General
120 Broadway 26th Floor
New York, NY, 10271-0332

| | |
|---|---|
| **Invoice #:** | NY3110151 |
| **Invoice Date:** | 10/3/2017 |
| **Balance Due:** | $0.00 |

| | | | |
|---|---|---|---|
| **Case:** | Gym Door Repairs Inc v. Young Equipment Sales Inc | **Contract #:** | C103726 |
| **Job #:** | 2708888 \| Job Date: 9/19/2017 \| Delivery: Normal | **County:** | New York |
| **Billing Atty:** | Jonathan Siegel | **Index or CV#:** | 15-cv-4244-JGK |
| **Location:** | New York State Office of the Attorney General | | |
| | 120 Broadway \| Fl. 24 - Room 24C27 New York, NY 10271-0332 | | |
| **Sched Atty:** | Jonathan Siegel \| New York State Office of the Attorney General | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 235.00 | $3.75 | $881.25 |
| Gina Everdean | Attendance Fee | 1 | 1.00 | $0.00 | $0.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $0.00 | $0.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $881.25 |
| | **Payment:** | ($881.25) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

26276    Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY3110151 |
| **Job #:** | 2708888 |
| **Invoice Date:** | 10/3/2017 |
| **Balance:** | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



VERITEXT
LEGAL SOLUTIONS

| Bill To: | Jonathan Siegel |
| | New York State Office of the Attorney General |
| | Civil Rights Bureau |
| | 28 Liberty Street - 20th Floor |
| | New York, NY, 10005 |

| Invoice #: | NY3115807 |
| Invoice Date: | 10/9/2017 |
| Balance Due: | $0.00 |

| Case: | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al | Contract #: | non-contract |
| Job #: | 2715941 | Job Date: 9/25/2017 | Delivery: Normal | | |
| Billing Atty: | Jonathan Siegel | | |
| Location: | Campolo Middleton & McCormick LLP | | |
| | 4175 Veterans Memorial Highway | Ste. 400 Ronkonkoma, NY 11779 | | |
| Sched Atty: | | Campolo Middleton & McCormick | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Christopher Gorman | Original with 1 Certified Transcript | Page | 43.00 | $5.65 | $242.95 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| Denise Nash | Original with 1 Certified Transcript | Page | 270.00 | $5.65 | $1,525.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Attendance Fee | 1 | 2.00 | $85.00 | $170.00 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | Invoice Total: | $2,069.95 |
| | | Payment: | ($2,069.95) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

26278

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NY3115807 |
| Job #: | 2715941 |
| Invoice Date: | 10/9/2017 |
| Balance: | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan Siegel | | | |
|---|---|---|---|---|
| | New York State Office of the Attorney General | | **Invoice #:** | NY3107316 |
| | 120 Broadway 26th Floor | | **Invoice Date:** | 9/28/2017 |
| | New York, NY, 10271-0332 | | **Balance Due:** | $0.00 |

| | | | |
|---|---|---|---|
| **Case:** | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al | **Contract #:** | non-contract |
| **Job #:** | 2705035 \| Job Date: 9/25/2017 \| Delivery: Normal | | |
| **Billing Atty:** | Jonathan Siegel | | |
| **Location:** | Campolo Middleton & McCormick LLP | | |
| | 4175 Veterans Memorial Highway \| Ste. 400 Ronkonkoma, NY 11779 | | |
| **Sched Atty:** | Katherine Daniels Esq \| Katherine Daniels LLC | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Donna Ball | Certified Transcript | Page | 144.00 | $3.75 | $540.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| Keith Anderson | Certified Transcript | Page | 138.00 | $3.75 | $517.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,179.00 |
| | **Payment:** | ($1,179.00) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
**www.veritext.com**

26276

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY3107316 |
| **Job #:** | 2705035 |
| **Invoice Date:** | 9/28/2017 |
| **Balance:** | $0.00 |

