UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
GYM DOOR REPAIRS, INC. and SAFEPATH SYSTEMS, LLC,

                              Plaintiffs,

-against-

YOUNG EQUIPMENT SALES, INC., YES SERVICE AND REPAIRS CORPORATION, RICHARD YOUNG, BRIAN BURKE, DENNIS SCHWANDTNER, GUARDIAN GYM EQUIPMENT, QAPALA ENTERPRISES, INC., JAMES PETRIELLO, TRI-STATE FOLDING PARTITIONS, INC., PETER MUCCIOLO, EDUCATIONAL DATA SERVICES, INC. TOTAL GYM REPAIRS, INC., NEW YORK STATE DEPARTMENT OF EDUCATION OFFICE OF FACILITIES PLANNING, NEW YORK STATE SCHOOL FACILITIES ASSOCIATION, SCHOOL FACILITIES MANAGEMENT INSTITUTE, EASTERN SUFFOLK BOCES, NASSAU COUNTY BOCES, BELLMORE PUBLIC SCHOOLS, NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendants.
------------------------------------------------------------------------------X

Docket No.:
15-4244(JGK)(OTW)

**NOTICE OF APPLICATION FOR COSTS SOUGHT AGAINST PLAINTIFFS**

      **PLEASE TAKE NOTICE** that upon Defendant Total Gym Repairs, Inc.'s Bill of Costs, the accompanying Declaration of Effimia Soter, and upon all the exhibits annexed thereto, Defendant Total Gym Repairs, Inc. by its attorneys, the Law Offices of Effie Soter, P.C., will move this Court before the Orders and Judgment Clerk, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, Room 250, New York, New York 10007 on Friday, July 31, 2020 at 11:30 A.M., for an Order: (1) pursuant to Fed. R. Civ. P. Rule 54, Local Rule 54.1, 28 U.S.C. §§ 1920 and 1923 granting fees and costs sought by Defendant

Total Gym Repairs, Inc.; and (2) granting Defendant Total Gym Repairs, Inc. such other and further relief that this Court may deem just, equitable, and proper.

Dated: New York, New York
July 13, 2020

        Yours, etc.

        **LAW OFFICES OF EFFIE SOTER, P.C.**

        By: /s/ *Effimia Soter*
           Dimitrios Kourouklis (DK 0073)
           Effimia Soter (ES 0486)
        *Attorneys for Defendant*
        *TOTAL GYM REPAIRS, INC.*
        20 West 20th Street, 2nd Floor
        New York, New York 10011
        (646) 504-7384

To: All counsel of record via ECF filing