# The Law Offices of Effie Soter, P.C.

**20 West 20th Street, Second Floor**
**New York, NY 10011**
**Ph: 646-504-7384**
**Fax: 646-530-8529**

July 14, 2020

**VIA ECF**

Honorable Judge Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re: **Gym Door Repairs, Inc. v. Young Equipment Sales, Inc., et. al.**
           **Docket No.: 15-cv-04244 (JKG)(OTW)**_____

Your Honor:

      This law firm represents Defendant Total Gym Repairs, Inc. ("Total Gym") in the above referenced matter.

      Defendant Total Gym requests permission to have up to five additional pages for its reply brief. Defendant Total Gym needs theses extra pages in order to fully reply to all the issues raised in Plaintiffs' opposition. This is Total Gym's first request for additional pages on its reply brief. Defendant Total Gym's reply brief is due on Thursday, July 16, 2020, in accordance with Fed. R. Civ. P. Rule 27.

      It is respectfully submitted that this Court grant Defendant Total Gym's request for additional pages.

      Respectfully submitted,

      *Dimitrios Kourouklis*

      Dimitrios Kourouklis

cc: all counsel of record