

July 15, 2020

VIA ECF
Honorable Ona T. Wang
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: Gym Door Repairs, Inc. v. Young Equipment Sales, Inc., et al.
15-cv-4244 (JGK) (OTW)

Dear Judge Wang:

     This office represents Plaintiffs Gym Door Repairs, Inc. ("GDRI") and Safe Path Systems LLC in the above referenced matter. We are writing to request permission to file a corrected copy of the undersigned's Declaration dated July 9, 2020 in Opposition to Total Gym's motion for attorneys' fees and costs. ECF 902. There are two errors in the original Declaration: (1) Exhibit 1 (Declaration of EDS President Alan Wohl) was inadvertently attached twice in place of Exhibit 2 (EDS's letter to New Rochelle dated July 28, 2016); and (2) the paragraph in the Declaration corresponding to Exhibit 16 (the LinkedIn Page for Paul Ramotar) was omitted.

     Respectfully submitted,

     *Katherine J. Daniels*

cc: All Attorneys of Record, via ECF

P.O. Box 665 • 60 June Road, Suite 202 • North Salem, New York 10560 • 914-886-8198
kdaniels@katherinedanielsllc.com