**Veritext, LLC**
**New York Region**



330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| Bill To: | Dimitrios Kourouklis | | |
|---|---|---|---|
| | Effie Soter PC | **Invoice #:** | NY3105807 |
| | 20 West 20th Street, | **Invoice Date:** | 9/27/2017 |
| | 2nd Floor | **Balance Due:** | $0.00 |
| | New York, NY,10011 | | |

| | |
|---|---|
| **Case:** | Gym Door Repairs v. Young Equipment, Et Al. |
| **Job #:** | 2686602 \| Job Date: 8/29/2017 \| Delivery: Normal |
| **Case #:** | 15cv4244 |
| **Billing Atty:** | Dimitrios Kourouklis |
| **Location:** | Sokoloff & Stern LLP |
| | 179 Westbury Avenue<br>Carle Place, NY 11514 |
| **Sched Atty:** | \| Campolo Middleton & McCormick |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 381.00 | $2.95 | $1,123.95 |
| Stephen F. Cole | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,199.45 |
| | **Payment:** | $0.00 |
| | **Credit:** | ($1,199.45) |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

96507

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **NY3105807** |
|---|---|
| **Job #:** | **2686602** |
| **Invoice Date:** | **9/27/2017** |
| **Balance:** | **$0.00** |