**Veritext, LLC**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Effie Soter Esq<br>Effie Soter PC<br>20 West 20th Street,<br>2nd Floor<br>New York, NY, 10011 | Invoice #: | NY3090490 |
|---|---|---|---|
| | | Invoice Date: | 9/13/2017 |
| | | Balance Due: | $0.00 |

| Case: | Gym Door Repairs Inc v. Young Equipment Sales Inc |
|---|---|
| Job #: | 2686297 | Job Date: 8/30/2017 | Delivery: Normal |
| Case #: | 15cv4244 |
| Billing Atty: | Effie Soter Esq |
| Location: | New York State Office of the Attorney General<br>120 Broadway | Fl. 24<br>New York, NY 10271-0332 |
| Sched Atty: | Jonathan Siegel | New York State Office of the Attorney General |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Stephen F. Cole | Certified Transcript | Page | 487.00 | $2.95 | $1,436.65 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |
| Stephen F. Cole , Confidential | Certified Transcript | Page | 37.00 | $2.95 | $109.15 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,667.30 |
| Payment: | ($1,667.30) |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

Invoice #: NY3090490
Job #: 2686297
Invoice Date: 9/13/2017
Balance: $0.00

96507