# Furgang & Adwar, L.L.P.

COUNSELORS IN INTELLECTUAL PROPERTY AND ENTERTAINMENT LAW

515 Madison Avenue
Suite 6A
New York, NY 10022
Telephone: (212) 725-1818
Facsimile: (212) 941-9711

**MEMO ENDORSED**

**MEMO ENDORSED 7.28.20**

Application granted in part. The Guardian Parties' reply is due July 29. See ECF 924. The Guardian Parties are granted three excess pages. The Clerk of Court is directed to close ECF 923 & 927. SO ORDERED.

Ona T. Wang 7/27/20
U.S.M.J.

The Clerk of Court is directed to reopen ECF 923, which was closed in error. SO ORDERED.    OTW 7.26.20
U.S.M.J.

July 26, 2020

Hon. Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:   Gym Door Repairs, Inc. v. Young Equipment Sales, Inc.
      Docket No.  :  15-CV-4244
      Our File No. :  11261

Dear Judge Wang:

We represent former defendants Qpala Enterprises, Inc. (d.b.a. Guardian Gym Equipment), and James Petriello (the "Guardian Parties"). We write to apply for an additional five (5) pages for our Reply brief, due July 28. We also write to apprise the Court that we may be applying for an enlargement of time to file the Reply but we shall not know until late July 27 or July 28.

**Application for Five Additional Pages to the Reply Brief**

Plaintiffs have raised so many issues in their Opposition that to properly address them we believe we may need these additional five pages.

**Possible Later Application for Enlargement of Time to File the Reply Brief**

We have encountered unexpected difficulties with the upgrading of our systemwide computers. When we wrote the Court of July 21 (Dkt. 922) we represented that the problems were now behind us. However, under Murphy's law, we found the next day that the displayed applications were so tiny as to be illegible which made it difficult to impossible to switch between applications. There was also general user interface to update programs that kept appearing and shutting down access to the system. By this afternoon these problems appear to have been overcome. Nevertheless, we have been delayed. We our exercising our best efforts to avoid seeking any enlargement of time.

The Clerk has notified us that a document for the Bill of Costs which the Clerk described as a mere formality, was omitted and requested that it be filed. We will address this request immediately after the filing of the Reply.

Respectfully submitted,
FURGANG & ADWAR, L.L.P.
/Philip Furgang/
PHILIP FURGANG (PF-5654)

PF:cr
cc:   All counsel via ECF

West Nyack  Centerock East,  2 Crosfield Avenue,  Suite 210,  West Nyack, NY 10994  Tel: (845) 353-1818  Fax: (845) 353-1996
White Plains  11 Martine Avenue,  Penthouse,  White Plains, NY 10606  Tel: (914) 428-5300  Fax: (914) 428-0226

P A T E N T S    ❖    T R A D E M A R K S    ❖    C O P Y R I G H T S    ❖    E N T E R T A I N M E N T