UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------X

GYM DOOR REPAIRS, INC. and SAFEPATH SYSTEMS, LLC,   15 CIV 4244 (JGK) (OTW)

                                              Plaintiffs,

-against

YOUNG EQUIPMENT SALES, INC., YES SERVICE AND REPAIRS CORPORATION, GUARDIAN GYM EQUIPMENT, QAPALA ENTERPRISES, INC., JAMES PETRIELLO, TRI-STATE FOLDING PARTITIONS, INC., PETER MUCCIOLO, TOTAL GYM REPAIRS, INC., NEW YORK STATE DEPARTMENT OF EDUCATION OFFICE OF FACILITIES PLANNING, NEW YORK STATE SCHOOL FACILITIES ASSOCIATION, EASTERN SUFFOLK BOCES, BELLMORE PUBLIC SCHOOLS, and CARL THURNAU,

NOTICE OF TAXATION OF COSTS BY QPALA ENTERPRISES, INC. AND JAMES PETRIELLO

                                              Defendants.
---------------------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that, upon the Judgment in this action; the accompanying Bill of Costs; the declaration of Philip Furgang, dated July 20, 2020, and the exhibits annexed thereto; and all other papers and proceedings herein; Defendants Qpala Enterprises, Inc. (named herein as Qapala Enterprises, Inc., and Guardian Gym Equipment) and James Petriello by their attorneys, Furgang & Adwar, L.L.P., will move this Court before the Clerk of the Court, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, Room 105, New York, New York, at 11:00 a.m. on August 24, 2020, for a Judgment including Taxation of Costs, pursuant to 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54 and Local Civil Rule 54.1 of this Court in favor of Qpala Enterprises, Inc., and James Petriello and for such other relief as the Court deems just and proper.

     **PLEASE TAKE FURTHER NOTICE** that the Clerk may tax costs on 14 days' notice.

-1-

Dated: New York, New York  FURGANG & ADWAR, L.L.P.
      August 8, 2020  Attorneys for Defendants Qpala Enterprises, Inc. and
James Petriello
By:/s/ Philip Furgang
PHILIP FURGANG
515 Madison Avenue
Suite 6W
New York, New York 10022
212-725-1818

To: all counsel of record (via ECF)