**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

GYM DOOR REPAIRS, INC., et al.,

                    Plaintiffs,　　　　　15-CV-4244 (JGK) (OTW)

       -against-　　　　　　　　　　　**ORDER**

YOUNG EQUIPMENT SALES, INC., et al.,

                    Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

There are currently two pending motion for attorneys' fees and costs (ECF 896, 899), and two motions to appeal clerk's decision on taxation of copies (ECF 951, 963). The moving party for each motion shall deliver to Chambers courtesy copies of all papers for each motion by **November 6, 2020** (one copy per motion is sufficient). The mailing address is: Chambers of the Hon. Ona T. Wang, 500 Pearl Street, New York, NY 11201.

The courtesy copies shall be:

- 3-ring or wire bound, with tabs separating each document, and a corresponding index;
- Placed chronologically (*i.e.*, ECF 1, ECF 2, etc.);
- Double-sided; and
- Stamped with the CM/ECF header.

Parties may also provide courtesy copies of other pending motions if they desire.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: October 23, 2020<br>New York, New York | _s/ Ona T. Wang_<br>**Ona T. Wang**<br>United States Magistrate Judge |