**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
GYM DOOR REPAIRS, INC., et al.,                             :
                                                            :
                                      Plaintiffs,           :          15-CV-4244 (JGK) (OTW)
                                                            :
                   -against-                                :          **ORDER**
                                                            :
YOUNG EQUIPMENT SALES, INC., et al.,                        :
                                                            :
                                      Defendants.           :
                                                            :
------------------------------------------------------------x

        **ONA T. WANG, United States Magistrate Judge:**

        Judge Koeltl has remanded the matter to me for a further determination of the award of

fees to the Guardian Defendants and the amount of costs to the Guardian Defendants, Total

Gym, and the State of New York. (ECF 989). Accordingly, it is HEREBY ORDERED that

- The Court will review the Guardian Defendants billing invoices submitted at ECF 982. Plaintiffs may file an opposition, ten pages maximum, to the amount of fees sought by **April 20, 2021. The opposition shall be limited to specific challenges on the billing records; other arguments will be disregarded.** The Guardian Defendants may file a reply, five pages maximum, by **April 27, 2021**.

- Defendants shall **jointly** submit a calculation of the *pro rata* deposition costs to be awarded to each by **April 20, 2021**. *See* ECF 989 ("The Guardian Defendants, the Total Gym Defendant, and the State are entitled to the *pro rata* share of the costs of an original plus one copy for each deposition for which reimbursement is sought."). Invoices shall be attached as exhibits. No further briefing from Plaintiffs is permitted on the issue of costs.

        **SO ORDERED.**

                                           *s/ Ona T. Wang*
Dated: April 6, 2021                                        **Ona T. Wang**
      New York, New York                        United States Magistrate Judge