**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
GYM DOOR REPAIRS, INC., et al.,                              :
:
                           Plaintiffs,       :          15-CV-4244 (JGK) (OTW)
:
              -against-                             :          **ORDER**
:
YOUNG EQUIPMENT SALES, INC., et al.,     :
:
                         Defendants.     :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On April 6, 2021, the Court ordered that Plaintiffs may file an opposition, *ten pages maximum*, to the amount of fees sought [by the Guardian Defendants]." (ECF 990 (emphasis added)). The Court is in receipt of Plaintiffs' opposition, which is nine pages long, but fails to calculate or summarize the amounts of fees challenges. (ECF 994). Plaintiffs instead attach 271 pages of exhibits that consist of "objections using the comment feature in Microsoft Word" on the Guardian Defendants' invoices. (ECF 994 at 3; 994 Ex. 1-8). It goes without saying that the Court will not review almost three hundred pages of Microsoft Word text comments.

Accordingly, by **5:00 pm on April 26, 2021**, if Plaintiffs intend to oppose the Guardian Defendants' fees, Plaintiffs shall refile their opposition with calculations of time and dollars for each challenged category. Failure to do so will result in waiver of those arguments. For example, regarding the "at least 918" entries that are "purely clerical or administrative," Plaintiffs shall provide the Court with the total time spent on those tasks as well as the total fees charged. Plaintiffs shall do the same for all other challenged categories.

The deadline for the Guardian Defendants to file their reply, five pages, maximum, is hereby extended from April 27, 2021 to **May 3, 2021**.

**SO ORDERED.**

                                                                                     *s/ Ona T. Wang*

Dated: April 21, 2021                                                                      **Ona T. Wang**
    New York, New York                                                  United States Magistrate Judge