UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
GYM DOOR REPAIRS, INC., et al.,

        Plaintiffs,      15-CV-4244 (JGK) (OTW)

  -against-          **ORDER**

YOUNG EQUIPMENT SALES, INC., et al.,

        Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

By May 11, 2021, counsel for the Guardian Parties is directed to file a letter stating the billing rates charged by Beth Furgang, Stephanie Furgang Adwar, Armando Llorens, and Robert Spinak. Failure to do so may result in a recommendation of denial of fees billed by those individuals.

**SO ORDERED.**

                 *s/ Ona T. Wang*

Dated: May 7, 2021           **Ona T. Wang**
   New York, New York       United States Magistrate Judge