# Furgang & Adwar, L.L.P.

COUNSELORS IN INTELLECTUAL PROPERTY AND ENTERTAINMENT LAW

515 Madison Avenue
Suite 6W
New York, NY 10022
Telephone: (212) 725-1818
Facsimile: (212) 941-9711

May 10, 2021

Hon. Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:     Gym Door Repairs, Inc. v. Young Equipment Sales, Inc.
          Docket No.   :      15-CV-4244
          Our File No.  :      11261

Dear Judge Wang:

       We represent former defendants Qpala Enterprises, Inc. (d.b.a. Guardian Gym Equipment), and James Petriello (the "Guardian Parties"). In accordance with the Court's Order of May 7, 2021 (ECF 999) we provide the following hourly rates charged by each lawyer who represented the Guardian Parties in the referenced matter.

| **Attorney:** | **Year:** | **Billed Hourly Rate** |
|---|---|---|
| Philip Furgang | 2015 | $337.50 |
| | 2016 | $337.50 |
| | 2017 | $342.50* |
| | 2018 | $342.50 |
| | 2019 | $360.00* |
| | 2020 | $360.00 |
| Stephanie Furgang Adwar | 2016 | $285.00 |
| | 2017 | $285.00 |
| | 2018 | $287.50* |
| | 2019 | $312.50* |
| Armando Llorens | 2016 | $285.00 |
| | 2018 | $225.00* |
| | 2019 | $312.50* |
| Beth N. Silberman | 2017 | $125.00 |
| | 2018 | $125.00 |
| Robert Spivack | 2018 | $125.00 |
| | 2019 | $150.00* |

*The precise date the hourly rates charged can be provided if the Court so directs.

West Nyack   Centerock East, 2 Crosfield Avenue, Suite 210, West Nyack, NY 10994   Tel: (845) 353-1818   Fax: (845) 353-1996
White Plains   11 Martine Avenue, Penthouse, White Plains, NY 10606   Tel: (914) 428-5300   Fax: (914) 428-0226

P A T E N T S    ❖    T R A D E M A R K S    ❖    C O P Y R I G H T S    ❖    E N T E R T A I N M E N T

Furgang & Adwar, L.L.P.

Hon. Ona T. Wang
May 10, 2021
Page 2

                                          Respectfully submitted,
                                          FURGANG & ADWAR, L.L.P.
                                          /Philip Furgang/
                                          PHILIP FURGANG (PF-5654)

PF:cr
cc:    All counsel via ECF