**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

GYM DOOR REPAIRS, INC., et al.,

                     Plaintiffs,        15-CV-4244 (JGK) (OTW)

        -against-                  **ORDER**

GUARDIAN GYM EQUIPMENT, et al.,

                     Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Counsel for Tri-State Folding Partitions is directed to file a status letter on the status of the state court action by **February 28, 2023**. (*See* ECF 1017 at 20-26; ECF 879, 880).

**SO ORDERED.**

Dated: February 3, 2023
New York, New York

                                        *s/ Ona T. Wang*
                                           **Ona T. Wang**
                                 United States Magistrate Judge