```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

GYM DOOR REPAIRS, INC., ET AL.,
                Plaintiffs,           15-cv-4244 (JGK)

      - against -                  ORDER

YOUNG EQUIPMENT SALES, INC., ET AL.,
                Defendants.

---

**JOHN G. KOELTL, District Judge:**

    Any opposition to the Guardian Parties' objections (ECF No. 1055) and to Total Gym Repairs, Inc.'s request for Rule 11 sanctions (ECF No. 1052 at 19) may be filed by **June 30, 2023**.

SO ORDERED.

Dated:    New York, New York
            June 20, 2023

                                        John G. Koeltl
                                **United States District Judge**