UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GYM DOOR REPAIRS, INC., ET AL.,

          Plaintiffs,

- against -

YOUNG EQUIPMENT SALES, INC., ET AL.,

          Defendants.

15-cv-4244 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to submit courtesy copies of all papers filed in connection with the various objections to the Magistrate Judge's March 31, 2023, Report & Recommendation (ECF No. 1044).

SO ORDERED.

Dated:    New York, New York
            July 13, 2023

                                              John G. Koeltl
                                   United States District Judge