UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GYM DOOR REPAIRS, INC. ET AL.,
                Plaintiffs,

- against -

YOUNG EQUIPMENT SALES, INC., ET AL.,
                Defendants.

15-cv-4244 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Clerk is directed to close ECF No. 1102, a motion for an appeal bond. The motion was withdrawn. See ECF No. 1104.

SO ORDERED.
Dated:    New York, New York
          December 17, 2024

                                    John G. Koeltl
                           United States District Judge