**Veritext Corp**
**New York Region**



330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| Bill To: | Jonathan Siegel |
| | New York State Office of the Attorney General |
| | 120 Broadway 26th Floor |
| | New York, NY, 10271-0332 |

| | |
|---|---|
| Invoice #: | NY3112156 |
| Invoice Date: | 10/4/2017 |
| Balance Due: | $0.00 |

| Case: | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al |
|---|---|
| Job #: | 2705037 | Job Date: 9/26/2017 | Delivery: Normal |
| Billing Atty: | Jonathan Siegel |
| Location: | Sokoloff & Stern LLP |
| | 179 Westbury Avenue |
| | Carle Place, NY 11514 |
| Sched Atty: | Katherine Daniels Esq | Katherine Daniels LLC |

| Contract #: | out of area |
|---|---|

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Andrew Skaalerud | Original with 1 Certified Transcript | Page | 70.00 | $5.65 | $395.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| Joseph Fiorino | Certified Transcript | Page | 80.00 | $3.75 | $300.00 |
| Laurie Conley | Certified Transcript | Page | 255.00 | $3.75 | $956.25 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Attendance Fee | 1 | 1.00 | $85.00 | $85.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $1,858.25 |
| | Payment: | ($1,858.25) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

26276

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NY3112156 |
|---|---|
| Job #: | 2705037 |
| Invoice Date: | 10/4/2017 |
| Balance: | $0.00 |

**Veritext Corp
New York Region**



330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| Bill To: | Jonathan Siegel | | |
| --- | --- | --- | --- |
| | New York State Office of the Attorney General | **Invoice #:** | NY3114985 |
| | 120 Broadway 26th Floor | **Invoice Date:** | 10/6/2017 |
| | New York, NY, 10271-0332 | **Balance Due:** | $0.00 |

| Case: | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al | **Contract #:** | C103726 |
| --- | --- | --- | --- |
| Job #: | 2717618 | Job Date: 9/27/2017 | Delivery: Normal | **County:** | NYC |
| Billing Atty: | Jonathan Siegel | | |
| Location: | Sokoloff & Stern LLP | | |
| | 179 Westbury Avenue | | |
| | Carle Place, NY 11514 | | |
| Sched Atty: | | Campolo Middleton & McCormick | | |

| Witness | Description | Units | Quantity | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| | Original with 1 Certified Transcript | Page | 414.00 | $3.75 | $1,552.50 |
| Kathleen Cole | Attendance Fee | 1 | 1.00 | $0.00 | $0.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $0.00 | $0.00 |

| Notes: | | | |
| --- | --- | --- | --- |
| | **Invoice Total:** | $1,552.50 |
| | **Payment:** | ($1,552.50) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
**www.veritext.com**

26276      Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **NY3114985** |
| --- | --- |
| **Job #:** | **2717618** |
| **Invoice Date:** | **10/6/2017** |
| **Balance:** | **$0.00** |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan Siegel | | |
| --- | --- | --- | --- |
| | New York State Office of the Attorney General | **Invoice #:** | NY3115283 |
| | 120 Broadway 26th Floor | **Invoice Date:** | 10/6/2017 |
| | New York, NY, 10271-0332 | **Balance Due:** | $0.00 |

| Case: | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al | **Contract #:** | non-contract |
| --- | --- | --- | --- |
| Job #: | 2717618 | Job Date: 9/27/2017 | Delivery: Normal | | |
| Billing Atty: | Jonathan Siegel | | |
| Location: | Sokoloff & Stern LLP | | |
| | 179 Westbury Avenue | | |
| | Carle Place, NY 11514 | | |
| Sched Atty: | | Campolo Middleton & McCormick | | |

| Witness | Description | Units | Quantity | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| Kathleen Cole | Surcharge – Extended Pages | Page | 22.00 | $1.50 | $33.00 |

| Notes: | | **Invoice Total:** | $33.00 |
| --- | --- | --- | --- |
| | | **Payment:** | ($33.00) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

26276

To pay online, go to
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | NY3115283 |
| --- | --- |
| **Job #:** | 2717618 |
| **Invoice Date:** | 10/6/2017 |
| **Balance:** | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan Siegel<br>New York State Office of the Attorney General<br>120 Broadway 26th Floor<br>New York, NY, 10271-0332 | | | | Invoice #:<br>Invoice Date:<br>Balance Due: | NY3115163<br>10/6/2017<br>$0.00 |
|---|---|---|---|---|---|---|

| Case: | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al | | Contract #: | C103726 |
|---|---|---|---|---|
| Job #: | 2717602 | Job Date: 9/28/2017 | Delivery: Normal | | County: | NYC |
| Billing Atty: | Jonathan Siegel | | | |
| Location: | Sokoloff Stern LLP | | | |
| | 179 Westbury Avenue<br>Carle Place, NY 11514 | | | |
| Sched Atty: | David Gold Esq | Sokoloff Stern LLP | | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 332.00 | $3.75 | $1,245.00 |
| Melissa Mackey | Attendance Fee | 1 | 1.00 | $0.00 | $0.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $0.00 | $0.00 |

| Notes: | | Invoice Total: | $1,245.00 |
|---|---|---|---|
| | | Payment: | ($1,245.00) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
**www.veritext.com**

26276       Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | NY3115163 |
|---|---|
| Job #: | 2717602 |
| Invoice Date: | 10/6/2017 |
| Balance: | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan Siegel | | |
|---|---|---|---|
| | New York State Office of the Attorney General | **Invoice #:** | NY3119540 |
| | 120 Broadway 26th Floor | **Invoice Date:** | 10/12/2017 |
| | New York, NY, 10271-0332 | **Balance Due:** | $0.00 |

| Case: | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al | **Contract #:** | non contract |
|---|---|---|---|
| Job #: | 2708823 | Job Date: 9/28/2017 | Delivery: Normal | | |
| Billing Atty: | Jonathan Siegel | | |
| Location: | New York State Office of the Attorney General - 120 Broadway, 24th Floor | | |
| | 120 Broadway, 24th Floor<br>NY, 10271-0332 | | |
| Sched Atty: | Jonathan Siegel \| New York State Office of the Attorney General | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 164.00 | $3.75 | $615.00 |
| Jeffrey Zwirn | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $700.50 |
| | **Payment:** | ($700.50) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
**www.veritext.com**

26276

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| **Invoice #:** | NY3119540 |
|---|---|
| **Job #:** | 2708823 |
| **Invoice Date:** | 10/12/2017 |
| **Balance:** | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan Siegel | Invoice #: | NY3115633 |
|---|---|---|---|
| | New York State Office of the Attorney General | Invoice Date: | 10/9/2017 |
| | 120 Broadway 26th Floor | Balance Due: | $0.00 |
| | New York, NY, 10271-0332 | | |

| | | | |
|---|---|---|---|
| **Case:** | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al | **Contract #:** | non-contract |
| **Job #:** | 2720809 \| Job Date: 9/29/2017 \| Delivery: Normal | | |
| **Billing Atty:** | Jonathan Siegel | | |
| **Location:** | Campolo Middleton & McCormick LLP | | |
| | 4175 Veterans Memorial Highway \| Ste. 400 Ronkonkoma, NY 11779 | | |
| **Sched Atty:** | \| Katherine Daniels LLC | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 88.00 | $3.75 | $330.00 |
| Dennis Schwandtner | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $405.50 |
| | **Payment:** | ($405.50) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

26276

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NY3115633 |
|---|---|
| Job #: | 2720809 |
| Invoice Date: | 10/9/2017 |
| Balance: | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan Siegel | | Invoice #: | NY3121767 |
|---|---|---|---|---|
| | New York State Office of the Attorney General | | Invoice Date: | 10/13/2017 |
| | 120 Broadway 26th Floor | | Balance Due: | $0.00 |
| | New York, NY, 10271-0332 | | | |

| Case: | Gym Door Repairs, Inc. v. Young Equipment Sales, Et Al | Contract #: | C103726 |
|---|---|---|---|
| Job #: | 2717189 \| Job Date: 9/29/2017 \| Delivery: Normal | County: | NYC |
| Billing Atty: | Jonathan Siegel | | |
| Location: | New York State Attorney General | | |
| | 120 Broadway | | |
| | , NY 10271-0332 | | |
| Sched Atty: | Katherine Daniels Esq \| Katherine Daniels LLC | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 259.00 | $3.75 | $971.25 |
| Kathleen Cole | Attendance Fee | 1 | 1.00 | $0.00 | $0.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $0.00 | $0.00 |

| Notes: | Invoice Total: | $971.25 |
|---|---|---|
| | Payment: | ($971.25) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

28276

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NY3121767 |
|---|---|
| Job #: | 2717189 |
| Invoice Date: | 10/13/2017 |
| Balance: | $0.00 |